From:  25 September 2024
David-Anthony: Avila
c/o 8651 Crane Road
Oakdale, California [ 95361 ]
209-595-5997



FILED

SEP 27 2024

CLERK, U.S. ...
EASTERN D...
BY

To:
US District Court Eastern District of CA
501 I Street, 4th Floor
Sacramento, CA 95814

Magistrate Judge Chi Soo Kim

C/O Alexandra Shaddox Waldrop, Clerk

Case 2:24-cv-02264-TLN-CSK (PS)

United States District Court for the Eastern Division of CA.
501 I Street, 4th Floor
Sacramento, CA 95814

Reference: Minute Order- Document 10

Proofs of Service by Priority Mail to:
JP Morgan Mortgage Acquisition Corporation
28 Liberty Ave.
New York, NY 10005
Priority mail EI292735258US

Peak Foreclosure Services, Inc.
5900 Camage Ave, Ste 220
Woodland Hills, CA 91367
Priority mail EI292735289US

New Rez
601 Office Center Drive, Ste 100
Fort Washington, PA 19034
Priority mail EI292735261US

*[signature]*

David-Anthony: Avila

## AFFIDAVIT OF SERVICE
## TO CLERK



Case: Avila et a, v. NEWREZ et al 2:24-CV-02264-TLN-CSK

1., the undersigned, hereby Declare and Verify that on September 25, 2024, near 2:15 PM EST that a true and correct attached documents were sent US postal service mail in good faith.

2. I mailed the stamped copies of the previously filed documents (ECF 6) at the post office in Oakdale California.

3. This does not included evidence of service including receipts, and pictures of service sent in mail to clerk.

4. The Enclosed items sent to all defendant parties were as follows

1. AMENDED NOTICE AND MOTION OF INJUNCTION
2. AMENDED BRIEF
3. AMENDED AFFIDAVIT
4. COURT ORDER
5. CERTIFICATE OF SERVICE

By method(s):

☐ HAND DELIVERY    X☐ **US POSTAL**    ☐ FAX    [ ] EMAIL

Is Submitted to:

[X] JP MORGAN MORTGAGE ACQUISITION CORPORATION

28 Liberty Ave. New York, NY 10005

[X] NEWREZ

5900 Camage Ave. Ste. 220 Woodland Hills CA. 91367

[X] PEAK FORECLOSURE SERVICES

601 Office Center Dr. Ste. 100 Fort Washington PA 19034

[X] UNITED DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA

*Tony Pellegrino* 28 USC 1746
1034 River Rd.
Oakdale Cailf. 95361

## AFFIDAVIT OF SERVICE



Case: Avila et a, v. NEWREZ et al 2:24-CV-02264-TLN-CSK

1., the undersigned, hereby Declare that on September 25, 2024, near 2pm EST that a true and correct attached documents were sent US postal service mail.

2. I mailed this at the post office in Oakdale California.

1. AMENDED NOTICE AND MOTION OF INJUNCTION
2. AMENDED BRIEF
3. AMENDED AFFIDAVIT
4. COURT ORDER
5. CERTIFICATE OF SERVICE

By method(s):

☐ HAND DELIVERY   ☒ US Mail   ☐ FAX   [ ] EMAIL

Is Submitted to:

[ ] ATTORNEYS OF DEFENDANTS

[✓] JP MORGAN MORTGAGE ACQUISITION CORPORATION

[ ] NEWREZ

[ ] PEAK FORECLOSURE SERVICES

[✓] UNITED DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA

Witness: _____

_____
Tony Pellegrino

1034 River Rd.

Oakdale Cailf. 95361

## AFFIDAVIT OF SERVICE



Case: Avila et a, v. NEWREZ et al 2:24-CV-02264-TLN-CSK

1., the undersigned, hereby Declare that on September 25, 2024, near 2pm EST that a true and correct attached documents were sent US postal service mail.

