Ian A. Rambarran, Bar No. 227366
irambarran@klinedinstlaw.com
Jonathan C. Cahill, Bar No. 287260
jcahill@klinedinstlaw.com
KLINEDINST PC
801 K Street, Suite 2100
Sacramento, California 95814
(916) 282-0100/FAX (916) 444-7544

Attorneys for Defendants
NEWREZ, LLC D/B/A SHELLPOINT
MORTGAGE SERVICING AND JP MORGAN
MORTGAGE ACQUISITION CORPORATION

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION**

| | |
|---|---|
| DAVID AVILA and JOHN HAYNE,<br><br>  Plaintiffs,<br><br>  v.<br><br>NEWREZ, LLC D/B/A SHELLPOINT MORTGAGE SERVICING, JP MORGAN MORTGAGE ACQUISITION CORPORATION, PEAK FORECLOSURE SERVICES, INC., and DOES 1-10,<br><br>  Defendants. | Case No. 2:24-cv-02264-TLN-CSK<br><br>**NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S COMPLAINT**<br><br>Date:     November 19, 2025<br>Time:     10:00 a.m.<br>Location: Courtroom 25<br>          501 I Street, 8th Floor<br>          Sacramento, CA 95814<br>Judge:    Hon. Chi Soo Kim |

**TO ALL PARTIES AND THEIR ATTORNEY OF RECORD:**

**PLEASE TAKE NOTICE** that on November 19, 2024 at 10:00 a.m., or as soon thereafter as the matter may be heard, before the Honorable Chi Soo Kim, in Courtroom 25 of the United States District Court – Eastern District of California located at 501 I Street, 8th Floor, Sacramento, California, 95814, Defendants NEWREZ, LLC D/B/A SHELLPOINT MORTGAGE SERVICING AND JP MORGAN MORTGAGE ACQUISITION CORPORATION ("Defendants"), will and hereby do move this Court for an order dismissing the Complaint filed by Plaintiffs DAVID AVILA and JOHN HAYNE ("Plaintiffs"), and each and every purported claim for relief set forth therein pursuant to Federal Rules of Civil Procedure, Rule 12(b)(6) and Rule 8

for failure to state a claim upon which relief can be granted. Plaintiffs fail to state a claim for relief, as outlined in the accompanying Memorandum of Points and Authorities as to their for: 1) Violation of the Fair Debt Collection Practices Act; 2) Trespass; 3) Breach of Contract; 3) Fraud (two counts); 4) Breach of Fiduciary Duty; 5) Promissory Estoppel; 6) Quiet Title (two counts); and 7) Violation of the UCL. However, as set forth below, each claim fails.

This Motion is based on this Notice of Motion and Motion, the Memorandum of Points and Authorities, the Request for Judicial Notice and Exhibits thereto, and the [Proposed] Order filed and submitted concurrently herewith.

KLINEDINST PC

DATED: October 9, 2024     By:     */s/ Jonathan C. Cahill*
Ian A. Rambarran
Jonathan C. Cahill
Attorneys for Defendants
NEWREZ, LLC D/B/A SHELLPOINT MORTGAGE SERVICING AND JP MORGAN MORTGAGE ACQUISITION CORPORATION

25654528.1

---

2
NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S
COMPLAINT FOR DAMAGES AND EQUITABLE RELIEF