KLINEDINST PC
801 K STREET, SUITE 2100
SACRAMENTO, CALIFORNIA 95814

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| DAVID AVILA AND JOHN HAYNE, | Case No. 2:24-cv-02264-TLN-CSK |
| Plaintiff, | **[PROPOSED] ORDER GRANTING MOTION TO DISMISS PLAINTIFF'S COMPLAINT** |
| v. | |
| NEWREZ, LLC D/B/A SHELLPOINT MORTGAGE SERVICING, JP MORGAN MORTGAGE ACQUISITION CORPORATION, PEAK FORECLOSURE SERVICES, INC., and DOES 1-10, | Date: November 19, 2025<br>Time: 10:00 a.m.<br>Location: Courtroom 25<br>501 I Street, 8th Floor<br>Sacramento, CA 95814<br>Judge: Hon. Chi Soo Kim |
| Defendants. | |

This Court, having considered Defendants NEWREZ, LLC D/B/A SHELLPOINT MORTGAGE SERVICING AND JP MORGAN MORTGAGE ACQUISITION CORPORATION's ("Defendant") Motion to Dismiss Plaintiffs DAVID AVILA AND JOHN HAYNE's ("Plaintiffs") Complaint, as well as the related briefing, exhibits, matters judicially noticeable, and arguments presented in support of and in opposition thereto, and having found good cause for the relief sought therein, HEREBY ORDERS THAT:

Defendants' Motion to Dismiss Plaintiff's Complaint, as to Defendants, is GRANTED.

The Complaint is hereby dismissed with prejudice as to Defendants.

Defendants shall prepare a Judgment of Dismissal, consistent herewith.

IT IS SO ORDERED.

DATED: October ___, 2024

_____
HON. CHI SOO KIM

KLINEDINST PC
801 K STREET, SUITE 2100
SACRAMENTO, CALIFORNIA 95814