1  David–Anthony; Avila
   8651 Crane Road
2  Oakdale, Calif. [95361]
   (209) 595-5597
3  davidavilla@dairydesigners.com
   Sui juris
4



OCT 23 2024

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

5              UNITED STATES DISTRICT COURT

6          FOR THE EASTERN DISTRICT OF CALIFORNIA

7
   David Avila, et al                    Case No.: 2:24-cv-2264-TLN-CSK
8
   PLAINTIFFS,
9
   vs.                                   MOTION FOR PLAINTIFF, Avila
10                                       To access PACER, (nextgen)CM/ECF
   NEWREZ LLC, et al,
11

12

13            DEFENDANTS,

14

15

16

17

18

19

20

21     1.  Comes now, PLAINTIFF Avila, move the honorable court to Grant

22         plaintiff access/clearance to use pacer case management/electronic case

23         filing system for all proceedings and filings in this case.

24     2.  Plaintiff will use this this access as long as he is self represented on this

25         case.

26

27

28                                      1

3. Plaintiff wishes to be a registered participant in the electronic filing system.

4. Plaintiff consents to all applicable rules and procedures for electronic case filing.

Respectfully submitted, *[signature]*

David-Anthony:Avila

2

# CERTIFICATE OF SERVICE

AVILA et al v. NEWREZ d/b/a SHELLPOINT et alCase# 2:24-cv-2264-TLN-CSK

I, the undersigned, hereby certify that on October 23, 2024, that a true and correct attached documents:

1. MOTION TO ACCESS PACER

2. CERTIFICATE OF SERVICE

By method(s):

[X] HAND DELIVERY[ ] US Mail[ ] FAX[ ] EMAIL

Is Submitted to:

[X] ATTORNEYS OF DEFENDANTS

[X] UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA

Tony Pellegrino

1034 River Ave.

Oakdale Calif. 95361