2. I mailed this at the post office in Oakdale California.

1. AMENDED NOTICE AND MOTION OF INJUNCTION
2. AMENDED BRIEF
3. AMENDED AFFIDAVIT
4. COURT ORDER
5. CERTIFICATE OF SERVICE

By method(s):

[ ] HAND DELIVERY    [✓] US Mail    [ ] FAX    [ ] EMAIL

Is Submitted to:

[ ] ATTORNEYS OF DEFENDANTS

[ ] JP MORGAN MORTGAGE ACQUISITION CORPORATION

[✓] NEWREZ

[ ] PEAK FORECLOSURE SERVICES

[ ] UNITED DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA

Witness: _____        _____
                                         Tony Pellegrino

                                         1034 River Rd.

                                         Oakdale Cailf. 95361

# AFFIDAVIT OF SERVICE



Case: Avila et a, v. NEWREZ et al 2:24-CV-02264-TLN-CSK

1., the undersigned, hereby Declare that on September 25, 2024, near 2pm EST that a true and correct attached documents were sent US postal service mail.

2. I mailed this at the post office in Oakdale California.

1. AMENDED NOTICE AND MOTION OF INJUNCTION
2. AMENDED BRIEF
3. AMENDED AFFIDAVIT
4. COURT ORDER
5. CERTIFICATE OF SERVICE

By method(s):

☐ HAND DELIVERY   ☒ US Mail   ☐ FAX   [ ] EMAIL

Is Submitted to:

[ ] ATTORNEYS OF DEFENDANTS

[] JP MORGAN MORTGAGE ACQUISITION CORPORATION

[ ] NEWREZ

[✓] PEAK FORECLOSURE SERVICES

☐ UNITED DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA

Witness (signature)

Tony Pellegrino

1034 River Rd.

Oakdale Cailf. 95361

```
------------------------------------------
Grand Total:         /XXX          $91.35
------------------------------------------
Credit Card Remit                  $91.35
    Card Name: MasterCard
    Account #: XXXXXXXXXXXX7301
    Approval #: 024575
    Transaction #: 075
    AID: A0000000042203        Chip
    AL: Debit
    PIN: Not Required
------------------------------------------

     Save this receipt as evidence of
  insurance. For information on filing an
           insurance claim go to
      https://www.usps.com/help/claims.htm
           or call 1-800-222-1811

  Text your tracking number to 28777 (2USPS)
  to get the latest status. Standard Message
   and Data rates may apply. You may also
  visit www.usps.com USPS Tracking or call
              1-800-222-1811.

            Preview your Mail
           Track your Packages
           Sign up for FREE @
      https://informeddelivery.usps.com

   All sales final on stamps and postage.
   Refunds for guaranteed services only.
       Thank you for your business.

       Tell us about your experience.
   Go to: https://postalexperience.com/Pos
  or scan this code with your mobile device,
```



```
          or call 1-800-410-7420.

------------------------------------------
UFN: 055496-0361
Receipt #: 840-59560077-1-7101331-2
Clerk: 10
```



```
                    OAKDALE
               170 CALIFORNIA AVE
              OAKDALE, CA 95361-9998
                  (800)275-8777
09/25/2024                         02:18 PM
--------------------------------------------
Product              Qty    Unit      Price
                            Price
--------------------------------------------
PM Express            1                $30.45
Flat Rate Env
    Fort Washington, PA 19034
    Flat Rate
    Signature Requested
    Scheduled Delivery Date
        Fri 09/27/2024 06:00 PM
    Money Back Guarantee
    Tracking #:
        EI292735261US
    Insurance                          $0.00
        Up to $100.00 included
Total                                 $30.45

PM Express            1                $30.45
Flat Rate Env
    Woodland Hills, CA 91367
    Flat Rate
    Signature Requested
    Scheduled Delivery Date
        Fri 09/27/2024 06:00 PM
    Money Back Guarantee
    Tracking #:
        EI292735289US
    Insurance                          $0.00
        Up to $100.00 included
Total                                 $30.45

PM Express            1                $30.45
Flat Rate Env
    New York, NY 10005
    Flat Rate
    Signature Requested
    Scheduled Delivery Date
        Fri 09/27/2024 06:00 PM
    Money Back Guarantee
    Tracking #:
        EI292735258US
    Insurance                          $0.00
        Up to $100.00 included
Total                                 $30.45
                           ____VXVV____
```



From: tony pellegrino acla@yahoo.com
Subject: Tony wittnessing service to NewRez, Peak, & JP MORGAN
Date: Sep 25, 2024 at 2:18:27 PM
To: David Avila Em davidavila@dairydesigners.com

