

1   David–Anthony; Avila
    8651 Crane Road
2   Oakdale, Calif. [95361]
    (209) 595-5597
3   davidavilla@dairydesigners.com
    Sui juris
4

5                   **UNITED STATES DISTRICT COURT**

6              **FOR THE EASTERN DISTRICT OF CALIFORNIA**

7   David Avila, et al                    Case No.: 2:24-cv-2264-TLN-CSK
8   PLAINTIFFS,

9   vs.                                   SECOND JUDICIAL NOTICE IN SUPPORT
10                                         OF THE PLAINTIFFs
    NEWREZ LLC, et al,
11
    DEFENDANTS,
12

13

14  TO THE HONORABLE COURT:
15

16

17  Comes now, PLAINTIFF hereby requests that this Court take judicial notice of the

18  following facts pursuant to Federal Rule of Evidence 201.

19  The Court can verify each document that is a matter of public record or can be readily
20
21  ascertained independently. Additionally, the Court can take Notice of the public Statutes

22  mentioned below.

23

24                      REQUEST FOR JUDICIAL NOTICE
25

26
    Plaintiff requests judicial notice of the following facts, laws, and documents:
27

28                                         1

NOTICE OF ITEM I.

**12 CFR 1024.37 (g) (1) & (2)**

(g) *Cancellation of force-placed insurance.* Within 15 days of receiving, from the borrower or otherwise, evidence demonstrating that the borrower has had in place hazard insurance coverage that complies with the loan contract's requirements to maintain hazard insurance, a servicer must:

(1) Cancel the force-placed insurance the servicer purchased to insure the borrower's property; and

(2) Refund to such borrower all force-placed insurance premium charges and related fees paid by such borrower for any period of overlapping insurance coverage and remove from the borrower's account all force-placed insurance charges and related fees for such period that the servicer has assessed to the borrower.

RELEVANCE OF ITEM I

Several letters, notices and error resolution communication were sent to JP Morgan and

Shellpoint as demonstrated on the record. The deliveries of these notices and letters

were verified through certified and registered mail per the United States post office.

Defendants failed to adhere to the above mention statute in this item and did so with

deliberate indifference.

Supporting documents for item I is in Exhibits 1 – 8.

Relevance of the application to Exhibit 1. The customer initiated cancellation of first

insurance policy, SAFECO effective 4/12/22 was executed by AVILA after having

acquiring an insurance policy from TRAVELERS effective 1/26/22, essentially

having double coverage from the date of the Travelers insurance policy of almost 3

months making Defendants action a fatal error.

2

(e) *Response to notice of error —*

(1) *Investigation and response requirements —*

(i) *In general.* Except as provided in paragraphs (f) and (g) of this section, a servicer must respond to a notice of error by either:

(A) Correcting the error or errors identified by the borrower and providing the borrower with a written notification of the correction, the effective date of the correction, and contact information, including a telephone number, for further assistance; or
(B) Conducting a reasonable investigation and providing the borrower with a written notification that includes a statement that the servicer has determined that no error occurred, a statement of the reason or reasons for this determination, a statement of the borrower's right to request documents relied upon by the servicer in reaching its determination, information regarding how the borrower can request such documents, and contact information, including a telephone number, for further assistance.

Relevance - Defendants were notified by the following documents of a notice of error which was ignored by the Defendants, nor did they follow up with correction of errors nor conducting a reasonable investigation of the controversy of the illegal forced insurance.

Supporting documents for item II are Exhibits 1- 8

NOTICE OF ITEM III

PROOF OF INSURANCE COVERAGE.

Exhibits 2-8 are relevant and evidentuary.

4

1
2
3    Respectfully submitted,
4                                        David-Anthony:Avila
5                                        Sui juris
6
7
8
9                                        John Hayne
10                                       Sui juris
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28                           6

                    SECOND JUDICIAL NOTICE

# Exhibit

# 1

16 Nov 2024

Safeco Notice of Customer

Initiated Cancellation of Insurance

Exhibit 11 of

Doc 23-2

Policy: OA412739
Insured: AVILA DA
Mortgagee/Add Party: DITECH FINANCIAL LLC ITS AFFILIATES AND/OR ASSIGNS PO BOX 9782 MIAMI FL 33101
Insurance: SAFECO INSURANCE-PO BOX 515097-LOS ANGELES-CA-90051
Producer: SAA INSURANCE AGENCY-2055 ANGLO DR STE 20-COLORADO SPGS-CO-80918 719.528.5400
Prop. Loc: 8651 CRANE RD-OAKDALE-CA 95361
End.No./State: 438-BFU-
Loan #: 0052418605

REASON: Cancellation: Customer Initiated

Carrier: FIRST NAT INS CO AME

Eff. Date: 04/12/2022 12:01 AM ST
Pol. From: 02/26/2022 Pol. To: 02/26/2023

| Coverage | Coverage Amt/Deduct | Coverage | Coverage Amt/Deduct | |
|---|---|---|---|---|
| Dwelling | 1,479,200/2,500 | Other Structures | 295,840/2,500 | This is not an Invoice/Bill |
| Personal Property | 1,109,430/2,500 | Liability | 500,000/0 | |
| Med Pay | 10,000/0 | Personal Property - Replacement Cost | Yes/2,500 | |
| Extended Coverage Dwelling | 739,600/2,500 | | | |

First Id: 24724-1135-10844659-650122864



# Exhibit

# 2

16 Nov 2024

Proof of Insurance

26 February 2016 thru 26 January 2025

*TRAVELERS* | MyTravelers®

HOME   PAYMENTS   POLICIES   CLAIMS   PROFILE   HELP CENTER   MESSAGES   LOG OUT

**Welcome to a better digital experience!** As we continue to improve the *MyTravelers* experience,

← <u>View all policies</u>

#  8651 CRANE RD

Home policy 613376760-633-1

**Effective Jan 26, 2024 to Jan 26, 2025**

Included on <u>Billing Account 611130093</u>



<u>File a claim</u>



<u>Policy details</u>



<u>Update mortgagee</u>



<u>Cancel policy</u>

DOCUMENTS   HISTORY

# Summary

📍 MAILING & RESIDENCE ADDRESS

8651 CRANE RD
OAKDALE, CA 95361-8109

◎ YOUR AGENCY

GIDDINGS SPECIALTY INS
901 MCHENRY AVE STE B
MODESTO, CA 95350

📞 Call +1 909 537 0298

Travelers Insurance <payments@info.travelers.com>

Scheduled Payment Confirmation



11/6/2024 8:21 AM

To davidavila@dairydesigners.com

---

Trouble reading this email? View as webpage



**Thank you for scheduling your payment!**

▼

Please see your confirmation details below.

| | |
|---|---|
| Billing Account Number: | 611130093 |
| Bill Due Date: | 11/26/24 |

**One-Time Scheduled Payment**

| | |
|---|---|
| Confirmation: | 190614711211113 |
| Scheduled Payment Date: | 11/25/24 |
| Scheduled Payment Amount: | $315.67 |
| Card Number: | 0370 |

*TRAVELERS*

© 2024 The Travelers Indemnity Company.
All rights reserved.

POLICY DETAILS

SUMMARY     COVERAGE     DISCOUNTS     WHAT'S COVERED     ADDITIONAL INFO     PROPERTY     POLICY DOCUME

POLICY INFORMATION

**8651 CRANE RD**
Policy 613376760-633-1
Jan 26, 2024    Jan 26, 2025

BILLING ACCOUNT 611130093

✎ EDIT MORTGAGEE

12-MONTH TOTAL PREMIUM

# $3,716$^{00}$

Includes savings from 3 discounts

DEDUCTIBLES

| ALL OTHER PERILS | $1,000 |
| WINDSTORM OR HAIL | $1,500 |

## Property Coverage



COVERAGE A·
**Dwelling** and attached structures such as garages and decks.

YOUR LIMIT

# $1,944,335

## Discounts

3

**TRAVELERS**

## Homeowners Policy Change Declarations

**Named Insured and Mailing Address**
DAVID AVILA
CELESTE MICHAEL
8651 CRANE RD
OAKDALE, CA 95361-8109

**Your Agency's Name and Address**
GIDDINGS SPECIALTY INS
901 MCHENRY AVE STE B
MODESTO, CA 95350

**Residence Premises**
8651 CRANE RD
OAKDALE, CA 95361-8109



**Mortgagee Name and Address**
1.  SHELLPOINT MORTGAGE SERVICING
    PO BOX 51850
    LIVONIA, MI 48151-5850
    LOAN NUMBER: 0579602652

---

### Policy Information

| | | | |
|---|---|---|---|
| **Your Policy Number** | 613376760 633 1 | **For Policy Service** | 1.209.284.0246 |
| **Your Account Number** | 611130093 | **For Claim Service** | 1.800.252.4633 |

**Your Insurer:** THE STANDARD FIRE INSURANCE COMPANY
a subsidiary or affiliate of The Travelers Indemnity Company
One Tower Square, Hartford, CT 06183

---

**Premium Change:** This change causes no additional or return premium for the policy period.
**Change Effective:** January 27, 2023
**Reason For Change:**
Added Mortgagee 1

*These Declarations replace all prior declarations on the date on which this change is effective.*

**The policy period is from January 26, 2023 at 12:01 A.M. STANDARD TIME to January 26, 2024 at 12:01 A.M. STANDARD TIME at the residence premises.**

| Total Premium for this Policy | $2,685.00 |
|---|---|
| This is not a bill. You will be billed separately for this transaction. | |

### Discounts

The following discounts reduced your premium:

| | | |
|---|---|---|
| Multi-Policy | Loss Free | Fire Protective Device |
| Theft Protective Device | | |

### Savings Reflected in Your Total Premium:                     $1,108.00

---



## Coverages and Limits of Liability

### Property Coverage Section

| | Limit |
|---|---|
| Coverage A – Dwelling | $1,944,335 |
| Coverage B – Other Structures | $194,433 |
| Coverage C – Personal Property | $972,167 |
| Coverage D – Loss of Use | $388,867 |

### Liability Coverage Section

| | Limit |
|---|---|
| Coverage E – Personal Liability - Bodily Injury and Property Damage (each occurrence) | $500,000 |
| Coverage F – Medical Payments to Others (each person) | $5,000 |

## Deductibles

### Peril Deductible

| | Deductible |
|---|---|
| Property Coverage Deductible (All Other Perils) | $1,000 |
| Windstorm or Hail Deductible | $1,500 |

*In case of loss under the Property Coverage Section, only that part of the loss over
the applicable deductible will be paid (up to the coverage limit that applies).*

## Special Limits and Additional Coverages
## Coverage Level: Travelers Protect Premier®

*The limit shown for each of the
Special Limits of Liability and Additional Coverages
is the total limit for each loss in that category.*

### Personal Property – Special Limits of Liability

| | | Limit |
|---|---|---|
| a. | Money, bank notes, coins, stored value cards | $2,000 |
| b. | Securities, accounts, passports, tickets, stamps | $5,000 |
| c. | Comic books and trading cards | $5,000 |
| d. | Collectibles, figurines, glassware, marble, porcelains, statuary | $5,000 |
| e. | Theft of jewelry, watches, precious stones | $5,000 |
| f. | Theft of furs | $5,000 |
| g. | Theft of silverware, goldware, pewterware | $10,000 |
| h. | Theft of firearms and related equipment | $10,000 |
| i. | Theft of tools and their accessories | $5,000 |
| j. | Theft of rugs, tapestries and wall hangings | $5,000 |
| k. | Business property on the residence premises | $15,000 |
| l. | Business property away from the residence premises | $5,000 |
| m. | Trailers or semitrailers not used with watercraft | $5,000 |
| n. | Motor vehicle parts or equipment not attached to motor vehicle | $2,500 |
| o. | Electronic apparatus while in or upon a motor vehicle or watercraft | $5,000 |

*The Special Limits of Liability do not increase your Coverage C – Personal Property Limit.*

### Property – Additional Coverages

| | Limit |
|---|---|
| Debris Removal (Additional % of damaged covered property limit) | 5% |
| Tree Removal | Per Tree $500 Per Loss $1,000 |



**TRAVELERS**

| Named Insured | DAVID AVILA | Policy Number | 613376760 633 1 |
| | CELESTE MICHAEL | | |
| Policy Period | January 26, 2023 to January 26, 2024 | Issued On Date | January 29, 2023 |

| Property – Additional Coverages (continued) | Limit |
| --- | --- |
| Tree, Shrubs and Other Plants | Per Tree $500 Per Loss $97,217 |
| (5% of Coverage A - Dwelling Limit) | |
| Fire Department Service Charge | $2,500 |
| Credit Card, Fund Transfer, Forgery and Counterfeit Money | $10,000 |
| Loss Assessment | $1,000 |
| Landlord Furnishings | $2,500 |
| Ordinance or Law (10% of Coverage A - Dwelling Limit) | $194,434 |
| Personal Records and Data Replacement | $5,000 |
| Limited Fungi or Other Microbes Remediation | $5,000 |

*The applicable policy deductible applies unless otherwise noted.*

| Liability – Additional Coverages | Limit |
| --- | --- |
| Damage to Property of Others | $10,000 |
| Loss Assessment | $1,000 |

*Please review your policy for other Personal Property Special Limits of Liability and Additional Coverages that may apply.*

## Optional Coverages and Packages

| Optional Coverages | Endorsement | Limit | Premium |
| --- | --- | --- | --- |
| Personal Property Replacement Cost Loss Settlement | HQ-290 CA (04-20) | | Included* |
| Windstorm or Hail Deductible | HQ-313 CW (05-17) | | Included* |
| Additional Replacement Cost Protection Coverage | HQ-420 CA (11-18) | $486,083 | Included* |
| 25% of Coverage A - Dwelling Limit | | | |
| Wildfire Defense Services | HQ-710 CA (05-17) | | Included* |

| Optional Packages | Endorsement | Limit | Premium |
| --- | --- | --- | --- |
| Roof and Siding Matching Package | | | Included* |
| Matching of Undamaged Roof Surfacing Additional Coverage | HQ-700 CW (05-18) | $10,000 | |
| Matching of Undamaged Siding Additional Coverage | HQ-701 CW (05-18) | $10,000 | |
| Buried Utility Lines and Equipment Breakdown Package | | | $45.00 |
| Equipment Breakdown Coverage | HQ-855 CW (05-17) | $50,000 | |
| Buried Utility Lines Coverage | HQ-856 CW (08-20) | $10,000 | |

*Note: The additional cost or premium reduction for any optional coverage or package
shown as "Included" is contained in the Total Policy Premium Amount.*

| Required Forms and Endorsements Included in Your Policy: | | Form: 633 |
| --- | --- | --- |
| Policy Quick Reference | HQ-T77 CW (05-17) | |
| Agreement, Definitions & Policy Conditions | HQ-D77 CW (05-17) | |
| Property Coverage Section | HQ-P03 CW (05-17) | |
| Liability Coverage Section | HQ-L77 CW (05-17) | |
| Signature Page | HQ-S99 CW (05-17) | |



**TRAVELERS**

---

**Required Forms and Endorsements Included in Your Policy: (Continued)**     Form: 633

| | |
|---|---|
| Special Provisions - California | HQ-300 CA (07-21) |
| Workers' Compensation Residence Employees | HQ-090 CA (05-17) |

The Declarations along with the Optional Coverages, Optional Packages and Required Forms and
Endorsements listed above form your Homeowners Insurance Policy.
Please keep these documents for reference.

---

## Information About Your Property

There are many factors that determine the premium on your policy, some of which are displayed below. If you would like a policy review, please contact your agent or Travelers Representative.

| | | |
|---|---|---|
| Year Built: 2009 | Garage Type: Detached | Pool: No |
| # of Families: 1 Family | Square Footage: 4514 | Age of Roof: 9 |
| # of Stories: 1 | Construction Type: Frame | Roof Material Type: Architectural Shingle |
| # of Bathrooms: 4 | Siding Type: Stucco | Age of Plumbing: 14 |
| # of Employees: 00 | Foundation Type: Basement | |
| Garage - Number of Cars: 5PLUS | Finished Basement: 00 | |

Issued on 01-29-2023

---

## For Your Information

For information about how Travelers compensates independent agents and brokers, please visit www.Travelers.com or call our toll free telephone number 1-866-904-8348. You may also request a written copy from Marketing at One Tower Square, 2GSA, Hartford, Connecticut 06183.

We want to make sure we are using accurate information to rate your policy. Because you are the most familiar with your home we need your help to make sure that the information on your Declarations is accurate and complete. If any of the information on your Declarations has changed, appears incorrect or is missing, please advise your agent or Travelers representative. We also need you to check our website at www.mytravelers.com/discounts to ensure that you are receiving all of the discounts for which you are eligible. Once at the website, type in your policy number 6133767606331 and product code QH2 to view all available discounts. Should you have any questions about the information on your Declarations or your discounts, please call your agent or Travelers representative.

Each home is unique and you know your home best. Your coverage amount may need to be adjusted, higher or lower, based on your home's specific construction details, updates or upgrades. Have you recently made any home improvements, such as upgraded your kitchen or bath, or completed a finished living area in your basement? Have you added an extra room or built a deck? These changes can significantly increase the replacement cost value of your home. It is important to make sure your policy affords appropriate coverage and limits to reflect your home's replacement cost value in the event of a total loss. If you disagree with your coverage limit, please contact your agent or Travelers representative who can work with you to help you decide the appropriate amount of insurance for your home and process any necessary adjustments.

**Earthquake coverage is not included in this policy.**

THIS POLICY INCLUDES LIMITED ORDINANCE OR LAW COVERAGE.

---

**TRAVELERS**

| | | | |
|---|---|---|---|
| Named Insured | DAVID AVILA<br>CELESTE MICHAEL | Policy Number | 613376760 633 1 |
| Policy Period | January 26, 2023 to January 26, 2024 | Issued On Date | January 29, 2023 |

BUILDING CODE UPGRADE COVERAGE, also called Ordinance and Law coverage, covers additional costs to repair or replace a dwelling to comply with the building codes and zoning laws in effect at the time of loss or rebuilding. These costs may otherwise be excluded by your policy. Meeting current building code requirements can add significant costs to rebuilding your home. Building Code Upgrade Coverage does not apply to Additional Replacement Cost Protection Coverage. Refer to your policy or endorsement for the specific coverage provided and coverage limits, conditions, or restrictions that apply.

**TRAVELERS**

# Homeowners Policy Declarations

**Named Insured and Mailing Address**

DAVID AVILA
CELESTE MICHAEL
8651 CRANE RD
OAKDALE, CA 95361-8109



**Your Agency's Name and Address**

GIDDINGS SPECIALTY INS
901 MCHENRY AVE STE B
MODESTO, CA 95350

**Residence Premises**

8651 CRANE RD
OAKDALE, CA 95361-8109

## Policy Information

| | | | |
|---|---|---|---|
| **Your Policy Number** | 613376760 633 1 | **For Policy Service** | 1.209.284.0246 |
| **Your Account Number** | 611130093 | **For Claim Service** | 1.800.252.4633 |

**Your Insurer:** THE STANDARD FIRE INSURANCE COMPANY
a subsidiary or affiliate of The Travelers Indemnity Company
One Tower Square, Hartford, CT 06183

**The policy period is from January 26, 2023 at 12:01 A.M. STANDARD TIME to January 26, 2024 at 12:01 A.M. STANDARD TIME at the residence premises.**

**Total Premium for this Policy:** **$2,635.00**
This is not a bill. You will be billed separately for this transaction.

## Discounts

The following discounts reduced your premium:

| | | |
|---|---|---|
| Multi-Policy | Loss Free | Fire Protective Device |
| Theft Protective Device | | |

## Savings Reflected in Your Total Premium: **$1,108.00**

## Coverages and Limits of Liability

| Property Coverage Section | Limit |
|---|---|
| Coverage A – Dwelling | $1,944,335 |
| Coverage B – Other Structures | $194,433 |
| Coverage C – Personal Property | $972,167 |
| Coverage D – Loss of Use | $388,867 |

| Liability Coverage Section | Limit |
|---|---|
| Coverage E – Personal Liability – Bodily Injury and Property Damage (each occurrence) | $500,000 |
| Coverage F – Medical Payments to Others (each person) | $5,000 |

0178350D744 51346501 425 01/26/23

# TRAVELERS J

## Deductibles

| Peril Deductible | Deductible |
|---|---|
| Property Coverage Deductible (All Other Perils) | $1,000 |
| Windstorm or Hail Deductible | $1,500 |

*In case of loss under the Property Coverage Section, only that part of the loss over the applicable deductible will be paid (up to the coverage limit that applies).*

---

## Special Limits and Additional Coverages
### Coverage Level: Travelers Protect Premier®

*The limit shown for each of the Special Limits of Liability and Additional Coverages is the total limit for each loss in that category.*

| Personal Property – Special Limits of Liability | Limit |
|---|---|
| a. Money, bank notes, coins, stored value cards | $2,000 |
| b. Securities, accounts, passports, tickets, stamps | $5,000 |
| c. Comic books and trading cards | $5,000 |
| d. Collectibles, figurines, glassware, marble, porcelains, statuary | $5,000 |
| e. Theft of jewelry, watches, precious stones | $5,000 |
| f. Theft of furs | $5,000 |
| g. Theft of silverware, goldware, pewterware | $10,000 |
| h. Theft of firearms and related equipment | $10,000 |
| i. Theft of tools and their accessories | $5,000 |
| j. Theft of rugs, tapestries and wall hangings | $5,000 |
| k. Business property on the residence premises | $15,000 |
| l. Business property away from the residence premises | $5,000 |
| m. Trailers or semitrailers not used with watercraft | $5,000 |
| n. Motor vehicle parts or equipment not attached to motor vehicle | $2,500 |
| o. Electronic apparatus while in or upon a motor vehicle or watercraft | $5,000 |

*The Special Limits of Liability do not increase your Coverage C – Personal Property Limit.*

| Property – Additional Coverages | Limit |
|---|---|
| Debris Removal (Additional % of damaged covered property limit) | 5% |
| Tree Removal | Per Tree $500 Per Loss $1,000 |
| Tree, Shrubs and Other Plants (5% of Coverage A - Dwelling Limit) | Per Tree $500 Per Loss $97,217 |
| Fire Department Service Charge | $2,500 |
| Credit Card, Fund Transfer, Forgery and Counterfeit Money | $10,000 |
| Loss Assessment | $1,000 |
| Landlord Furnishings | $2,500 |
| Ordinance or Law (10% of Coverage A - Dwelling Limit) | $194,434 |
| Personal Records and Data Replacement | $5,000 |
| Limited Fungi or Other Microbes Remediation | $5,000 |

*The applicable policy deductible applies unless otherwise noted.*

**TRAVELERS**⌡

| Named Insured | DAVID AVILA | Policy Number | 613376760 633 1 |
|---|---|---|---|
| | CELESTE MICHAEL | | |
| Policy Period | January 26, 2023 to January 26, 2024 | Issued On Date | January 26, 2023 |

### Liability – Additional Coverages

| | **Limit** |
|---|---|
| Damage to Property of Others | $10,000 |
| Loss Assessment | $1,000 |

*Please review your policy for other Personal Property Special Limits of Liability and Additional Coverages that may apply.*

## Optional Coverages and Packages

| **Optional Coverages** | **Endorsement** | **Limit** | **Premium** |
|---|---|---|---|
| Personal Property Replacement Cost Loss Settlement | HQ-290 CA (04-20) | | Included* |
| Windstorm or Hail Deductible | HQ-313 CW (05-17) | | Included* |
| Additional Replacement Cost Protection Coverage | HQ-420 CA (11-18) | $486,083 | Included* |
| 25% of Coverage A - Dwelling Limit | | | |
| Wildfire Defense Services | HQ-710 CA (05-17) | | Included* |

| **Optional Packages** | **Endorsement** | **Limit** | **Premium** |
|---|---|---|---|
| **Roof and Siding Matching Package** | | | Included* |
| Matching of Undamaged Roof Surfacing Additional Coverage | HQ-700 CW (05-18) | $10,000 | |
| Matching of Undamaged Siding Additional Coverage | HQ-701 CW (05-18) | $10,000 | |
| **Buried Utility Lines and Equipment Breakdown Package** | | | $45.00 |
| Equipment Breakdown Coverage | HQ-855 CW (05-17) | $50,000 | |
| Buried Utility Lines Coverage | HQ-856 CW (08-20) | $10,000 | |

*\*Note: The additional cost or premium reduction for any optional coverage or package shown as "Included" is contained in the Total Policy Premium Amount.*

### Required Forms and Endorsements Included in Your Policy:                     Form: 633

| Policy Quick Reference | HQ-T77 CW (05-17) |
|---|---|
| Agreement, Definitions & Policy Conditions | HQ-D77 CW (05-17) |
| Property Coverage Section | HQ-P03 CW (05-17) |
| Liability Coverage Section | HQ-L77 CW (05-17) |
| Signature Page | HQ-S99 CW (05-17) |
| Special Provisions - California | HQ-300 CA (07-21) |
| Workers' Compensation Residence Employees | HQ-090 CA (05-17) |

The Declarations along with the Optional Coverages, Optional Packages and Required Forms and Endorsements listed above form your Homeowners Insurance Policy. Please keep these documents for reference.

476/0DJW93



**TRAVELERS** ⊺

## Information About Your Property

There are many factors that determine the premium on your policy, some of which are displayed below. If you would like a policy review, please contact your agent or Travelers Representative.

| | | |
|---|---|---|
| Year Built: 2009 | Garage Type: Detached | Pool: No |
| # of Families: 1 Family | Square Footage: 4514 | Age of Roof: 9 |
| # of Stories: 1 | Construction Type: Frame | Roof Material Type: Architectural Shingle |
| # of Bathrooms: 4 | Siding Type: Stucco | Age of Plumbing: 14 |
| # of Employees: 00 | Foundation Type: Basement | |
| Garage - Number of Cars: 5PLUS | Finished Basement: 00 | |

Issued on 01-26-2023

## For Your Information

For information about how Travelers compensates independent agents and brokers, please visit www.Travelers.com or call our toll free telephone number 1-866-904-8348. You may also request a written copy from Marketing at One Tower Square, 2GSA, Hartford, Connecticut 06183.

We want to make sure we are using accurate information to rate your policy. Because you are the most familiar with your home we need your help to make sure that the information on your Declarations is accurate and complete. If any of the information on your Declarations has changed, appears incorrect or is missing, please advise your agent or Travelers representative. We also need you to check our website at www.mytravelers.com/discounts to ensure that you are receiving all of the discounts for which you are eligible. Once at the website, type in your policy number 6133767606331 and product code QH2 to view all available discounts. Should you have any questions about the information on your Declarations or your discounts, please call your agent or Travelers representative.

**Earthquake coverage is not included in this policy.**

California Important Notice - Residential Property Insurance disclosure is included. (PL-50696)

THIS POLICY INCLUDES LIMITED ORDINANCE OR LAW COVERAGE.

The limit of liability for this structure (Coverage A) is based on an estimate of the cost to rebuild your home, including an approximate cost for labor and materials in your area, and specific information that you have provided about your home.

BUILDING CODE UPGRADE COVERAGE, also called Ordinance and Law coverage, covers additional costs to repair or replace a dwelling to comply with the building codes and zoning laws in effect at the time of loss or rebuilding. These costs may otherwise be excluded by your policy. Meeting current building code requirements can add significant costs to rebuilding your home. Building Code Upgrade Coverage does not apply to Additional Replacement Cost Protection Coverage. Refer to your policy or endorsement for the specific coverage provided and coverage limits, conditions, or restrictions that apply.

# *TRAVELERS*

## Homeowners Policy Declarations

**Named Insured and Mailing Address**
DAVID AVILA
CELESTE MICHAEL
8651 CRANE RD
OAKDALE, CA 95361-8109

**Your Agency's Name and Address**
GIDDINGS SPECIALTY INS
901 MCHENRY AVE STE B
MODESTO, CA 95350

**Residence Premises**
8651 CRANE RD
OAKDALE, CA 95361-8109

---

## Policy Information

| | | | |
|---|---|---|---|
| **Your Policy Number** | 611130093 633 1 | **For Policy Service** | 1.209.284.0246 |
| **Your Account Number** | | **For Claim Service** | 1.800.252.4633 |
| **Your Insurer:** | THE STANDARD FIRE INSURANCE COMPANY | | |
| | a subsidiary or affiliate of The Travelers Indemnity Company | | |
| | One Tower Square, Hartford, CT 06183 | | |

---

**The policy period is from January 26, 2022 at 12:01 A.M. STANDARD TIME to January 26, 2023 at 12:01 A.M. STANDARD TIME at the residence premises.**

**Total Premium for this Policy:**                                                                   **$2,009.00**
This is not a bill. You will be billed separately for this transaction.

## Discounts

The following discounts reduced your premium:

Multi-Policy                    Loss Free                              Fire Protective Device

### Savings Reflected in Your Total Premium:                                         **$769.00**

---

## Coverages and Limits of Liability

| Property Coverage Section | **Limit** |
|---|---|
| Coverage A – Dwelling | $1,381,000 |
| Coverage B – Other Structures | $138,100 |
| Coverage C – Personal Property | $690,500 |
| Coverage D – Loss of Use | $276,200 |

| Liability Coverage Section | **Limit** |
|---|---|
| Coverage E – Personal Liability - Bodily Injury and Property Damage (each occurrence) | $500,000 |
| Coverage F – Medical Payments to Others (each person) | $5,000 |

PL-50355 CA (05-17)                        Insured Copy                                Page D-1
476/0DJW93



**TRAVELERS**

---

## Deductibles

| Peril Deductible | Deductible |
|---|---|
| Property Coverage Deductible (All Other Perils) | $1,000 |
| Windstorm or Hail Deductible | $1,500 |

*In case of loss under the Property Coverage Section, only that part of the loss over the applicable deductible will be paid (up to the coverage limit that applies).*

---

## Special Limits and Additional Coverages
### Coverage Level: Travelers Protect Premier®

*The limit shown for each of the Special Limits of Liability and Additional Coverages is the total limit for each loss in that category.*

### Personal Property – Special Limits of Liability

| | | Limit |
|---|---|---|
| a. | Money, bank notes, coins, stored value cards | $2,000 |
| b. | Securities, accounts, passports, tickets, stamps | $5,000 |
| c. | Comic books and trading cards | $5,000 |
| d. | Collectibles, figurines, glassware, marble, porcelains, statuary | $5,000 |
| e. | Theft of jewelry, watches, precious stone | $5,000 |
| f. | Theft of furs | $5,000 |
| g. | Theft of silverware, goldware, pewterware | $10,000 |
| h. | Theft of firearms and related equipment | $10,000 |
| i. | Theft of tools and their accessories | $5,000 |
| j. | Theft of rugs, tapestries and wall hangings | $5,000 |
| k. | Business property on the residence premises | $15,000 |
| l. | Business property away from the residence premises | $5,000 |
| m. | Trailers or semitrailers not used with watercraft | $5,000 |
| n. | Motor vehicle parts or equipment not attached to motor vehicle | $2,500 |
| o. | Electronic apparatus while in or upon a motor vehicle or watercraft | $5,000 |

*The Special Limits of Liability do not increase your Coverage C – Personal Property Limit.*

### Property – Additional Coverages

| | | Limit |
|---|---|---|
| Debris Removal (Additional % of damaged covered property limit) | | 5% |
| Tree Removal | Per Tree $500 Per Loss | $1,000 |
| Trees, Shrubs and Other Plants (5% of Coverage A – Dwelling Limit) | Per Tree $500 Per Loss | $69,050 |
| Fire Department Service Charge | | $2,500 |
| Credit Card, Fund Transfer, Forgery and Counterfeit Money | | $10,000 |
| Loss Assessment | | $1,000 |
| Landlord Furnishings | | $2,500 |
| Ordinance or Law (10% of Coverage A – Dwelling Limit) | | $138,100 |
| Personal Records and Data Replacement | | $5,000 |
| Limited Fungi or Other Microbes Remediation | | $5,000 |

*The applicable policy deductible applies unless otherwise noted.*

**TRAVELERS**

| Named Insured | DAVID AVILA | | Policy Number | 611130093 633 1 |
| | CELESTE MICHAEL | | | |
| Policy Period | January 26, 2022 to January 26, 2023 | | Issued On Date | January 30, 2022 |

### Liability – Additional Coverages

| | Limit |
|---|---|
| Damage to Property of Others | $10,000 |
| Loss Assessment | $1,000 |

*Please review your policy for other Personal Property Special Limits of Liability and Additional Coverages that may apply.*

## Optional Coverages and Packages

| Optional Coverages | Endorsement | Limit | Premium |
|---|---|---|---|
| Workers' Compensation Residence Employees | HQ-090 CA (05-17) | | $10.00 |
| Personal Property Replacement Cost Loss Settlement | HQ-290 (04-20) | | Included* |
| Windstorm or Hail Deductible | HQ-313 CW (05-17) | | Included* |
| Additional Replacement Cost Protection Coverage | HQ-420 CA (11-18) | $345,250 | Included* |
| 25% of Coverage A - Dwelling Limit | | | |
| Wildfire Defense Services | HQ-710 CA (05-17) | | Included* |

| Optional Packages | Endorsement | Limit | Premium |
|---|---|---|---|
| **Roof and Siding Matching Package** | | | Included* |
| Matching of Undamaged Roof Surfacing Additional Coverage | HQ-700 CW (05-18) | $10,000 | |
| Matching of Undamaged Siding Coverage | HQ-701 CW (05-18) | $10,000 | |
| **Buried Utility Lines and Equipment Breakdown Package** | | | $45.00 |
| Equipment Breakdown Coverage | HQ-855 CW (05-17) | $50,000 | |
| Buried Utility Lines Coverage | HQ-856 CW (08-20) | $10,000 | |

*\*Note: The additional cost or premium reduction for any optional coverage or package
shown as "Included" is contained in the Total Policy Premium Amount.*

## Required Forms and Endorsements Included in Your Policy:                    Form: 633

| | |
|---|---|
| Policy Quick Reference | HQ-T77 CW (05-17) |
| Agreement, Definitions & Policy Conditions | HQ-D77 CW (05-17) |
| Property Coverage Section | HQ-P03 CW (05-17) |
| Liability Coverage Section | HQ-L77 CW (05-17) |
| Signature Page | HQ-S99 CW (05-17) |
| Special Provisions - California | HQ-300 CA (07-21) |

The Declarations along with the Optional Coverages, Optional Packages and Required Forms and
Endorsements listed above form your Homeowners Insurance Policy.
Please keep these documents for reference.

0019190004S S134511 174 01/0022

**TRAVELERS**

---

## Information About Your Property

There are many factors that determine the premium on your policy, some of which are displayed below. If you would like a policy review, please contact your agent or Travelers Representative.

| | | |
|---|---|---|
| # of Families: 1 Family | Year Built: 2009 | Construction Type: Frame |
| # of Stories: 1 | Square Footage: 4514 | Siding Type: Stucco |
| # of Bathrooms: 4 | Age of Roof: 8 | Roof Material Type: Architectural Shingle |
| Garage - Number of Cars: 5PLUS | Garage Type: Detached | Foundation Type: Basement |
| # of Employees: 00 | Age of Plumbing: 13 | Finished Basement: Yes |

---

Issued on 01-30-2022
Countersignature (Agent Use Only): _____

---

## For Your Information

For information about how Travelers compensates independent agents and brokers, please visit www.Travelers.com or call our toll free telephone number 1-866-904-8348. You may also request a written copy from Marketing at One Tower Square, 2GSA, Hartford, Connecticut 06183.

We want to make sure we are using accurate information to rate your policy. Because you are the most familiar with your home we need your help to make sure that the information on your Declarations is accurate and complete. If any of the information on your Declarations has changed, appears incorrect or is missing, please advise your agent or Travelers representative. We also need you to check our website at www.mytravelers.com/discounts to ensure that you are receiving all of the discounts for which you are eligible. Once at the website, type in your policy number 6111300936331 and product code QH2 to view all available discounts. Should you have any questions about the information on your Declarations or your discounts, please call your agent or Travelers representative.

**Earthquake coverage is not included in this policy.**

California Important Notice - Residential Property Insurance disclosure is included. (PL-50696)

THIS POLICY INCLUDES LIMITED ORDINANCE OR LAW COVERAGE.

Under California law, you have the right to request a new estimate of the replacement cost of your insured home by contacting your agent or Travelers Representative.

The limit of liability for this structure (Coverage A) is based on an estimate of the cost to rebuild your home, including an approximate cost for labor and materials in your area, and specific information that you have provided about your home.

BUILDING CODE UPGRADE COVERAGE, also called Ordinance and Law coverage, covers additional costs to repair or replace a dwelling to comply with the building codes and zoning laws in effect at the time of loss or rebuilding. These costs may otherwise be excluded by your policy. Meeting current building code requirements can add significant costs to rebuilding your home. Refer to your policy or endorsement for the specific coverage provided and coverage limits, conditions, or restrictions that apply.

A Liberty Mutual Company

FIRST NATIONAL INSURANCE COMPANY OF AMERICA
P O BOX 704000, SALT LAKE CITY, UT 84170

SAA INSURANCE AGENCY                     MARCH 20, 2022
2055 ANGLO DR STE 200
COLORADO SPGS    CO   80918-3694


AGENT TELEPHONE:    1-866-472-3326

*000571*

DAVID AVILA
JOHN HAYNE
8651 CRANE RD
OAKDALE CA  95361-8109



Re: Notice of Cancellation —    Homeowners Policy OA4122739

Dear Policyholder,

Per your request, we are canceling your Homeowners insurance
policy. Coverage will end at 12:01 a.m. standard time on January
26, 2022.

Thank you for your past business. We look forward to serving you
again soon.

FIRST NATIONAL INSURANCE COMPANY OF AMERICA
Personal Lines Underwriting



CN-7055/EP 1/97
G5

INSURED'S COPY

/9

**Safeco Insurance**™
A Liberty Mutual Company


COPY

SAA INSURANCE AGENCY
2055 ANGLO DR STE 200
COLORADO SPGS    CO    80918

**NON-PAY CANCELLATION NOTICE**

AGENT TELEPHONE:  (866) 472-3326

| ACCOUNT NUMBER | AMOUNT PAST DUE |
|---|---|
| 7135-4122739 | $332.61 |
| Payment was due on FEB 26 22 | |

*001142*

DAVID AVILA
JOHN HAYNE
8651 CRANE RD
OAKDALE        CA    95361-8109

**INSURANCE COMPANY:**
FN=First National Insurance Company of America

DATE MAILED:    March 4, 2022

Warning...Payment Not Yet Received

We appreciate the trust you have placed in us to serve your important
insurance needs. As of March 3, 2022, your current payment which was due on
February 26, 2022 has not yet been received.

There is still time to keep your policy in effect with no interruption in
coverage if your payment for $332.61 is postmarked and mailed no later than
March 27, 2022. Please note: Due to this late payment future billing may be
affected. If you have already sent us your payment, please accept our thanks.

PLEASE NOTE: Each policy listed on the back of this notice will cancel or
expire at the Date and Time stated, unless your payment is postmarked and
mailed no later than March 27, 2022. This is the last notice you will
receive.

If each policy cancels or expires, you will still owe $24.36 for coverage up
until the cancellation and/or expiration date(s). Changes to your policy(ies)
may change this amount.

CN-7036/EP 9/09    **PLEASE READ IMPORTANT INFORMATION ON REVERSE SIDE.**
G5

**739**  05-1800    ↑ Please fold, detach at perforation and return this ↑
                     portion with your payment in the enclosed envelope
OC-542/EP 10/18

| Account Number | Payment was due on |
|---|---|
| 7135-4122739 | FEB 26 22 |

$332.61    **Amount Past Due**

Cancelled

SAFECO INSURANCE
PO BOX 91014
CHICAGO, IL 60680-1172

DAVID AVILA
JOHN HAYNE

91014 090 0000713541227391 000051800 000000067 0000033261 0000327856 6

21



**Safeco Insurance**

A Liberty Mutual Company

DAVID AVILA
JOHN HAYNE

| Due Date | 1/26/22 |
|----------|---------|
| Amount Due | $296.60 |

| Account Number | 7135-4122739 |
|----------------|--------------|
| Statement Date | 1/03/22 |

**Contact us**
SAA INSURANCE AGENCY

Log in or register at www.safeco.com
to complete a payment, review your bill
or change your payment preferences.

Questions regarding your policy or bill?
(866) 472-3326

## Billing details

| Policy | Description | Bill Plan | Balance | Amount Due |
|--------|-------------|-----------|---------|------------|
| Home - OA4122739 | 8651 CRANE RD | Monthly | $3,535.15 | $294.60 |
| effective 2/26/22 - 2/26/23 | | | | |
| First National Ins. Co. of America | | | | |
| Installment fee | | | 2.00 | 2.00 |
| All billing details and account activity can be viewed online. | | **TOTAL** | **$3,537.15** | **$296.60** |

If you want to change your billing plan please call 1-866-472-3326 or visit
www.safeco.com. For billing and payment options see the back of this notice.

Please fold, detach at perforation and return bottom portion with your payment in the enclosed envelope.

036    SAFECO INSURANCE
*SAA INSURANCE AGENCY*
2055 ANGLO DR STE 200
COLORADO SPGS, CO 80918-3694

| Account Number | Balance | Due Date | Amount Due |
|----------------|---------|----------|------------|
| 7135-4122739 | $3,537.15 | 1/26/22 | $296.60 |

Payment must be postmarked by due date listed above.
Checks must be payable to: Safeco Insurance.

Amount Paid $



DAVID AVILA
JOHN HAYNE
8651 CRANE RD
OAKDALE       CA 95361-8109

*005364*

SAFECO INSURANCE
PO BOX 91014
CHICAGO, IL 60680-1172

91014 090 0000713541227391 000051800 000000036 0000029660 0000353715 5

23

| Plan[1] | 6-Month Policy | 12-Month Policy | Bill Frequency |
|---|---|---|---|
| Pay in Full | X | X | Pay the entire premium with no installment fee |
| 2-Pay | X | X | 6-Month Policy: The 2nd installment is due 3 months after the 1st. 12-Month Policy: The 2nd installment is due 6 months after the 1st. |
| 4-Pay | N/A | X | 4 installments (every 3 months) |
| Monthly | X | X | Monthly installments |

## Manage Your Account Online

Log in or register for an online account at **safeco.com** to:

- Make a payment
- Update payment details
- Change your billing plan, frequency or payment method
- Adjust the due date for your automatic payment (bank account or credit card)

## Combined Billing

You may combine your Safeco personal insurance policies on one Billing Account[3].

Contact your agent to add or remove policies on a billing account.

## Payment Information

Payments will be applied to the amount due. If a payment is made for more than the amount due, the overpayment will be credited to your next bill.

Payments or credits received will be applied to your account and may be applied to other balances due.

If total amount due is not paid or partially paid, you may be at risk for cancellation of all policies.

Late payments may result in changes or increase to future bills for the entire account.

For specific questions regarding your amount due or policy credits, please contact your agent directly.

## Fees

The installment fee varies by payment method, state and policy type. See your policy Declarations page for specific information regarding installment fees.

If we receive your payment after the due date, you may be charged a late fee[2] of up to $15.00. Late payments may affect your future premiums, your coverage or continuation of your policy.

If your payment is not honored by your bank, you may be charged a returned item fee of up to $25.00.

## Cancellation Information

To cancel your policy, please contact your agent. Cancellations can not be completed online.

Billing options may be limited for policies that have been reissued following a lapse in coverage.

You will receive a paper bill for premium still owed post-cancellation.

## Payment Disclosures

If you are paying by check, you authorize Safeco to notify your financial institution electronically and withdraw the funds to make your payment via electronic funds transfer. Funds may be withdrawn from your account on the day we receive your check. The transaction will appear on your bank statement, but your cancelled check will not be returned to you.

[1]Not all billing plans are available in all states or for all products. [2]There are late fee exceptions in specific states for certain products. Contact your agent with questions. [3]Excludes CA Earthquake Authority policies, policies in MA and policies paid by a mortgage company.

## PLEASE DO NOT WRITE ON THIS SIDE OF THE FORM.

**Log in or register at safeco.com** to update your contact information, make changes to your policy, adjust your payment preferences and more.



P.O. Box 515097
Los Angeles, CA 90051-5097

Phone (800) 472-3326
www.safeco.com

12/30/2021



DAVID AVILA
8651 CRANE RD
OAKDALE, CA 95361-8109

RE: OA4122739 issued by First National Insurance Company of America

Dear DAVID AVILA,

Thank you for choosing Safeco Insurance. We are currently reviewing your Safeco policy and have found our information to be incomplete.

This notification is being sent as a request to verify your lender/additional interest information. This is needed so that we are able to mail important proof of insurance documents and updates to the lenders/additional interests listed on your policy.

Please review the information currently listed on file:

DITECH FINANCIAL LLC
PO BOX 979282
MIAMI, FL 33197-9282

Please make any necessary changes to the above lender(s)/additional interest(s) and return the documentation in the enclosed envelope, via fax 877-344-5107, or via email to irisat@safeco.com. Please reference your policy number on all correspondence.

If you have any questions or concerns, please call us toll-free at 800-472-3326. We appreciate having you as a customer and look forward to hearing from you soon.

Sincerely,

Safeco Insurance
Underwriting and Policy Support

011



Safeco Insurance
P.O. Box 515097
Los Angeles, CA 90051-5097


DAVID AVILA
8651 CRANE RD
OAKDALE, CA 95361-8109



SAA INSURANCE AGENCY
2055 ANGLO DR STE 200
COLORADO SPGS  CO  80918-3694

December 28, 2021

Policy Number:  OA4122739
24-Hour Claims:  1-866-472-3326
Policy Service:  1-866-472-3326
Online Account Services:  www.safeco.com

**THIS IS NOT A BILL.**

DAVID AVILA
JOHN HAYNE
8651 CRANE RD
OAKDALE CA  95361-8109

Thank you for allowing us to continue serving your home insurance needs.   We appreciate your business and the trust that you have placed in us.

This renewal reflects adjustments to your dwelling, other structures, and personal property limits. We have adjusted your dwelling coverage limit to reflect increases in labor and materials costs in your area.   As part of your responsibility to maintain adequate amounts of insurance, please contact your agent to ensure that your limits reflect your dwelling's current features and characteristics, particularly if you have remodeled recently.

Your other structures and personal property limits, which are based on your dwelling coverage, have also been adjusted.   You should review whether your coverage is adequate at least annually, and after each significant personal property purchase.   If you would like to change your limits, or schedule any of your high value items, please contact your agent.

With this renewal the following changes were made, including those requested by you or your agent or broker:

- Your Dwelling Limits (Coverage A) changed from $1,320,700 to $1,479,200.   Other coverage limits listed below also changed since they are factors of your dwelling limits.
- Other Structure Limits (Coverage B) changed from $264,140 to $295,840.
- Personal Property Limits (Coverage C) changed from $990,550 to $1,109,430.

We would also like to draw your attention to the following:

■ Your new policy period begins February 26, 2022.   The 12-month premium for this policy is $3,535.15 for the February 26, 2022 to February 26, 2023 policy term.

■ This is not a bill.   Your bill will be sent in a separate mailing approximately 25 days before it is due.   It will provide an explanation of any money owed, your payment options with applicable fees and your payment due date.



PLEASE SEE REVERSE
**FIRST NATIONAL INSURANCE COMPANY OF AMERICA (A SAFECO Company)**
P O BOX 704000, SALT LAKE CITY, UT 84170

OC-429/EP 10/13

If you have any questions or wish to make any changes to your policy, you can do so by calling us at 1-866-472-3326.

**We have made changes to our program that impact both coverage and premium.   The impact on individual customers will vary.   Please review the declarations page, the policy and any enclosed notices carefully to see how these changes affect you.**

We appreciate the opportunity to serve you.   Thank you.

Tyler Asher
President, Safeco Insurance

OC-430/EP 5/98
G1





P.O. Box 515097
Los Angeles, CA 90051-5097

Phone (800) 472-3326
www.safeco.com

12/31/2020

DAVID AVILA
8651 CRANE RD
OAKDALE, CA 95361-8109

RE:  OA4122739 issued by First National Insurance Company of America

Dear DAVID AVILA,

Thank you for choosing Safeco Insurance.  We are currently reviewing your Safeco policy
and have found our information to be incomplete.

This notification is being sent as a request to verify your lender/additional interest
information.  This is needed so that we are able to mail important proof of insurance
documents and updates to the lenders/additional interests listed on your policy.

Please review the information currently listed on file:

DITECH FINANCIAL LLC
PO BOX 979282
MIAMI, FL 33197-9282

Please make any necessary changes to the above lender(s)/additional interest(s) and
return the documentation in the enclosed envelope, via fax 877-344-5107, or via email to
irisat@safeco.com.  Please reference your policy number on all correspondence.

If you have any questions or concerns, please call us toll-free at 800-472-3326. We
appreciate having you as a customer and look forward to hearing from you soon.

Sincerely,

Safeco Insurance
Underwriting and Policy Support

**Safeco Insurance**™
A Liberty Mutual Company

SAA INSURANCE AGENCY
2055 ANGLO DR STE 200
COLORADO SPGS    CO    80918-3694

December 28, 2020



Policy Number: OA4122739
24-Hour Claims: 1-866-472-3326
Policy Service: 1-866-472-3326
Online Account Services: www.safeco.com

**THIS IS NOT A BILL.**

*000160*

DAVID AVILA
JOHN HAYNE
8651 CRANE RD
OAKDALE CA  95361-8109

Thank you for allowing us to continue serving your home insurance needs.  We appreciate your business and the trust that you have placed in us.

This renewal reflects adjustments to your dwelling, other structures, and personal property limits. We have adjusted your dwelling coverage limit to reflect increases in labor and materials costs in your area.  As part of your responsibility to maintain adequate amounts of insurance, please contact your agent to ensure that your limits reflect your dwelling's current features and characteristics, particularly if you have remodeled recently.

Your other structures and personal property limits, which are based on your dwelling coverage, have also been adjusted.  You should review whether your coverage is adequate at least annually, and after each significant personal property purchase.  If you would like to change your limits, or schedule any of your high value items, please contact your agent.

With this renewal the following changes were made, including those requested by you or your agent or broker:

 - Your Dwelling Limits (Coverage A) changed from $1,287,200 to $1,320,700.  Other coverage limits listed below also changed since they are factors of your dwelling limits.
 - Other Structure Limits (Coverage B) changed from $257,440 to $264,140.
 - Personal Property Limits (Coverage C) changed from $965,420 to $990,550.

We would also like to draw your attention to the following:

 ▪ Your new policy period begins February 26, 2021.  The 12-month premium for this policy is $3,103.15 for the February 26, 2021 to February 26, 2022 policy term.

 ▪ This is not a bill.  Your bill will be sent in a separate mailing approximately 25 days before it is due.  It will provide an explanation of any money owed, your payment options with applicable fees and your payment due date.

PLEASE SEE REVERSE
**FIRST NATIONAL INSURANCE COMPANY OF AMERICA (A SAFECO Company)**
P O BOX 515097, LOS ANGELES, CA 90051

OC-429/EP 10/13



*31*

If you have any questions or wish to make any changes to your policy, you can do so by calling us at 1-866-472-3326.

**We have made changes to our program that impact both coverage and premium.  The impact on individual customers will vary.  Please review the declarations page, the policy and any enclosed notices carefully to see how these changes affect you.**

We appreciate the opportunity to serve you.   Thank you.

Tyler Asher
President, Safeco Insurance

OC-430/EP 5/08
G1

**Safeco Insurance™**

A Liberty Mutual Company

GIDDINGS SPECIALTY INS SVCS
3021 YUKON DR
MODESTO    CA    95350-1331

December 29, 2019



Policy Number:  OA4122739
24-Hour Claims:  1-800-332-3226
Policy Service:  (209) 284-0246
Online Account Services:  www.safeco.com

**THIS IS NOT A BILL.**

*000423*

DAVID AVILA
JOHN HAYNE
8651 CRANE RD
OAKDALE CA  95361-8109

*CRANE Road*
*HOUSE*

Thank you for allowing us to continue serving your home insurance needs.  We appreciate your business and the trust that you have placed in us.

This renewal reflects adjustments to your dwelling, other structures, and personal property limits. We have adjusted your dwelling coverage limit to reflect increases in labor and materials costs in your area.  As part of your responsibility to maintain adequate amounts of insurance, please contact your agent to ensure that your limits reflect your dwelling's current features and characteristics, particularly if you have remodeled recently.

Your other structures and personal property limits, which are based on your dwelling coverage, have also been adjusted.  You should review whether your coverage is adequate at least annually, and after each significant personal property purchase.  If you would like to change your limits, or schedule any of your high value items, please contact your agent.

With this renewal the following changes were made, including those requested by you or your agent or broker:

- Your Dwelling Limits (Coverage A) changed from $1,255,800 to $1,287,200.  Other coverage limits listed below also changed since they are factors of your dwelling limits.
- Other Structure Limits (Coverage B) changed from $251,160 to $257,440.
- Personal Property Limits (Coverage C) changed from $941,870 to $965,420.

We would also like to draw your attention to the following:

▪ Your new policy period begins February 26, 2020.  The 12-month premium for this policy is $3,012.15 for the February 26, 2020 to February 26, 2021 policy term.

▪ This is not a bill.  Your bill will be sent in a separate mailing approximately 25 days before it is due.  It will provide an explanation of any money owed, your payment options with applicable fees and your payment due date.

PLEASE SEE REVERSE
**FIRST NATIONAL INSURANCE COMPANY OF AMERICA (A SAFECO Company)**
P O BOX 515097, LOS ANGELES, CA 90051

OC-429/EP 10/13

*3753*

*4000000100140000010004423752*





33

If you have any questions or wish to make any changes to your policy, you can do so by calling your agent at (209) 284-0246.

**We have made changes to our program that impact both coverage and premium.  The impact on individual customers will vary.  Please review the declarations page, the policy and any enclosed notices carefully to see how these changes affect you.**

We appreciate the opportunity to serve you.  Thank you.

Tyler Asher
President, Safeco Insurance

OC-430/EP 5/98
G1

 **Safeco Insurance**™
A Liberty Mutual Company



Homeowners Policy#: OA4122739

## EVIDENCE OF INSURANCE FOR MORTGAGE COMPANIES

**Customer Information**
DAVID AVILA
JOHN HAYNE
8651 CRANE RD
OAKDALE, CA 95361-8109

**Date Prepared:** 04/04/2019
**Policy Period:** 02/26/2019 to 02/26/2020
**Changes Effective:** 04/04/2019

**Agent Information**
SAA INSURANCE AGENCY
2055 ANGLO DR STE 200
COLORADO SPGS, CO 80918-3694

Phone Number: (719) 528-5400
Email: service@icainsurance.com
Agent #: 051800

**Mortgagee(s)**
DiTech Financial LLC
Its Affiliates and/or Assigns
PO BOX 979282
Miami, FL 33197-9282
Loan Number: 0052418605

**DWELLING LOCATION**
8651 CRANE RD
OAKDALE, CA 95361-8109
**POLICY PREMIUM:** $2,627.15
**BALANCE REMAINING:** _____

**DWELLING LIMIT:** $1,255,800
Mortgage Clause (formerly 438 BFU)

**DEDUCTIBLES**
Section I - Property Coverages  $2,500

**MAKE CHECK PAYABLE TO:** Safeco Insurance

**MAIL PAYMENT TO:**
Safeco Insurance
Attn: Payment Processing Operations
PO Box 91016
Chicago, IL 60680-1016

This is not an insurance policy and does not amend, alter or extend the coverage afforded by the policy listed.
Coverage does not include earthquake or flood.

**Agent Signature:** _____

First National Insurance Company of America

35



A Liberty Mutual Company

## FIRST NATIONAL INSURANCE COMPANY OF AMERICA (A SAFECO Company)
Home Office: 62 Maple Ave, Keene, NH 03431 (A stock insurance company.)

### QUALITY CREST HOMEOWNERS POLICY DECLARATIONS

INSURED:
DAVID AVILA
JOHN HAYNE
8651 CRANE RD
OAKDALE CA  95361-8109

RESIDENCE PREMISES:
8651 CRANE RD
OAKDALE CA  95361-8109

POLICY NUMBER:  OA4122739
POLICY PERIOD FROM:  FEB. 26 2019
                 AT:  12:01 A.M.
                 TO:  FEB. 26 2020

AGENT:
SAA INSURANCE AGENCY
2055 ANGLO DR STE 200
COLORADO SPGS    CO    80918-3694

TELEPHONE:  1-866-472-3326

### IMPORTANT NOTICES

- Your policy has renewed effective February 26, 2019.
- **THIS POLICY DOES NOT PROVIDE EARTHQUAKE COVERAGE.**
- The limit of liability for this structure (Coverage A) is based on an estimate of the cost to rebuild your home, including an approximate cost for labor and materials in your area, and specific information that you have provided about your home.

| COVERAGES | LIMIT | PREMIUM |
|---|---|---|
| SECTION I - PROPERTY COVERAGES | | |
| A - Dwelling | $  1,255,800 | $  3,198.00 |
| B - Other Structures | 251,160 | |
| C - Personal Property | 941,870 | |
| D - Loss of Use | FAIR COST | |
| SECTION II - LIABILITY COVERAGES | | |
| E - Personal Liability (each occurrence) | 500,000 | 37.00 |
| F - Medical Payments (each person) | 10,000 | |
| INCLUDED COVERAGES | | |
| Building Ordinance or Law Coverage | | Included |
| Included in limit applicable to Coverage A | | |
| Full Value on Personal Property | | Included |
| Extended Dwelling Coverage Amount | 1,255,800 | Included |
| 438-B.F.U. | | Included |
| California Workers Compensation | | 5.00 |

| CREDITS | PERCENTAGE | SAVINGS |
|---|---|---|
| Newer Home Credit | 2% | $   -64.00 |
| Burglar Alarm Credit | 10% | -320.00 |
| Sprinkler Credit | 7% | -224.00 |

| DEDUCTIBLE(S) | PERCENTAGE | AMOUNT |
|---|---|---|
| Section I | N/A | $   2,500 |

| LICENSE, TAX OR FEE: | | PREMIUM |
|---|---|---|
| California Seismic Safety Fee | | $   .15 |

| TOTAL ANNUAL PREMIUM | $  2,627.15 |
|---|---|



CONTINUED
Page 1 of 2

ORIGINAL
DATE PREPARED DEC. 30 2018



CHO-6000/EP 9/06
G2

**FIRST NATIONAL INSURANCE COMPANY OF AMERICA (A SAFECO Company)**
**QUALITY CREST HOMEOWNERS POLICY DECLARATIONS**

**POLICY NUMBER:** 0A4122739

CONTINUED

You may pay your premium in full or in installments. There is no installment fee for
the following billing plans: Full Pay, Annual 2-Pay. Installment fees for all other
billing plans are listed below. If more than one policy is billed on the installment
bill, only the highest fee is charged. The fee is:
  $0.00 per installment for recurring automatic deduction (EFT)
  $0.00 per installment for recurring credit card or debit card
  $2.00 per installment for all other payment methods

## INSURABLE INTERESTS

SERVICING MORTGAGEE
  FLAGSTAR BANK
  ISAOA ATIMA
  PO BOX 52198
  PHOENIX AZ  85072-2198
  LOAN NUMBER:  0502432472

**Safeco Insurance**
A Liberty Mutual Company

## FIRST NATIONAL INSURANCE COMPANY OF AMERICA (A SAFECO Company)
Home Office: 62 Maple Ave, Keene, NH 03431 (A stock insurance company.)

### QUALITY CREST HOMEOWNERS POLICY DECLARATIONS

**INSURED:**
DAVID AVILA
JOHN HAYNE
8651 CRANE RD
OAKDALE CA  95361-8109

**POLICY NUMBER:** OA4122739
**POLICY PERIOD FROM:** FEB. 26 2018
         **AT:** 12:01 A.M.
         **TO:** FEB. 26 2019

**AGENT:**
SAA INSURANCE AGENCY
2055 ANGLO DR STE 200
COLORADO SPGS    CO    80918-3694

TELEPHONE:  1-866-472-3326

**RESIDENCE PREMISES:**
8651 CRANE RD
OAKDALE CA  95361-8109

### IMPORTANT NOTICES

- Your policy has renewed effective February 26, 2018.
- **THIS POLICY DOES NOT PROVIDE EARTHQUAKE COVERAGE.**
- The limit of liability for this structure (Coverage A) is based on an estimate of
  the cost to rebuild your home, including an approximate cost for labor and
  materials in your area, and specific information that you have provided about your
  home.

| COVERAGES | LIMIT | PREMIUM |
|---|---|---|
| SECTION I - PROPERTY COVERAGES | | |
| A - Dwelling | $  1,210,900 | $    5,513.00 |
| B - Other Structures | 242,180 | |
| C - Personal Property | 908,190 | |
| D - Loss of Use | FAIR COST | |
| | | |
| SECTION II - LIABILITY COVERAGES | | |
| E - Personal Liability (each occurrence) | 500,000 | 37.00 |
| F - Medical Payments (each person) | 10,000 | |
| | | |
| INCLUDED COVERAGES | | |
| Building Ordinance or Law Coverage | | Included |
|   Included in limit applicable to Coverage A | | |
| Full Value on Personal Property | | Included |
| Extended Dwelling Coverage Amount | 1,210,900 | Included |
| 438-B.F.U. | | Included |
| California Workers Compensation | | 5.00 |

| CREDITS | PERCENTAGE | SAVINGS |
|---|---|---|
| Newer Home Credit | 5% | $    -276.00 |
| Burglar Alarm Credit | 10% | -551.00 |
| Sprinkler Credit | 7% | -386.00 |

| DEDUCTIBLE(S) | PERCENTAGE | AMOUNT |
|---|---|---|
| Section I | N/A | $    2,500 |

| LICENSE, TAX OR FEE: | PREMIUM |
|---|---|
| California Seismic Safety Fee | $      .15 |

| TOTAL ANNUAL PREMIUM | $    6,337.15 |
|---|---|



4278

0000000080080000000055327745703

CHO-6000/EP 9/06
G2

ORIGINAL
DATE PREPARED DEC. 28 2017

39

## FIRST NATIONAL INSURANCE COMPANY OF AMERIC. (A SAFECO Company)
## QUALITY CREST HOMEOWNERS POLICY DECLARATIONS

**POLICY NUMBER:** OA4122739

### CONTINUED

You may pay your premium in full or in installments. There is no installment fee for the following billing plans: Full Pay, Annual 2-Pay. Installment fees for all other billing plans are listed below. If more than one policy is billed on the installment bill, only the highest fee is charged. The fee is:
$0.00 per installment for recurring automatic deduction (EFT)
$0.00 per installment for recurring credit card or debit card
$2.00 per installment for all other payment methods

### INSURABLE INTERESTS

SERVICING MORTGAGEE
    FLAGSTAR BANK, FSB
    ITS SUCCESSORS AND/OR ASSIGNS
    PO BOX 7026
    TROY MI  48007-7026
    LOAN NUMBER:  0502432472

SAA INSURANCE AGENCY
2055 ANGLO DR STE 200
COLORADO SPGS   CO   80918-3694

December 28, 2017

Policy Number: OA4122739

24-Hour Claims: 1-866-472-3326

Policy Service: 1-866-472-3326

Online Account Services: www.safeco.com

**THIS IS NOT A BILL.**

*000553*

DAVID AVILA
JOHN HAYNE
8651 CRANE RD
OAKDALE CA  95361-8109

Thank you for allowing us to continue serving your home insurance needs.   We appreciate your business and the trust that you have placed in us.

This renewal reflects adjustments to your dwelling, other structures, and personal property limits. We have adjusted your dwelling coverage limit to reflect increases in labor and materials costs in your area.   As part of your responsibility to maintain adequate amounts of insurance, please contact your agent to ensure that your limits reflect your dwelling's current features and characteristics, particularly if you have remodeled recently.

Your other structures and personal property limits, which are based on your dwelling coverage, have also been adjusted.   You should review whether your coverage is adequate at least annually, and after each significant personal property purchase.   If you would like to change your limits, or schedule any of your high value items, please contact your agent.

With this renewal the following changes were made, including those requested by you or your agent or broker:

- Your Dwelling Limits (Coverage A) changed from $1,177,900 to $1,210,900.   Other coverage limits listed below also changed since they are factors of your dwelling limits.
- Other Structure Limits (Coverage B) changed from $235,580 to $242,180.
- Personal Property Limits (Coverage C) changed from $883,440 to $908,190.

We would also like to draw your attention to the following:

■ Your new policy period begins February 26, 2018.   The 12-month premium for this policy is $4,337.15 for the February 26, 2018 to February 26, 2019 policy term.

■ This is not a bill.   Your bill will be sent in a separate mailing approximately 25 days before it is due.   It will provide an explanation of any money owed, your payment options with applicable fees and your payment due date.



PLEASE SEE REVERSE
**FIRST NATIONAL INSURANCE COMPANY OF AMERICA (A SAFECO Company)**
P O BOX 515097, LOS ANGELES, CA 90051

OC-428/EP 10/13

If you have any questions or wish to make any changes to your policy, you can do so by calling us at 1-866-472-3326.

**We have made changes to our program that impact both coverage and premium.  The impact on individual customers will vary.  Please review the declarations page, the policy and any enclosed notices carefully to see how these changes affect you.**

We appreciate the opportunity to serve you.  Thank you.

Tyler Asher
President, Safeco Insurance

OC-430/EP5/98
G1

# CALIFORNIA RESIDENTIAL PROPERTY INSURANCE DISCLOSURE

**AGENT:**
SAA INSURANCE AGENCY
2055 ANGLO DR STE 200
COLORADO SPGS    CO    80918-3694

**DATE:**
**DECEMBER 28, 2017**

**AGENT TELEPHONE: 1-866-472-3326**

**POLICY NUMBER:**
**OA4122739**

**INSURED:**
DAVID AVILA
JOHN HAYNE
8651 CRANE RD
OAKDALE CA    95361-8109

**RESIDENCE PREMISES:**
8651 CRANE RD
OAKDALE CA    95361-8109

### NOTICE TO CONSUMERS — CALIFORNIA RESIDENTIAL INSURANCE DISCLOSURE

This disclosure is required by Section 10102 of the California Insurance Code. This form provides general information related to residential property insurance and is not part of your residential property insurance policy. Only the specific provisions of your policy will determine whether a particular loss is covered and the amount payable. The information provided does not preempt existing California law.

### PRIMARY FORMS OF RESIDENTIAL DWELLING COVERAGE

> **You have purchased the coverage(s) checked below. NOTE: Actual Cash Value Coverage is the most limited level of coverage listed. Guaranteed Replacement Cost is the broadest level of coverage.**

☐ **ACTUAL CASH VALUE COVERAGE** pays the costs to repair the damaged dwelling minus a deduction for physical depreciation. If the dwelling is completely destroyed, this coverage pays the fair market value of the dwelling at time of loss. In either case, coverage only pays for costs up to the limits specified in your policy.

☐ **REPLACEMENT COST COVERAGE** is intended to provide for the cost to repair or replace the damaged or destroyed dwelling, without a deduction for physical depreciation. Many policies pay only the dwelling's actual cash value until the insured has actually begun or completed repairs or reconstruction on the dwelling. Coverage only pays for replacement costs up to the limits specified in your policy.

☒ **EXTENDED REPLACEMENT COST COVERAGE** is intended to provide for the cost to repair or replace the damaged or destroyed dwelling without a deduction for physical depreciation. Many policies pay only the dwelling's actual cash value until the insured has actually begun or completed repairs or reconstruction on the dwelling. Extended Replacement Cost provides additional coverage above the dwelling limits up to a stated percentage or specific dollar amount. See your policy for the additional coverage that applies.

☐ **GUARANTEED REPLACEMENT COST COVERAGE** covers the full cost to repair or replace the damaged or destroyed dwelling for a covered peril regardless of the dwelling limits shown on the policy declarations page. (NOT AVAILABLE).

☒ **BUILDING CODE UPGRADE COVERAGE,** also called Ordinance and Law coverage, is an important option that covers additional costs to repair or replace a dwelling to comply with the building codes and zoning laws in effect at the time of loss or rebuilding. These costs may otherwise be excluded by your policy. Meeting current building code requirements can add significant costs to rebuilding your home. Refer to your policy or endorsement for the specific coverage provided and coverage limits that apply.



**READ YOUR POLICY AND POLICY DECLARATIONS PAGE CAREFULLY:** The policy declarations page shows the specific coverage limits you have purchased for your dwelling, personal property, separate structures such as detached garages, and additional living expenses. The actual policy and endorsements provide the details on extensions of coverage, limitations of coverage, and coverage conditions and exclusions. The amount of any claim payment made to you will be reduced by any applicable deductibles shown on your policy declarations page. It is important to take the time to consider whether the limits and limitations of your policy meet your needs. Contact your agent, broker, or insurance company if you have questions about what is covered or if you want to discuss your coverage options.

## INFORMATION YOU SHOULD KNOW ABOUT RESIDENTIAL DWELLING INSURANCE

**AVOID BEING UNDERINSURED:** Insuring your home for less than its replacement cost may result in your having to pay thousands of dollars out of your own pocket to rebuild your home if it is completely destroyed. Contact your agent, broker, or insurance company immediately if you believe your policy limits may be inadequate.

**THE RESIDENTIAL DWELLING COVERAGE LIMIT:** The coverage limit on the dwelling structure should be high enough so you can rebuild your home if it is completely destroyed. Please note:

- The cost to rebuild your home is almost always different from the market value.

- Dwelling coverage limits do not cover the value of your land.

- The estimate to rebuild your home should be based on construction costs in your area and should be adjusted to account for the features of your home. These features include but are not limited to the square footage, type of foundation, number of stories, and the quality of the materials used for items such as flooring, countertops, windows, cabinetry, lighting and plumbing.

- The cost to rebuild your home should be adjusted each year to account for inflation.

- Coverage limits for contents, separate structures, additional living expenses and debris removal are usually based on a percentage of the limit for the dwelling. If your dwelling limit is too low, these coverage limits may also be too low.

You are encouraged to obtain a current estimate of the cost to rebuild your home from your insurance agent, broker, or insurance company or an independent appraisal from a local contractor, architect, or real estate appraiser. If you do obtain an estimate of replacement value, and wish to change your policy limits, contact your insurance company. While not a guarantee, a current estimate can help protect you against being underinsured.

**DEMAND SURGE:** After a widespread disaster, the cost of construction can increase dramatically as a result of the unusually high demand for contractors, building supplies and construction labor. This effect is known as demand surge. Demand surge can increase the cost of rebuilding your home. Consider increasing your coverage limits or purchasing Extended Replacement Cost coverage to prepare for this possibility.

**CHANGES TO PROPERTY:** Changes to your property may increase its replacement cost. These changes may include the building of additions, customizing your kitchen or bathrooms, or otherwise remodeling your home. Failure to advise your insurance company of any significant changes to your property may result in your home being underinsured.

**EXCLUSIONS:** Not all causes of damage are covered by common homeowners or residential fire policies. You need to read your policy to see what causes of loss or perils are not covered. Coverage for landslide is typically excluded. Some excluded perils such as earthquake or flood can be purchased as an endorsement to your policy or as a separate policy. Contact your agent, broker, or insurance company if you have a concern about any of the exclusions in your policy.

## CONTENTS (PERSONAL PROPERTY) COVERAGE DISCLOSURE:

This disclosure form does not explain the types of contents coverage provided by your policy for items such as your furniture or clothing. Contents may be covered on either an actual cash value or replacement cost basis depending on the contract. Almost all policies include specific dollar limitations on certain property that is particularly valuable such as jewelry, art, or silverware. Contact your agent, broker or insurance company if you have any questions about your contents coverage. You should create a list of all personal property in and around your home. Pictures and video recordings also help you document your property. The list, photos, and video should be stored away from your home.

## CONSUMER ASSISTANCE

If you have any concerns or questions, contact your agent, broker, or insurance company. You are also encouraged to contact the California Department of Insurance consumer information line at (800) 927-HELP (4357) or at www.insurance.ca.gov for free insurance assistance.

## CALIFORNIA RESIDENTIAL PROPERTY INSURANCE BILL OF RIGHTS

A consumer is entitled to receive information regarding homeowner's insurance. The following is a limited overview of information that your insurance company can provide:

- The insurance company's customer service telephone number for underwriting, rating, and claims inquiries.
- A written explanation for any cancellation or nonrenewal of your policy.
- A copy of the insurance policy.
- An explanation of how your policy limits were established.
- In the event of a claim, an itemized, written scope of loss report prepared by the insurer or its adjuster within a reasonable time period.
- In the event of a claim, a copy of the Unfair Practices Act and, if requested, a copy of the Fair Claims Practices Regulations.
- In the event of a claim, notification of a consumer's rights with respect to the appraisal process for resolving claims disputes.
- An offer of coverage and premium quote for earthquake coverage, if eligible.

A consumer is also entitled to select a licensed contractor or vendor to repair, replace, or rebuild damaged property covered by the insurance policy.

The information provided herein is not all inclusive and does not negate or preempt existing California law. If you have any concerns or questions, contact your agent, broker, insurance company, or the California Department of Insurance consumer information line (800) 927-HELP (4357) or at www.insurance.ca.gov for free insurance assistance.

This insurer reports claim information to one or more claims information databases. The claim information is used to furnish loss history reports to insurers. If you are interested in obtaining a report from a claims information database, you may do so by contacting:

Choicepoint (CLUE)
1-800-456-6004
www.consumerdisclosure.com

ISO Claimsearch
1-800-888-4476



**Safeco** Insurance.

A Liberty Mutual Company

# NOTICE OF PRIVACY PRACTICES — CALIFORNIA

We appreciate the trust you place in us when you buy insurance from one of our companies. We want you to know how we gather information about you, how we protect it, and how you can make sure it's correct.

## WHAT WE COLLECT

Most of the information we obtain comes directly from you and your insurance agent. For example, your application gives us your name, address and Social Security number.

We may also ask for data from other outside sources, including:

- Your transactions with our affiliates or other insurance companies (such as your payment history or claims history); or

- Data we receive from a consumer reporting agency or insurance support organization ("Organization"), such as your credit history, driving record, claims history or value and condition of your property.

Organizations from which we obtain information may keep it and disclose it to others as permitted by law.

If we obtain medical information about you, it is generally received in connection with the administration or management of your insurance policy or claim or for the detection and prevention of fraud. We will not share your medical information with our affiliates or non-affiliates for marketing purposes.

We treat information about our former customers in the same manner that we treat information about current customers.

## HOW WE USE DATA ABOUT YOU

We only disclose personal data about you as permitted by law. Generally, this includes sharing it with third parties to administer your transactions with us, service your insurance policy or claim, detect and prevent fraud, or with your authorization. We require these parties to use your personal data only for the reasons we gave it to them. These third parties may include:

- Agents and brokers authorized to sell Safeco insurance products;

- Independent contractors (such as auto repair facilities, towing companies, property inspectors and independent adjusters);

- Auditors, attorneys, courts and government agencies;

- Other companies which may reinsure your policy or with which you have other coverage;

- Group policyholders (for reporting claims data or an audit); and/or,

- Other companies and Organizations for actuarial or research studies.

We may also share data with other companies with which we have joint marketing agreements for products offered by Safeco. We may also share information about our transactions (such as payment history) and experiences (such as claims made) with you within the Safeco family of companies. Finally, we may share data in response to court orders, such as subpoenas.

We do not sell your information to others, nor do we provide it to third parties for their own marketing purposes.

## SECURITY

We maintain physical, electronic, and administrative safeguards to protect your data from unauthorized access. Our employees are authorized to access customer files only for legitimate business purposes.

## YOUR AGENT OR BROKER

Your agent or broker is not a Safeco employee and is not subject to our privacy policy. Because your agent or broker has a unique business relationship with you, he or she may have data about you that Safeco does not have. Your agent or broker may use this information differently than Safeco. Contact your agent or broker to learn more about their privacy practices.



4/7

## REVIEWING YOUR FILE

You can request a copy of the data about you in our files to review. Your request must be in writing. We will respond within 30 business days of receiving your request. We will advise you of third parties to whom we have given the data during the last two years. We will also give you the name and address of any reporting organization from which we received data about you.

There are certain types of information, such as the information collected for a claim or when the possibility of a lawsuit exists, that we are not required to provide you.

If the law allows you to review records supplied by a medical provider, you can direct us to send the records to you or to a provider of your choice (as long as the provider is licensed in the area related to the records being provided). We may send mental health records directly to you only with your medical provider's approval.

## IF YOU DISAGREE WITH OUR RECORDS

If you believe information in our files is wrong, you can notify us in writing. We will review your file within 30 business days of receiving your notice. If we agree with you, we will amend our records and notify you about the change. This change will become part of the file. It will be included in any future disclosures to others and will be sent to:

- Anyone you designate who may have received the data during the previous two years.
- Anyone who received the data from us during the previous seven years.
- Organizations that provided the data that was changed pursuant to your request.

If we disagree with you, we will explain why. You can provide us with a written statement explaining why you believe the data is wrong. This statement will become part of the file and will be included in any future disclosures of the disputed subject matter. Your statement will also be sent to the parties listed above.

## SAFECO'S WEB SITE

If you have Internet access and want to learn more about our online security practices, click on the Privacy Policy link on www.safeco.com.

American Economy Insurance Company
American States Insurance Company
American States Insurance Company of Texas
American States Preferred Insurance Company
First National Insurance Company of America
General Insurance Company of America
Insurance Company of Illinois
Safeco Insurance Company of America
Safeco Insurance Company of Illinois
Safeco Surplus Lines Insurance Company
(For mailing address, please contact your agent or nearest local Safeco office.)

® 2011 Safeco Insurance Company of America, Member of Liberty Mutual Group. All Rights Reserved.

SAFECO Insurance™
A Liberty Mutual Company

## FIRST NATIONAL INSURANCE COMPANY OF AMERICA (A SAFECO Company)
Home Office: 62 Maple Ave, Keene, NH 03431 (A stock insurance company.)

## QUALITY CREST HOMEOWNERS POLICY DECLARATIONS

**INSURED:**
DAVID AVILA
JOHN HAYNE
8651 CRANE RD
OAKDALE CA  95361-8109



**RESIDENCE PREMISES:**
8651 CRANE RD
OAKDALE CA  95361-8109

**POLICY NUMBER:** 0A4122739
**POLICY PERIOD FROM:** FEB. 26 2018
**AT:** 12:01 A.M.
**TO:** FEB. 26 2019

**AGENT:**
SAA INSURANCE AGENCY
2055 ANGLO DR STE 200
COLORADO SPGS      CO    80918-3694

TELEPHONE: 1-866-472-3326

### IMPORTANT NOTICES

- Your policy has changed effective February 26, 2017.
- **THIS POLICY DOES NOT PROVIDE EARTHQUAKE COVERAGE.**
- The limit of liability for this structure (Coverage A) is based on an estimate of the cost to rebuild your home, including an approximate cost for labor and materials in your area, and specific information that you have provided about your home.

| COVERAGES | LIMIT | PREMIUM |
|---|---|---|
| SECTION I - PROPERTY COVERAGES | | |
| A - Dwelling | $ 1,210,900 | $  2,725.00 |
| B - Other Structures | 242,180 | |
| C - Personal Property | 908,190 | |
| D - Loss of Use | FAIR COST | |
| SECTION II - LIABILITY COVERAGES | | |
| E - Personal Liability (each occurrence) | 500,000 | 37.00 |
| F - Medical Payments (each person) | 10,000 | |
| INCLUDED COVERAGES | | |
| Building Ordinance or Law Coverage | | Included |
| Included in limit applicable to Coverage A | | |
| Full Value on Personal Property | | Included |
| Extended Dwelling Coverage Amount | 1,210,900 | Included |
| 438-B.F.U. | | Included |
| California Workers Compensation | | 5.00 |

| CREDITS | PERCENTAGE | SAVINGS |
|---|---|---|
| Newer Home Credit | 5% | $  -136.00 |
| Burglar Alarm Credit | 10% | -273.00 |
| Sprinkler Credit | 7% | -191.00 |

| DEDUCTIBLE(S) | PERCENTAGE | AMOUNT |
|---|---|---|
| Section I | N/A | $  2,500 |

| LICENSE, TAX OR FEE: | | PREMIUM |
|---|---|---|
| California Seismic Safety Fee | | $     .15 |

| | |
|---|---|
| **TOTAL ANNUAL PREMIUM** | **$   2,162.15** |



CHO-6000/EP 9/06
G2

ORIGINAL
DATE PREPARED FEB. 26 2018

49

## FIRST NATIONAL INSURANCE COMPANY OF AMERICA (A SAFECO Company),
## QUALITY CREST HOMEOWNERS POLICY DECLARATIONS

CONTINUED

**POLICY NUMBER:**  OA4122739

You may pay your premium in full or in installments. There is no installment fee for the following billing plans: Full Pay, Annual 2-Pay. Installment fees for all other billing plans are listed below. If more than one policy is billed on the installment bill, only the highest fee is charged. The fee is:
    $0.00 per installment for recurring automatic deduction (EFT)
    $0.00 per installment for recurring credit card or debit card
    $2.00 per installment for all other payment methods

### INSURABLE INTERESTS

SERVICING MORTGAGEE
    FLAGSTAR BANK, FSB
    ITS SUCCESSORS AND/OR ASSIGNS
    PO BOX 7026
    TROY MI  48007-7026
    LOAN NUMBER:  0502432472

SAA INSURANCE AGENCY
2055 ANGLO DR STE 200
COLORADO SPGS   CO   80918-3694

February 26, 2018

Policy Number: OA4122739
24-Hour Claims: 1-866-472-3326
Policy Service: 1-866-472-3326
Online Account Services: www.safeco.com

\*000683\*
DAVID AVILA
JOHN HAYNE
8651 CRANE RD
OAKDALE CA 95361-8109

**THIS IS NOT A BILL.**

The following change was made to the policy covering your home at 8651 CRANE RD,
OAKDALE CA 95361-8109: including those requested by you or your agent or broker:

- The Fire Protection classification for your dwelling changed.

This change is effective February 26, 2017.  Please place this letter with your insurance policy.

The credit for this change is $4,349.67.  The billing for this amount will be explained on your next
billing statement.  A $294.62 payment for the outstanding bill on your account must be
postmarked by March 3, 2018, to prevent cancellation of the policies on your account.

For 24-hour policy and claims service, please call:  1-866-472-3326.

We appreciate the opportunity to serve you.  Thank you.

Personal Lines Underwriting



**FIRST NATIONAL INSURANCE COMPANY OF AMERICA (A SAFECO Company)**
P O BOX 515097, LOS ANGELES, CA 90051

OC-429/EP 10/13

$\mathcal{5}1$

**Safeco Insurance**
A Liberty Mutual Company

## FIRST NATIONAL INSURANCE COMPANY OF AMERICA (A SAFECO Company)
Home Office: 62 Maple Ave, Keene, NH 03431 (A stock insurance company.)

## QUALITY CREST HOMEOWNERS POLICY DECLARATIONS

**INSURED:**
DAVID AVILA
JOHN HAYNE
8651 CRANE RD
OAKDALE CA  95361-8109

**RESIDENCE PREMISES:**
8651 CRANE RD
OAKDALE CA  95361-8109

**COPY**

**POLICY NUMBER:** OA4122739
**POLICY PERIOD FROM:** FEB. 26 2017
**AT:** 12:01 A.M.
**TO:** FEB. 26 2018

**AGENT:**
SAA INSURANCE AGENCY
2055 ANGLO DR STE 200
COLORADO SPGS    CO    80918-3694

TELEPHONE:  1-866-472-3326

### IMPORTANT NOTICES
- Your policy has changed effective June 20, 2017.
- **THIS POLICY DOES NOT PROVIDE EARTHQUAKE COVERAGE.**
- The limit of liability for this structure (Coverage A) is based on an estimate of the cost to rebuild your home, including an approximate cost for labor and materials in your area, and specific information that you have provided about your home.

| COVERAGES | LIMIT | PREMIUM |
|---|---|---|
| SECTION I - PROPERTY COVERAGES | | |
| A - Dwelling | $  1,177,900 | $    4,928.00 |
| B - Other Structures | 235,580 | |
| C - Personal Property | 883,440 | |
| D - Loss of Use | FAIR COST | |
| SECTION II - LIABILITY COVERAGES | | |
| E - Personal Liability (each occurrence) | 500,000 | 37.00 |
| F - Medical Payments (each person) | 10,000 | |
| INCLUDED COVERAGES | | |
| Building Ordinance or Law Coverage | | Included |
|    Included in limit applicable to Coverage A | | |
| Full Value on Personal Property | | Included |
| Extended Dwelling Coverage Amount | 1,177,900 | Included |
| 438-B.F.U. | | Included |
| California Workers Compensation | | 5.00 |

| CREDITS | PERCENTAGE | SAVINGS |
|---|---|---|
| Newer Home Credit | 8% | $   -394.00 |
| Burglar Alarm Credit | 10% | -493.00 |
| Sprinkler Credit | 7% | -345.00 |

| DEDUCTIBLE(S) | PERCENTAGE | AMOUNT |
|---|---|---|
| Section I | N/A | $   2,500 |

| LICENSE, TAX OR FEE | | PREMIUM |
|---|---|---|
| California Seismic Safety Fee | | $      .15 |

| TOTAL ANNUAL PREMIUM | $   3,733.15 |
|---|---|



CONTINUED
Page 1 of 2

ORIGINAL
DATE PREPARED JUNE 27 2017

CHO-6000/EP 9/06
G2



**FIRST NATIONAL INSURANCE COMPANY OF AMERICA (A SAFECO Company)**
**QUALITY CREST HOMEOWNERS POLICY DECLARATIONS**

CONTINUED

**POLICY NUMBER:**   OA4122739

You may pay your premium in full or in installments. There is no installment fee for
the following billing plans: Full Pay, Annual 2-Pay. Installment fees for all other
billing plans are listed below. If more than one policy is billed on the installment
bill, only the highest fee is charged. The fee is:
   $0.00 per installment for recurring automatic deduction (EFT)
   $0.00 per installment for recurring credit card or debit card
   $2.00 per installment for all other payment methods

**INSURABLE INTERESTS**

SERVICING MORTGAGEE
   FLAGSTAR BANK, FSB
   ITS SUCCESSORS AND/OR ASSIGNS
   PO BOX 7026
   TROY MI  48007-7026
   LOAN NUMBER:  0502432472

**Safeco Insurance**
A Liberty Mutual Company

SAA INSURANCE AGENCY
2055 ANGLO DR STE 200
COLORADO SPGS   CO   80918-3694

June 27, 2017

Policy Number: OA4122739
24-Hour Claims: 1-866-472-3326
Policy Service: 1-866-472-3326
Online Account Services: www.safeco.com

**THIS IS NOT A BILL.**

*000442*
DAVID AVILA
JOHN HAYNE
8651 CRANE RD
OAKDALE CA  95361-8109

The following change was made to the policy covering your home at 8651 CRANE RD,
OAKDALE CA 95361-8109: including those requested by you or your agent or broker:

  - Your name and address information is amended to read:
    DAVID AVILA
    JOHN HAYNE
    8651 CRANE RD
    OAKDALE CA 95361-8109

This change is effective June 20, 2017.   Please place this letter with your insurance policy.

No additional premium or credit resulted from this change.

For 24-hour policy and claims service, please call:   1-866-472-3326.

We appreciate the opportunity to serve you.   Thank you.

Personal Lines Underwriting



**FIRST NATIONAL INSURANCE COMPANY OF AMERICA (A SAFECO Company)**
P O BOX 515097, LOS ANGELES, CA 90051

OC-429/EP 10/13

## FIRST NATIONAL INSURANCE COMPANY OF AMERICA (A SAFECO Company)
Home Office: 62 Maple Ave, Keene, NH 03431 (A stock insurance company.)

### QUALITY CREST HOMEOWNERS POLICY DECLARATIONS

**INSURED:**
DAVID AVILA
JOHN HAYNE
316 W F ST STE 100
OAKDALE CA  95361-3858



**POLICY NUMBER:** 0A4122739
**POLICY PERIOD FROM:** FEB. 26 2017
            **AT:** 12:01 A.M.
            **TO:** FEB. 26 2018

**AGENT:**
OMEGA PACIFIC INS SOLUTIONS
1016 12TH ST STE A
MODESTO          CA      95354-0812

TELEPHONE: 1-866-472-3326

**RESIDENCE PREMISES:**
8651 CRANE RD
OAKDALE CA  95361-8109

### IMPORTANT NOTICES

- Your policy has renewed effective February 26, 2017.
- **THIS POLICY DOES NOT PROVIDE EARTHQUAKE COVERAGE.**
- The limit of liability for this structure (Coverage A) is based on an estimate of the cost to rebuild your home, including an approximate cost for labor and materials in your area, and specific information that you have provided about your home.

| COVERAGES | LIMIT | PREMIUM |
|---|---|---|
| SECTION I — PROPERTY COVERAGES | | |
|   A — Dwelling | $ 1,177,900 | $ 4,928.00 |
|   B — Other Structures | 235,580 | |
|   C — Personal Property | 883,440 | |
|   D — Loss of Use | FAIR COST | |
| SECTION II — LIABILITY COVERAGES | | |
|   E — Personal Liability (each occurrence) | 500,000 | 37.00 |
|   F — Medical Payments (each person) | 10,000 | |
| INCLUDED COVERAGES | | |
|   Building Ordinance or Law Coverage | | Included |
|     Included in limit applicable to Coverage A | | |
|   Full Value on Personal Property | | Included |
|   Extended Dwelling Coverage Amount | 1,177,900 | Included |
|   438-B.F.U. | | Included |
|   California Workers Compensation | | 5.00 |

| CREDITS | PERCENTAGE | SAVINGS |
|---|---|---|
| Newer Home Credit | 8% | $ -394.00 |
| Burglar Alarm Credit | 10% | -493.00 |
| Sprinkler Credit | 7% | -345.00 |

| DEDUCTIBLE(S) | PERCENTAGE | AMOUNT |
|---|---|---|
| Section I | N/A | $ 2,500 |

| LICENSE, TAX OR FEE: | | PREMIUM |
|---|---|---|
| California Seismic Safety Fee | | $ .15 |

| TOTAL ANNUAL PREMIUM | $ 3,733.15 |
|---|---|



0000000800080000000005885440581 9    4545

ORIGINAL
DATE PREPARED DEC. 28 2016

CHO-6000/EP 9/06
G2

## FIRST NATIONAL INSURANCE COMPANY OF AMERICA (A SAFECO Company)
## QUALITY CREST HOMEOWNERS POLICY DECLARATIONS

CONTINUED

**POLICY NUMBER:** OA4122739

You may pay your premium in full or in installments. There is no installment fee for the following billing plans: Full Pay, Annual 2-Pay. Installment fees for all other billing plans are listed below. If more than one policy is billed on the installment bill, only the highest fee is charged. The fee is:
$0.00 per installment for recurring automatic deduction (EFT)
$0.00 per installment for recurring credit card or debit card
$2.00 per installment for all other payment methods

### INSURABLE INTERESTS

SERVICING MORTGAGEE
    FLAGSTAR BANK, FSB
    ITS SUCCESSORS AND/OR ASSIGNS
    PO BOX 7026
    TROY MI  48007-7026
    LOAN NUMBER:  0502432472

**Safeco**
A Liberty Mutual Company

OMEGA PACIFIC INS SOLUTIONS
1016 12TH ST STE A
MODESTO      CA   95354-0812

December 28, 2016

Policy Number: OA4122739
24-Hour Claims: 1-866-472-3326
Policy Service: 1-866-472-3326
Online Account Services: www.safeco.com

**THIS IS NOT A BILL.**

*000588*
DAVID AVILA
JOHN HAYNE
316 W F ST STE 100
OAKDALE CA  95361-3858

Thank you for allowing us to continue serving your home insurance needs.  We appreciate your business and the trust that you have placed in us.

This renewal reflects adjustments to your dwelling, other structures, and personal property limits. We have adjusted your dwelling coverage limit to reflect increases in labor and materials costs in your area.  As part of your responsibility to maintain adequate amounts of insurance, please contact your agent to ensure that your limits reflect your dwelling's current features and characteristics, particularly if you have remodeled recently.

Your other structures and personal property limits, which are based on your dwelling coverage, have also been adjusted.  You should review whether your coverage is adequate at least annually, and after each significant personal property purchase.  If you would like to change your limits, or schedule any of your high value items, please contact your agent.

With this renewal the following changes were made, including those requested by you or your agent or broker:

- Your Dwelling Limits (Coverage A) changed from $1,161,600 to $1,177,900.  Other coverage limits listed below also changed since they are factors of your dwelling limits.
- Other Structure Limits (Coverage B) changed from $232,320 to $235,580.
- Personal Property Limits (Coverage C) changed from $871,210 to $883,440.

We would also like to draw your attention to the following:

■ Your new policy period begins February 26, 2017.  The 12-month premium for this policy is $3,733.15 for the February 26, 2017 to February 26, 2018 policy term.

■ This is not a bill.  Your bill will be sent in a separate mailing approximately 25 days before it is due.  It will provide an explanation of any money owed, your payment options with applicable fees and your payment due date.

PLEASE SEE REVERSE
**FIRST NATIONAL INSURANCE COMPANY OF AMERICA (A SAFECO Company)**
P O BOX 515097, LOS ANGELES, CA 90051

OC-429/EP 10/13

59

If you have any questions or w... n to make any changes to your policy, you can do so by calling us at 1-866-472-3326.

**We have made changes to our program that impact both coverage and premium.   The impact on individual customers will vary.   Please review the declarations page, the policy and any enclosed notices carefully to see how these changes affect you.**

We appreciate the opportunity to serve you.   Thank you.

Matthew D. Nickerson
President, Safeco Insurance

OC-430/EP 5/98
G1



# CALIFORNIA RESIDENTIAL PROPERTY INSURANCE DISCLOSURE

**AGENT:**
OMEGA PACIFIC INS SOLUTIONS
1016 12TH ST STE A
MODESTO          CA    95354-0812

**DATE:**
**DECEMBER 28, 2016**

**AGENT TELEPHONE: 1-866-472-3326**

**POLICY NUMBER:**
OA4122739

**INSURED:**
DAVID AVILA
JOHN HAYNE
316 W F ST STE 100
OAKDALE CA   95361-3858

**RESIDENCE PREMISES:**
8651 CRANE RD
OAKDALE CA   95361-8109

### NOTICE TO CONSUMERS — CALIFORNIA RESIDENTIAL INSURANCE DISCLOSURE

This disclosure is required by Section 10102 of the California Insurance Code. This form provides general information related to residential property insurance and is not part of your residential property insurance policy. Only the specific provisions of your policy will determine whether a particular loss is covered and the amount payable. The information provided does not preempt existing California law.

### PRIMARY FORMS OF RESIDENTIAL DWELLING COVERAGE

> **You have purchased the coverage(s) checked below. NOTE: Actual Cash Value Coverage is the most limited level of coverage listed. Guaranteed Replacement Cost is the broadest level of coverage.**

☐    **ACTUAL CASH VALUE COVERAGE** pays the costs to repair the damaged dwelling minus a deduction for physical depreciation. If the dwelling is completely destroyed, this coverage pays the fair market value of the dwelling at time of loss. In either case, coverage only pays for costs up to the limits specified in your policy.

☐    **REPLACEMENT COST COVERAGE** is intended to provide for the cost to repair or replace the damaged or destroyed dwelling, without a deduction for physical depreciation. Many policies pay only the dwelling's actual cash value until the insured has actually begun or completed repairs or reconstruction on the dwelling. Coverage only pays for replacement costs up to the limits specified in your policy.

☒    **EXTENDED REPLACEMENT COST COVERAGE** is intended to provide for the cost to repair or replace the damaged or destroyed dwelling without a deduction for physical depreciation. Many policies pay only the dwelling's actual cash value until the insured has actually begun or completed repairs or reconstruction on the dwelling. Extended Replacement Cost provides additional coverage above the dwelling limits up to a stated percentage or specific dollar amount. See your policy for the additional coverage that applies.

☐    **GUARANTEED REPLACEMENT COST COVERAGE** covers the full cost to repair or replace the damaged or destroyed dwelling for a covered peril regardless of the dwelling limits shown on the policy declarations page. (NOT AVAILABLE).

☒    **BUILDING CODE UPGRADE COVERAGE,** also called Ordinance and Law coverage, is an important option that covers additional costs to repair or replace a dwelling to comply with the building codes and zoning laws in effect at the time of loss or rebuilding. These costs may otherwise be excluded by your policy. Meeting current building code requirements can add significant costs to rebuilding your home. Refer to your policy or endorsement for the specific coverage provided and coverage limits that apply.



**READ YOUR POLICY AND POLICY DECLARATIONS PAGE CAREFULLY** ...e policy declarations page shows the specific coverage limits you have purchased for your dwelling, personal property, separate structures such as detached garages, and additional living expenses. The actual policy and endorsements provide the details on extensions of coverage, limitations of coverage, and coverage conditions and exclusions. The amount of any claim payment made to you will be reduced by any applicable deductibles shown on your policy declarations page. It is important to take the time to consider whether the limits and limitations of your policy meet your needs. Contact your agent, broker, or insurance company if you have questions about what is covered or if you want to discuss your coverage options.

## INFORMATION YOU SHOULD KNOW ABOUT RESIDENTIAL DWELLING INSURANCE

**AVOID BEING UNDERINSURED:** Insuring your home for less than its replacement cost may result in your having to pay thousands of dollars out of your own pocket to rebuild your home if it is completely destroyed. Contact your agent, broker, or insurance company immediately if you believe your policy limits may be inadequate.

**THE RESIDENTIAL DWELLING COVERAGE LIMIT:** The coverage limit on the dwelling structure should be high enough so you can rebuild your home if it is completely destroyed. Please note:

- The cost to rebuild your home is almost always different from the market value.
- Dwelling coverage limits do not cover the value of your land.
- The estimate to rebuild your home should be based on construction costs in your area and should be adjusted to account for the features of your home. These features include but are not limited to the square footage, type of foundation, number of stories, and the quality of the materials used for items such as flooring, countertops, windows, cabinetry, lighting and plumbing.
- The cost to rebuild your home should be adjusted each year to account for inflation.
- Coverage limits for contents, separate structures, additional living expenses and debris removal are usually based on a percentage of the limit for the dwelling. If your dwelling limit is too low, these coverage limits may also be too low.

You are encouraged to obtain a current estimate of the cost to rebuild your home from your insurance agent, broker, or insurance company or an independent appraisal from a local contractor, architect, or real estate appraiser. If you do obtain an estimate of replacement value, and wish to change your policy limits, contact your insurance company. While not a guarantee, a current estimate can help protect you against being underinsured.

**DEMAND SURGE:** After a widespread disaster, the cost of construction can increase dramatically as a result of the unusually high demand for contractors, building supplies and construction labor. This effect is known as demand surge. Demand surge can increase the cost of rebuilding your home. Consider increasing your coverage limits or purchasing Extended Replacement Cost coverage to prepare for this possibility.

**CHANGES TO PROPERTY:** Changes to your property may increase its replacement cost. These changes may include the building of additions, customizing your kitchen or bathrooms, or otherwise remodeling your home. Failure to advise your insurance company of any significant changes to your property may result in your home being underinsured.

**EXCLUSIONS:** Not all causes of damage are covered by common homeowners or residential fire policies. You need to read your policy to see what causes of loss or perils are not covered. Coverage for landslide is typically excluded. Some excluded perils such as earthquake or flood can be purchased as an endorsement to your policy or as a separate policy. Contact your agent, broker, or insurance company if you have a concern about any of the exclusions in your policy.

## CONTENTS (PERSONAL PROPERTY) COVERAGE DISCLOSURE:

This disclosure form does not explain the types of contents coverage provided by your policy for items such as your furniture or clothing. Contents may be covered on either an actual cash value or replacement cost basis depending on the contract. Almost all policies include specific dollar limitations on certain property that is particularly valuable such as jewelry, art, or silverware. Contact your agent, broker or insurance company if you have any questions about your contents coverage. You should create a list of all personal property in and around your home. Pictures and video recordings also help you document your property. The list, photos, and video should be stored away from your home.

## CONSUMER ASSISTANCE

If you have any concerns or questions, contact your agent, broker, or insurance company. You are also encouraged to contact the California Department of Insurance consumer information line at (800) 927-HELP (4357) or at www.insurance.ca.gov for free insurance assistance.

# CALIFORNIA RESIDENTIAL PROPERTY INSURANCE BILL OF RIGHTS

A consumer is entitled to receive information regarding homeowner's insurance. The following is a limited overview of information that your insurance company can provide:

- The insurance company's customer service telephone number for underwriting, rating, and claims inquiries.
- A written explanation for any cancellation or nonrenewal of your policy.
- A copy of the insurance policy.
- An explanation of how your policy limits were established.
- In the event of a claim, an itemized, written scope of loss report prepared by the insurer or its adjuster within a reasonable time period.
- In the event of a claim, a copy of the Unfair Practices Act and, if requested, a copy of the Fair Claims Practices Regulations.
- In the event of a claim, notification of a consumer's rights with respect to the appraisal process for resolving claims disputes.
- An offer of coverage and premium quote for earthquake coverage, if eligible.

A consumer is also entitled to select a licensed contractor or vendor to repair, replace, or rebuild damaged property covered by the insurance policy.

The information provided herein is not all inclusive and does not negate or preempt existing California law. If you have any concerns or questions, contact your agent, broker, insurance company, or the California Department of Insurance consumer information line (800) 927-HELP (4357) or at www.insurance.ca.gov for free insurance assistance.

This insurer reports claim information to one or more claims information databases. The claim information is used to furnish loss history reports to insurers. If you are interested in obtaining a report from a claims information database, you may do so by contacting:

Choicepoint (CLUE)
1-800-456-6004
www.consumerdisclosure.com

ISO Claimsearch
1-800-888-4476



Safeco Insurance™

A Liberty Mutual Company

# NOTICE OF PRIVACY PRACTICES — CALIFORNIA

We appreciate the trust you place in us when you buy insurance from one of our companies. We want you to know how we gather information about you, how we protect it, and how you can make sure it's correct.

## WHAT WE COLLECT

Most of the information we obtain comes directly from you and your insurance agent. For example, your application gives us your name, address and Social Security number.

We may also ask for data from other outside sources, including:

- Your transactions with our affiliates or other insurance companies (such as your payment history or claims history); or

- Data we receive from a consumer reporting agency or insurance support organization ("Organization"), such as your credit history, driving record, claims history or value and condition of your property.

Organizations from which we obtain information may keep it and disclose it to others as permitted by law.

If we obtain medical information about you, it is generally received in connection with the administration or management of your insurance policy or claim or for the detection and prevention of fraud. We will not share your medical information with our affiliates or non-affiliates for marketing purposes.

We treat information about our former customers in the same manner that we treat information about current customers.

## HOW WE USE DATA ABOUT YOU

We only disclose personal data about you as permitted by law. Generally, this includes sharing it with third parties to administer your transactions with us, service your insurance policy or claim, detect and prevent fraud, or with your authorization. We require these parties to use your personal data only for the reasons we gave it to them. These third parties may include:

- Agents and brokers authorized to sell Safeco insurance products;

- Independent contractors (such as auto repair facilities, towing companies, property inspectors and independent adjusters);

- Auditors, attorneys, courts and government agencies;

- Other companies which may reinsure your policy or with which you have other coverage;

- Group policyholders (for reporting claims data or an audit); and/or,

- Other companies and Organizations for actuarial or research studies.

We may also share data with other companies with which we have joint marketing agreements for products offered by Safeco. We may also share information about our transactions (such as payment history) and experiences (such as claims made) with you within the Safeco family of companies. Finally, we may share data in response to court orders, such as subpoenas.

We do not sell your information to others, nor do we provide it to third parties for their own marketing purposes.

## SECURITY

We maintain physical, electronic, and administrative safeguards to protect your data from unauthorized access. Our employees are authorized to access customer files only for legitimate business purposes.

## YOUR AGENT OR BROKER

Your agent or broker is not a Safeco employee and is not subject to our privacy policy. Because your agent or broker has a unique business relationship with you, he or she may have data about you that Safeco does not have. Your agent or broker may use this information differently than Safeco. Contact your agent or broker to learn more about their privacy practices.



## REVIEWING YOUR FILE

You can request a copy of the data about you in our files to review. Your request must be in writing. We will respond within 30 business days of receiving your request. We will advise you of third parties to whom we have given the data during the last two years. We will also give you the name and address of any reporting organization from which we received data about you.

There are certain types of information, such as the information collected for a claim or when the possibility of a lawsuit exists, that we are not required to provide you.

If the law allows you to review records supplied by a medical provider, you can direct us to send the records to you or to a provider of your choice (as long as the provider is licensed in the area related to the records being provided). We may send mental health records directly to you only with your medical provider's approval.

## IF YOU DISAGREE WITH OUR RECORDS

If you believe information in our files is wrong, you can notify us in writing. We will review your file within 30 business days of receiving your notice. If we agree with you, we will amend our records and notify you about the change. This change will become part of the file. It will be included in any future disclosures to others and will be sent to:

- Anyone you designate who may have received the data during the previous two years.
- Anyone who received the data from us during the previous seven years.
- Organizations that provided the data that was changed pursuant to your request.

If we disagree with you, we will explain why. You can provide us with a written statement explaining why you believe the data is wrong. This statement will become part of the file and will be included in any future disclosures of the disputed subject matter. Your statement will also be sent to the parties listed above.

## SAFECO'S WEB SITE

If you have Internet access and want to learn more about our online security practices, click on the Privacy Policy link on www.safeco.com.

American Economy Insurance Company
American States Insurance Company
American States Insurance Company of Texas
American States Preferred Insurance Company
First National Insurance Company of America
General Insurance Company of America
Insurance Company of Illinois
Safeco Insurance Company of America
Safeco Insurance Company of Illinois
Safeco Surplus Lines Insurance Company
(For mailing address, please contact your agent or nearest local Safeco office.)

® 2011 Safeco Insurance Company of America, Member of Liberty Mutual Group. All Rights Reserved.

**Safeco Insurance**
*A Liberty Mutual Company*

**FIRST NATIONAL INSURANCE COMPANY OF AMERICA (A SAFECO Company)**
Home office: Safeco Plaza, Seattle, WA 98185-0001 (A stock insurance company.)

## QUALITY CREST HOMEOWNERS POLICY DECLARATIONS



INSURED:
DAVID AVILA
JOHN HAYNE
316 W F ST STE 100
OAKDALE CA  95361-3858

POLICY NUMBER: 0A4122739
POLICY PERIOD FROM: FEB. 26 2016
AT: 12:01 A.M.
TO: FEB. 26 2017

AGENT:
OMEGA PACIFIC INS SOLUTIONS
1016 12TH ST STE A
MODESTO        CA    95354-0812

RESIDENCE PREMISES:
8651 CRANE RD
OAKDALE CA  95361-8109

TELEPHONE: 1-866-472-3326

### IMPORTANT NOTICES

- Your policy has renewed effective February 26, 2016.
- **THIS POLICY DOES NOT PROVIDE EARTHQUAKE COVERAGE.**
- The limit of liability for this structure (Coverage A) is based on an estimate of the cost to rebuild your home, including an approximate cost for labor and materials in your area, and specific information that you have provided about your home.

| COVERAGES | LIMIT | PREMIUM |
|---|---|---|
| SECTION I - PROPERTY COVERAGES | | |
| A - Dwelling | $ 1,161,600 | $  4,849.00 |
| B - Other Structures | 232,320 | |
| C - Personal Property | 871,210 | |
| D - Loss of Use | FAIR COST | |
| SECTION II - LIABILITY COVERAGES | | |
| E - Personal Liability (each occurrence) | 500,000 | 37.00 |
| F - Medical Payments (each person) | 10,000 | |
| INCLUDED COVERAGES | | |
| Building Ordinance or Law Coverage | | Included |
| Included in limit applicable to Coverage A | | |
| Full Value on Personal Property | | Included |
| Extended Dwelling Coverage Amount | 1,161,600 | Included |
| 438-B.F.U. | | Included |
| California Workers Compensation | | 5.00 |

| CREDITS | PERCENTAGE | SAVINGS |
|---|---|---|
| Newer Home Credit | 14% | $   -679.00 |
| Burglar Alarm Credit | 10% | -485.00 |
| Sprinkler Credit | 7% | -339.00 |

| DEDUCTIBLE(S) | PERCENTAGE | AMOUNT |
|---|---|---|
| Section I | N/A | $   2,500 |

| LICENSE, TAX OR FEE | PREMIUM |
|---|---|
| California Seismic Safety Fee | $     .15 |

| TOTAL ANNUAL PREMIUM | $  3,383.15 |
|---|---|

## FIRST NATIONAL INSURANCE COMPANY OF AMERICA (A SAFECO Company)
## QUALITY CREST HOMEOWNERS POLICY DECLARATIONS

POLICY NUMBER:   0A4122739

CONTINUED

You may pay your premium in full or in installments. There is no installment fee for
the following billing plans: Full Pay, Annual 2-Pay. Installment fees for all other
billing plans are listed below. If more than one policy is billed on the installment
bill, only the highest fee is charged. The fee is:
   $0.00 per installment for recurring automatic deduction (EFT)
   $0.00 per installment for recurring credit card or debit card
   $2.00 per installment for all other payment methods

### INSURABLE INTERESTS

SERVICING MORTGAGEE
   FLAGSTAR BANK, FSB
   ITS SUCCESSORS AND/OR ASSIGNS
   PO BOX 7026
   TROY MI   48007-7026
   LOAN NUMBER:   0502432472

3733X

**Safeco Insurance**
A Liberty Mutual Company

*000512*
OMEGA PACIFIC INS SOLUTIONS
1016 12TH ST STE A
MODESTO      CA   95354-0812

December 28, 2015

Policy Number:  OA4122739
24-Hour Claims:  1-866-472-3326
Policy Service:  1-866-472-3326
Online Account Services:  www.safeco.com

**THIS IS NOT A BILL.**

DAVID AVILA
JOHN HAYNE
316 W F ST STE 100
OAKDALE CA  95361-3858

Thank you for allowing us to continue serving your home insurance needs.   We appreciate your business and the trust that you have placed in us.

This renewal reflects adjustments to your dwelling, other structures, and personal property limits. We have adjusted your dwelling coverage limit to reflect increases in labor and materials costs in your area.   As part of your responsibility to maintain adequate amounts of insurance, please contact your agent to ensure that your limits reflect your dwelling's current features and characteristics, particularly if you have remodeled recently.

Your other structures and personal property limits, which are based on your dwelling coverage, have also been adjusted.   You should review whether your coverage is adequate at least annually, and after each significant personal property purchase.   If you would like to change your limits, or schedule any of your high value items, please contact your agent.

With this renewal the following changes were made, including those requested by you or your agent or broker:

- Your Dwelling Limits (Coverage A) changed from $1,143,300 to $1,161,600.   Other coverage limits listed below also changed since they are factors of your dwelling limits.
- Other Structure Limits (Coverage B) changed from $228,660 to $232,320.
- Personal Property Limits (Coverage C) changed from $857,480 to $871,210.

We would also like to draw your attention to the following:

■ Your new policy period begins February 26, 2016.   The 12-month premium for this policy is $3,383.15 for the February 26, 2016 to February 26, 2017 policy term.

■ This is not a bill.   Your bill will be sent in a separate mailing approximately 25 days before it is due.   It will provide an explanation of any money owed, your payment options with applicable fees and your payment due date.

PLEASE SEE REVERSE
**FIRST NATIONAL INSURANCE COMPANY OF AMERICA (A SAFECO Company)**
P O BOX 515097, LOS ANGELES, CA 90051

OC-429/EP 10/13

*69*



If you have any questions or wish to make any changes to your policy, you can do so by calling us at 1-866-472-3326.

**We have made changes to our program that impact both coverage and premium.   The impact on individual customers will vary.   Please review the declarations page, the policy and any enclosed notices carefully to see how these changes affect you.**

We appreciate the opportunity to serve you.   Thank you.

Matthew D. Nickerson
President, Safeco Insurance

J728X

OC-430/EP 5/98
G1

# Ask yourself: Do you have enough insurance coverage?

**How much would it take to reconstruct your home?**

Surprisingly, it has been estimated that 58% of American homes are underinsured by an average of 21%*. Make sure yours isn't one of them.

Each home is unique. You know your home best. It's your responsibility to make sure you're "fully insured" and "insured to value." That means you need to have enough insurance coverage to rebuild your home and replace all of your personal belongings in the event of total loss.

**How can you determine your needs? Ask yourself the questions below. If you need help answering them, call your agent and discuss your insurance needs with them.**

They will assist you in determining how much insurance would be needed to fully protect your home and belongings.

**How much would it take to reconstruct your home at today's prices?**
Things to consider:
- Your home's age (older homes tend to be more expensive to reconstruct) and style (contemporary, colonial, ranch, etc.)
- Features — fireplaces, cabinetry, built-in features, vaulted ceilings
- Flooring — hardwood, tile, natural stone, carpeting
- Finishes — crown molding, window and floor trim, faux paint, wall paper, wainscoting, chair rails, staircases, etc.
- Recent improvements you may have made (remodeled bathroom or kitchen, recessed lighting, built-in cabinets)
- A basement you may have finished or a room you may have added

**How much is enough to replace the structures surrounding your home at today's prices?**
Things to consider:
- Your fence, detached garage, gazebo, barn or storage shed
- If you have an in-ground swimming pool or just repaved your driveway or sidewalk

**What would it take to replace your personal belongings at today's prices?**
Things to consider:
- All your basics (furniture, rugs, linens, kitchenware, tools) and every electronic gadget
- Your entire wardrobe, your jewelry, medicines and personal effects
- Have you made any big purchases lately?
- If you have a garage full of tools, are passionate about the latest gadgets or collect just about anything, you should seriously consider getting more personal belongings coverage than the standard policy provides.

*© 2008 Marshall & Swift / Boeckh, LLC and its licensors. All rights reserved. Used with permission.

# Let's make sure you're "fully insured."

Your agent uses replacement cost estimation tools to establish a starting point for your insurance coverage. But you know your home best. And we look to you to give your agent the most complete, up-to-date information in order to protect your home and lifestyle. Here are two quick things you can do today:

1. **Look critically at your coverage statement page (also known as the policy declarations page, which comes after the opening letter in this package).** Do you believe you have enough Coverage A? (This is the amount you'd get for reconstruction of an as-close-as-possible replica of your home in the event of total loss.) If you're not sure, call your agent for help.

2. **Take inventory.** Compare the value of your personal belongings to the Coverage C amount on your coverage statement page. Safeco has created a form that can help you get started. You'll find it at **Safeco.com/homeinventory.**

**It's important to know: your home's market value is totally different from what it would cost to reconstruct.** Today's market value reflects economic conditions, taxes, school districts, the market value of land and many other factors that have nothing to do with how much it would cost to reconstruct your home from scratch.

Reconstruction cost — the amount needed to get you back home quickly — is based almost exclusively on the cost of materials and labor as well as demand for contractor services. In the event of total loss, a properly insured Safeco policyholder can rebuild with the same quality of materials and workmanship in their current home (unless a functional replacement cost policy was deliberately selected). Of course, we hope you'll never need these services. But we'll all sleep better knowing you're fully insured.

Thank you for trusting Safeco with your home insurance needs.

## CALIFORNIA RESIDENTIAL PROPERTY INSURANCE DISCLOSURE

**AGENT:**
OMEGA PACIFIC INS SOLUTIONS
1016 12TH ST STE A
MODESTO          CA     95354-0812

**DATE:**
DECEMBER 28, 2015

**AGENT TELEPHONE: 1-866-472-3326**

**POLICY NUMBER:**
OA4122739

**INSURED:**
DAVID AVILA
JOHN HAYNE
316 W F ST STE 100
OAKDALE CA    95361-3858

**RESIDENCE PREMISES:**
8651 CRANE RD
OAKDALE CA   95361-8109

### NOTICE TO CONSUMERS — CALIFORNIA RESIDENTIAL INSURANCE DISCLOSURE

This disclosure is required by Section 10102 of the California Insurance Code. This form provides general information related to residential property insurance and is not part of your residential property insurance policy. Only the specific provisions of your policy will determine whether a particular loss is covered and the amount payable. The information provided does not preempt existing California law.

### PRIMARY FORMS OF RESIDENTIAL DWELLING COVERAGE

> **You have purchased the coverage(s) checked below. NOTE: Actual Cash Value Coverage is the most limited level of coverage listed. Guaranteed Replacement Cost is the broadest level of coverage.**

☐ **ACTUAL CASH VALUE COVERAGE** pays the costs to repair the damaged dwelling minus a deduction for physical depreciation. If the dwelling is completely destroyed, this coverage pays the fair market value of the dwelling at time of loss. In either case, coverage only pays for costs up to the limits specified in your policy.

☐ **REPLACEMENT COST COVERAGE** is intended to provide for the cost to repair or replace the damaged or destroyed dwelling, without a deduction for physical depreciation. Many policies pay only the dwelling's actual cash value until the insured has actually begun or completed repairs or reconstruction on the dwelling. Coverage only pays for replacement costs up to the limits specified in your policy.

☒ **EXTENDED REPLACEMENT COST COVERAGE** is intended to provide for the cost to repair or replace the damaged or destroyed dwelling without a deduction for physical depreciation. Many policies pay only the dwelling's actual cash value until the insured has actually begun or completed repairs or reconstruction on the dwelling. Extended Replacement Cost provides additional coverage above the dwelling limits up to a stated percentage or specific dollar amount. See your policy for the additional coverage that applies.

☐ **GUARANTEED REPLACEMENT COST COVERAGE** covers the full cost to repair or replace the damaged or destroyed dwelling for a covered peril regardless of the dwelling limits shown on the policy declarations page. (NOT AVAILABLE).

☒ **BUILDING CODE UPGRADE COVERAGE,** also called Ordinance and Law coverage, is an important option that covers additional costs to repair or replace a dwelling to comply with the building codes and zoning laws in effect at the time of loss or rebuilding. These costs may otherwise be excluded by your policy. Meeting current building code requirements can add significant costs to rebuilding your home. Refer to your policy or endorsement for the specific coverage provided and coverage limits that apply.



CHO-6457/CAEP 6/11
G1

Page 1 of 2

73

READ YOUR POLICY AND `ᴗLICY DECLARATIONS PAGE CAREFULLY: The policy declarations page shows the specific coverage limits you have purchased for your dwelling, personal property, separate structures such as detached garages, and additional living expenses. The actual policy and endorsements provide the details on extensions of coverage, limitations of coverage, and coverage conditions and exclusions. The amount of any claim payment made to you will be reduced by any applicable deductibles shown on your policy declarations page. It is important to take the time to consider whether the limits and limitations of your policy meet your needs. Contact your agent, broker, or insurance company if you have questions about what is covered or if you want to discuss your coverage options.

## INFORMATION YOU SHOULD KNOW ABOUT RESIDENTIAL DWELLING INSURANCE

AVOID BEING UNDERINSURED: Insuring your home for less than its replacement cost may result in your having to pay thousands of dollars out of your own pocket to rebuild your home if it is completely destroyed. Contact your agent, broker, or insurance company immediately if you believe your policy limits may be inadequate.

THE RESIDENTIAL DWELLING COVERAGE LIMIT: The coverage limit on the dwelling structure should be high enough so you can rebuild your home if it is completely destroyed. Please note:

- The cost to rebuild your home is almost always different from the market value.

- Dwelling coverage limits do not cover the value of your land.

- The estimate to rebuild your home should be based on construction costs in your area and should be adjusted to account for the features of your home. These features include but are not limited to the square footage, type of foundation, number of stories, and the quality of the materials used for items such as flooring, countertops, windows, cabinetry, lighting and plumbing.

- The cost to rebuild your home should be adjusted each year to account for inflation.

- Coverage limits for contents, separate structures, additional living expenses and debris removal are usually based on a percentage of the limit for the dwelling. If your dwelling limit is too low, these coverage limits may also be too low.

You are encouraged to obtain a current estimate of the cost to rebuild your home from your insurance agent, broker, or insurance company or an independent appraisal from a local contractor, architect, or real estate appraiser. If you do obtain an estimate of replacement value, and wish to change your policy limits, contact your insurance company. While not a guarantee, a current estimate can help protect you against being underinsured.

DEMAND SURGE: After a widespread disaster, the cost of construction can increase dramatically as a result of the unusually high demand for contractors, building supplies and construction labor. This effect is known as demand surge. Demand surge can increase the cost of rebuilding your home. Consider increasing your coverage limits or purchasing Extended Replacement Cost coverage to prepare for this possibility.

CHANGES TO PROPERTY: Changes to your property may increase its replacement cost. These changes may include the building of additions, customizing your kitchen or bathrooms, or otherwise remodeling your home. Failure to advise your insurance company of any significant changes to your property may result in your home being underinsured.

EXCLUSIONS: Not all causes of damage are covered by common homeowners or residential fire policies. You need to read your policy to see what causes of loss or perils are not covered. Coverage for landslide is typically excluded. Some excluded perils such as earthquake or flood can be purchased as an endorsement to your policy or as a separate policy. Contact your agent, broker, or insurance company if you have a concern about any of the exclusions in your policy.

## CONTENTS (PERSONAL PROPERTY) COVERAGE DISCLOSURE:

This disclosure form does not explain the types of contents coverage provided by your policy for items such as your furniture or clothing. Contents may be covered on either an actual cash value or replacement cost basis depending on the contract. Almost all policies include specific dollar limitations on certain property that is particularly valuable such as jewelry, art, or silverware. Contact your agent, broker or insurance company if you have any questions about your contents coverage. You should create a list of all personal property in and around your home. Pictures and video recordings also help you document your property. The list, photos, and video should be stored away from your home.

## CONSUMER ASSISTANCE

If you have any concerns or questions, contact your agent, broker, or insurance company. You are also encouraged to contact the California Department of Insurance consumer information line at (800) 927-HELP (4357) or at www.insurance.ca.gov for free insurance assistance.

# CALIFORNIA RESIDENTIAL PROPERTY INSURANCE BILL OF RIGHTS

A consumer is entitled to receive information regarding homeowner's insurance. The following is a limited overview of information that your insurance company can provide:

- The insurance company's customer service telephone number for underwriting, rating, and claims inquiries.
- A written explanation for any cancellation or nonrenewal of your policy.
- A copy of the insurance policy.
- An explanation of how your policy limits were established.
- In the event of a claim, an itemized, written scope of loss report prepared by the insurer or its adjuster within a reasonable time period.
- In the event of a claim, a copy of the Unfair Practices Act and, if requested, a copy of the Fair Claims Practices Regulations.
- In the event of a claim, notification of a consumer's rights with respect to the appraisal process for resolving claims disputes.
- An offer of coverage and premium quote for earthquake coverage, if eligible.

A consumer is also entitled to select a licensed contractor or vendor to repair, replace, or rebuild damaged property covered by the insurance policy.

The information provided herein is not all inclusive and does not negate or preempt existing California law. If you have any concerns or questions, contact your agent, broker, insurance company, or the California Department of Insurance consumer information line (800) 927-HELP (4357) or at www.insurance.ca.gov for free insurance assistance.

This insurer reports claim information to one or more claims information databases. The claim information is used to furnish loss history reports to insurers. If you are interested in obtaining a report from a claims information database, you may do so by contacting:

Choicepoint (CLUE)
1-800-456-6004
www.consumerdisclosure.com

ISO Claimsearch
1-800-888-4476



**Safeco** Insurance™
A Liberty Mutual Company

# NOTICE OF PRIVACY PRACTICES — CALIFORNIA

We appreciate the trust you place in us when you buy insurance from one of our companies. We want you to know how we gather information about you, how we protect it, and how you can make sure it's correct.

## WHAT WE COLLECT

Most of the information we obtain comes directly from you and your insurance agent. For example, your application gives us your name, address and Social Security number.

We may also ask for data from other outside sources, including:

- Your transactions with our affiliates or other insurance companies (such as your payment history or claims history); or

- Data we receive from a consumer reporting agency or insurance support organization ("Organization"), such as your credit history, driving record, claims history or value and condition of your property.

Organizations from which we obtain information may keep it and disclose it to others as permitted by law.

If we obtain medical information about you, it is generally received in connection with the administration or management of your insurance policy or claim or for the detection and prevention of fraud. We will not share your medical information with our affiliates or non-affiliates for marketing purposes.

We treat information about our former customers in the same manner that we treat information about current customers.

## HOW WE USE DATA ABOUT YOU

We only disclose personal data about you as permitted by law. Generally, this includes sharing it with third parties to administer your transactions with us, service your insurance policy or claim, detect and prevent fraud, or with your authorization. We require these parties to use your personal data only for the reasons we gave it to them. These third parties may include:

- Agents and brokers authorized to sell Safeco insurance products;

- Independent contractors (such as auto repair facilities, towing companies, property inspectors and independent adjusters);

- Auditors, attorneys, courts and government agencies;

- Other companies which may reinsure your policy or with which you have other coverage;

- Group policyholders (for reporting claims data or an audit); and/or,

- Other companies and Organizations for actuarial or research studies.

We may also share data with other companies with which we have joint marketing agreements for products offered by Safeco. We may also share information about our transactions (such as payment history) and experiences (such as claims made) with you within the Safeco family of companies. Finally, we may share data in response to court orders, such as subpoenas.

We do not sell your information to others, nor do we provide it to third parties for their own marketing purposes.

## SECURITY

We maintain physical, electronic, and administrative safeguards to protect your data from unauthorized access. Our employees are authorized to access customer files only for legitimate business purposes.

## YOUR AGENT OR BROKER

Your agent or broker is not a Safeco employee and is not subject to our privacy policy. Because your agent or broker has a unique business relationship with you, he or she may have data about you that Safeco does not have. Your agent or broker may use this information differently than Safeco. Contact your agent or broker to learn more about their privacy practices.

77

## REVIEWING YOUR FILE

You can request a copy of the data about you in our files to review. Your request must be in writing. We will respond within 30 business days of receiving your request. We will advise you of third parties to whom we have given the data during the last two years. We will also give you the name and address of any reporting organization from which we received data about you.

There are certain types of information, such as the information collected for a claim or when the possibility of a lawsuit exists, that we are not required to provide you.

If the law allows you to review records supplied by a medical provider, you can direct us to send the records to you or to a provider of your choice (as long as the provider is licensed in the area related to the records being provided). We may send mental health records directly to you only with your medical provider's approval.

## IF YOU DISAGREE WITH OUR RECORDS

If you believe information in our files is wrong, you can notify us in writing. We will review your file within 30 business days of receiving your notice. If we agree with you, we will amend our records and notify you about the change. This change will become part of the file. It will be included in any future disclosures to others and will be sent to:

- Anyone you designate who may have received the data during the previous two years.
- Anyone who received the data from us during the previous seven years.
- Organizations that provided the data that was changed pursuant to your request.

If we disagree with you, we will explain why. You can provide us with a written statement explaining why you believe the data is wrong. This statement will become part of the file and will be included in any future disclosures of the disputed subject matter. Your statement will also be sent to the parties listed above.

## SAFECO'S WEB SITE

If you have Internet access and want to learn more about our online security practices, click on the Privacy Policy link on www.safeco.com.

American Economy Insurance Company
American States Insurance Company
American States Insurance Company of Texas
American States Preferred Insurance Company
First National Insurance Company of America
General Insurance Company of America
Insurance Company of Illinois
Safeco Insurance Company of America
Safeco Insurance Company of Illinois
Safeco Surplus Lines Insurance Company
(For mailing address, please contact your agent or nearest local Safeco office.)

© 2011 Safeco Insurance Company of America, Member of Liberty Mutual Group. All Rights Reserved.

# IMPORTANT MESSAGE ABOUT YOUR POLICY

Thank you for renewing your home insurance with Safeco. We value your business and appreciate the trust you have placed in us.

This offer of renewal is based on your current Safeco Homeowner's program and coverage. We would like to make you aware that Safeco maintains more than one Homeowner's program, and you may be eligible for a different Safeco Homeowner's program with different coverages and rates. The programs are Safeco Quality Crest™, Safeco Quality-Plus™ and Safeco's New Homeowners Program. The basic coverages in each program are similar, but each program may also provide differing levels of coverage, deductibles or internal policy limits. Examples of coverage differences include, but are not limited to, the following examples:

- Differences in Loss Settlement practices
- Deductible options may differ
- Different Internal Policy Limits on specified types of Personal Property (for example, golf carts, money, rare coins and jewelry)
- Extended Dwelling Coverage and Building Ordinance or Law are either automatically included or offered as an additional coverage
- Personal Injury coverage (also called Personal Offense coverage) is either automatically included or offered as an additional coverage

Your premium for coverage in a different program may be higher or lower than what you currently pay. Please consult your policy Declarations and review the coverages currently applicable to your policy. If you would like to discuss your current coverages or would like additional information on the Safeco Homeowners programs, please contact the agent or broker listed on your Policy Declarations.

HOM-7550/CAEP 6/15 _____



A Liberty Mutual Company

DECEMBER 28, 2015

OMEGA PACIFIC INS SOLUTIONS
1016 12TH ST STE A
MODESTO          CA    95354-0812

**POLICY NUMBER**
0A4122739

**AGENT TELEPHONE:**
1-866-472-3326

DAVID AVILA
JOHN HAYNE
316 W F ST STE 100
OAKDALE CA   95361-3858

## EARTHQUAKE COVERAGE OFFER

Your residential property insurance policy does not cover earthquake damage to your home or its contents.

To cover earthquake damage to your home and its contents you need to purchase a separate earthquake insurance policy. The coverage provided by an earthquake insurance policy is different from, and typically more limited than, the coverage provided by your residential property insurance policy.

California law requires insurance companies to offer earthquake insurance in conjunction with a residential property insurance policy. If you do not accept the offer of earthquake insurance below within 30 days of the mailing of this notice, your insurance company shall presume that you have not accepted this offer of earthquake insurance.

You may purchase earthquake insurance coverage on the following terms:

|   |   | LIMITS: |
|---|---|---|
| A. | Amount of Dwelling/Building Coverage Limit: | $   1,161,600 |
| B. | Deductible: | 15% / $  174,240 |
| C. | Contents Coverage Limit: | $    5,000* |
| D. | Additional Living Expenses Coverage Limit: | $    1,500* |
| E. | Estimated Annual Premium: | $     273.00 |

The deductible represents the amount of damage your covered property must incur before the earthquake insurance coverage begins. If your covered loss is less than the applicable deductible, you may not receive any payment.

If you choose not to accept this offer within the 30-day period, you may apply for earthquake coverage at a later date.

Your insurance company contracts with the California Earthquake Authority (CEA) to offer earthquake insurance to its customers. For an additional premium, you can choose CEA coverage options such as higher limits for Contents or Additional Living Expenses, increased building code upgrade limits, or a lower deductible. You can also choose to buy certain CEA coverages separately.

Contact your insurance agent or your insurance company to obtain details regarding this offer of earthquake insurance and other coverage options.

EQ-0200/CAEP 1/16                                                                Page 1 of 1

# Exhibit

# 3

16 Nov 2024

Notification Letter Shellpoint

31 Jan; 8 August; 24 October 2023

12 March; 21 June 2024

Respond to:
David-Anthony: Avila                                          21 June 2024
c/o 8651 Crane Road
Oakdale, California [ 95361 ]

Account #0579602652
JOHN HAYNE, 8651 CRANE RD
OAKDALE, CA 95361-8109



Shellpoint Mortgage Servicing
Loan Service Department
P.O. Box 10826
Greenville, SC 29603-0826
Certified mail: #9589-0710-5270-0913-7018-93 Receipt-#9590-9402-7659-2122-7535-88

J.P. Morgan Mortgage Acquisition Corporation
383 Madison Ave
New York, NY 10179
Certified mail: #9589-0710-5270-0913-7018-86

**Notice to agent is notice to principle and notice to principal is notice to agent**

To Whom It May Concern;
I am David-Anthony: Avila and I am responding to your false statements which Shellpoint
Mortgage Servicing employees apparently are instructed to commit fraud against JOHN HAYNE.
I have been in possession of the land under the forever contract known as Letter Patent
number PLC 5/18/1858 from 17 March 2009.

I am responding to your document titled "Dear Homeowner", dated 06/17/2024. It appears to
read the "loan" is "delinquent." Please note all "payments" are up to date based on the "NOTE"
clause 3.(A) Time and Place of Payments, I will pay principle and interest by making a payment
every month....Each monthly payment will be applied as of its scheduled due date... (B) Amount
of Monthly Payments, My monthly payment will be in the amount of U.S. $2,043.90."[1]

All payments have been made and are current.
If there are any other services that have been provided, please forward an **INVOICE** for of any
and all alleged services for which you are charging to this account.

Please note that it appears there is a charge for "Lender Placed Hazard Disbursement"? I do not
comprehend that entry for if it is in reference to insurance for the property at 8651 Crane Road,
it is a fraudulent charge. I have had hazard insurance coverage "continuously" from the
purchase date of the land. I have recently confirmed with my insurance agent that I have had
continuing insurance coverage and he assured me that I have. Also, my insurance agent has
sent to Shellpoint Mortgage Servicing on several occasions, the appropriate documentation to

/

the fact there is and has been hazard insurance coverage. As well, I have sent several of times documentation of proof of insurance. Moreover, the insurance company themselves have a policy to inform the lender of the existence of insurance at each annual renewal. It is incumbent upon Shellpoint Servicing among your several of office locations, to communicate among yourselves to assure proper fiduciary responsibilities to each borrower of each loan.

Please correct the wrongful "Lender Placed Hazard Disbursement" fees for each and every month such a charge has been placed. Your multitude of offices have the records documenting home owner placed insurance from day one. Please correct the error.

**Notice to agent is notice to principle and notice to principal is notice to agent**

I am formally requesting for a "***payoff statement***" for the account #0579602652 per 12 CFR §1026.36 (3) Payoff statement. In connection with a consumer credit transaction secured by a consumer's dwelling, a creditor, assignee or servicer, as applicable, must provide an accurate statement of the total outstanding balance that would be required to pay the consumer's obligation in full as of a specified date. The Statement shall be sent within a reasonable time, but in no case more than seven business days, after receiving a written request from the consumer or any person acting on behalf of the consumer. When a creditor, assignee, or servicer, as applicable, is not able to provide the statement within seven business days of such a request because a loan is in bankruptcy of foreclosure, because the loan is a reverse mortgage or shared appreciation mortgage, or because of natural disasters or other similar circumstances, the payoff statement must be provided within a reasonable time. A creditor or assignee that does not currently own the mortgage loan or the mortgage servicing rights is not subject to the requirement in this paragraph (c)(3) to provide a payoff statement.

By the hand of: _David-Anthony;.Avila_        _21 June 2024_
                      David-Anthony;.Avila                    Date

---

1) UCC Part 6 § 3-603. Tender of Payment. § 3-603 (b) If ender of payment of an obligation to pay an instrument is made to a person entitled to enforce the instrument and the tender is refused, there is discharge, to the extent of the amount of the tender, of the obligation of an indorser or accommodation party having a right of recourse with respect to the obligation to which the tender relates.
§ 3-603 (c) If tender of payment of an amount due on an instrument is made to a person entitled to enforce the instrument, the obligation of the obligor to pay interest after the due date on the amount tendered is discharged. If presentment is required with respect to an instrument and the obligor is able and ready to pay on the due date at every place of payment stated in the instrument, the obligor is deemed to have made tender of payment on the due date to the person entitled to enforce the instrument.

Response and Request

Respond to:
David-Anthony: Avila
c/o 8651 Crane Road
Oakdale, California [ 95361 ]

October 24th, 2023

Account #0579602652
JOHN HAYNE, 8651 CRANE RD
OAKDALE, CA 95361-8109

COPY

Shellpoint Mortgage Servicing
Loan Service Department
P.O. Box 10826
Greenville, South Carolina 29603-0826
Certified mail: #7022-2410-0002-9024-8029

J.P. Morgan Mortgage Acquisition Corporation
383 Madison Ave
New York, New York 10179
Certified mail: #7022-2410-0002-9024-8012

To Whom It May Concern;

I am David-Anthony: Avila and I am acting on behalf of JOHN HAYNE with a notarized letter of authorization to act on his behalf with the account listed above(authorization letter is attached).

I am responding to your document titled "Dear Borrower", dated 10/09/2023. It appears to read the "loan" is "delinquent." Please note all "payments" are up to date based on the "NOTE" clause 3.(A) Time and Place of Payments, I will pay principle and interest by making a payment every month....Each monthly payment will be applied as of its scheduled due date... (B) Amount of Monthly Payments, My monthly payment will be in the amount of U.S. $2,043.90."

If there are any other services that have been provided, please forward an INVOICE for each for my inspection and potential approval.

Please note that it appears there is a charge for "insurances"? I do not comprehend that entry for if it is in reference to insurance for the property at 8651 Crane Road, I have had insurance coverage "continuously" from the purchase date of the property. I have recently confirmed with my insurance agent that I have had continuing insurance coverage and he assured me that I have. As well, he sent to Shellpoint Mortgage Servicing on many occasions, the appropriate documentation to the fact. I will address that issue with another contact to you shortly.

**Please correct the error. Please copy me with the corrections.**

Take note: I have over many years requested numerous times for the production of certified copies of the original organic NOTE and the original organic DEED OF TRUST. Most recently with my "qualified written request"; dated October 24th, 2023, certified mail 7022-2410-0002-9024-7985.
I have yet to receive those certified documents. That as fact, raises the point the location of those documents is in question and without that knowledge, you can not comply to clause 23 of the DEED OF TRUST. Being the "NOTE" is a financial instrument, the actual Note Holder retains the right of payment. In order to follow UCC decorum, it is imperative to comply with Law:

Page 1 of 2

3

Response and Request

- Pursuant to 12 US Code Section 2605, an appointment to for the presentment of the "Original, wet-ink-signature Tangible Promissory Note and Deed of Trust in return of pay off in full for the lawful amount owed.
- Pursuant to 12 US Code Section 2605 for certified copies of all sales of the loan and or transfer documents with the appropriate signatures of the lawful representative of the participating party to the sale and or transfer.
- UCC 3-501 (b)(2) Upon demand of the person to whom presentment is made, the person making presentment must (i) exhibit the instrument, ..."

There are to date no responses I have received to fulfill these lawful requests for information and or documentation addressing the formal requests.

By the hand of: _David-Anthony; Avila_    _24 Oct 2023_
　　　　　　　David-Anthony;.Avila　　　　　　　Date

Enclosed:
13 March 2020 Communication authorization- John Hayne to David Avila

## NOTARY ACKNOWLEDGMENT

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California

County of Stanislaus

On October 24th, 2023, before me, Tyler David McRae, Notary Public,

personally appeared David Anthony Avila, who proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his authorized capacity, and that by his signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the state of California that the forgoing paragraph is true and correct.

WITNESS my hand and official seal.

_Tyler D. McRae_
Notary Public Signature



Respond to:
David-Anthony: Avila
c/o 8651 Crane Road
Oakdale, California [ 95361 ]

12 March 2024

Account #0579602652
JOHN HAYNE, 8651 CRANE RD
OAKDALE, CA 95361-8109



Shellpoint Mortgage Servicing
Loan Service Department
P.O. Box 10826
Greenville, South Carolina 29603-0826
Certified mail: #7022-2410-0002-9026-3312

J.P. Morgan Mortgage Acquisition Corporation
383 Madison Ave
New York, New York  10179
Certified mail: #7022-2410-0002-9026-3305

To Whom It May Concern;
I am David-Anthony: Avila and I am acting on behalf of JOHN HAYNE with a notarized letter of authorization to act on his behalf with the account listed above.

I am responding to your document titled "Dear Borrower", dated 02/12/2024. It appears to read the "loan" is "delinquent." Please note all "payments" are up to date based on the "NOTE" clause 3.(A) Time and Place of Payments, I will pay principle and interest by making a payment every month....Each monthly payment will be applied as of its scheduled due date... (B) Amount of Monthly Payments, My monthly payment will be in the amount of U.S. $2,043.90."

If there are any other services that have been provided, please forward an **INVOICE** for each for my inspection and potential approval.

Please note that it appears there is a charge for "insurances"? I do not comprehend that entry for if it is in reference to insurance for the property at 8651 Crane Road, I have had insurance coverage "continuously" from the purchase date of the property. I have recently confirmed with my insurance agent that I have had continuing insurance coverage and he assured me that I have. As well, he sent to Shellpoint Mortgage Servicing on many occasions, the appropriate documentation to the fact. I will address that issue with another contact to you shortly.

**Please correct the error. Please copy me with the corrections.**

Take note: I have over many years requested numerous times for the production of certified copies of the original organic NOTE and the original organic DEED OF TRUST. Most recently with my "qualified written request"; dated 18 October, 2023, certified mail 7022-2410-0002-9024-7985.
I have yet to receive those certified documents. That as fact, raises the point the location of those documents is in question and without that knowledge, you can not comply to clause 23 of the DEED OF TRUST. Being the "NOTE" is a financial instrument, the actual Note Holder retains the right of payment. In order to follow UCC decorum, it is imperative to comply with Law:

- Pursuant to 12 US Code Section 2605, an appointment to for the presentment of the "Original, wet-ink-signature Tangible Promissory Note and Deed of Trust in return of pay off in full for the lawful amount owed.
- Pursuant to 12 US Code Section 2605 for certified copies of all sales of the loan and or transfer documents with the appropriate signatures of the lawful representative of the participating party to the sale and or transfer.
- UCC 3-501 (b)(2) Upon demand of the person to whom presentment is made, the person making presentment must (i) exhibit the instrument, ..."

There are to date no responses I have received to fulfill these lawful requests for information and or documentation addressing the formal requests.

By the hand of: _David-Anthony;.Avila_          _12 March 2024_
                David-Anthony;.Avila              Date

Enclosed:
13 March 2020 Communication authorization- John Hayne to David Avila

David-Anthony; Avila                                        8 August 2023
c/o 8651 Crane Road
Oakdale, California [95361]
209-595-5997

Shellpoint Mortgage Servicing
P.O. Box 650840
Dallas, TX 75265

Certified mail: 7022 2410 0002 9023 7238

Lawful notification:

Reference account number- 057960652
John Hayne
8651 Crane Road
Oakdale, California 95361

First, please note that the subject property has had Home Owners Insurance since the
establishment of the above noted loan.
The following policies for the last 3 years:
Travelers- 26 January 2023 to 26 January 2024        Policy 613376760-633-1
Travelers- 26 January 2022 to 26 January 2023        Policy 611130093-633-1
Safco- 26 February 2021 to 26 February 2022          Policy OA4122739

I demand you correct the account for you have been unlawfully charging this account for home
owners insurance.

Secondly- The escrow amount has been incorrect and overcharged per month as well. The current
property tax amortized per month is $529.00.

Thirdly- The contract payment is $2,043.90.

The total monthly payments are $2,572.90.


Notice to agent is notice to principle : Notice to principal is notice to agent

                                            Thank you;

_8 Aug 2023_                              _David-Anthony; Avila_
Date                                        David-Anthony; Avila

David-Anthony: Avila                                           31 January 2023
C/o 8651 Crane Road                        Certified mail: 7022-2410-0002-9026-3190
Oakdale, California

Shellpoint Mortgage Servicing
ISAOA / ATIMA
P. O. Box 7050
Troy, MI  48007-7050



Reference:
Property address 8651 Crane Road, Oakdale, California
Loan # 0579602652

Insurance notification- lack of, dated January 9, 2024.

Information from David-Anthony: Avila, a man with power of attorney from John Hayne,
a man.

To Whom it man concern:
This real estate has NEVER been with out hazard insurance. I repeat, NEVER been with
out hazard insurance. The insurance agent who has provided services to the real estate
from day one of ownership, David Giddings of Giddings Specialty Insurance, 901
McHenry Ave, Ste B, Modesto, California.
Please take note. Please CORRECT the accounting record crediting all charges related to
your erroneous requirement for insurance coverage which has been and still is a
duplicate and not a lawful charge.
Please reply as soon as possible!

Thank you,

David-Anthony: Avila                        Date

Enclosed:
Exhibits: Copy of letter from Shellpoint Mortgage Services, Insurance notification- lack
of, dated January 9, 2024.

1

# Exhibit

# 4

16 Nov 2024

Notice Letter to Shellpoint-David Avila   11 October 2023

Emails from David Giddings, Insurance Agent to Shellpoint Locations

12 October 10:55 AM; 11:07 AM; 11:54 AM

**From / Respond to:**
David Avila
8651 Crane Road
Oakdale, California 95361

Certified mail: 7022 2410 0002 9024 7947

COPY

**To:**
Shellpoint Mortgage Servicing
55 Beattie Place Suite 500
Greenville, South Carolina 29601

Date: 11 October 2023
Ref: Account #: 52418605
Ref: Property Address: 8651 Crane Road, Oakdale California 95361
Ref: John Hayne

I am David-Anthony: Avila, a live human being domiciled in the California Republic. I am acting on behalf of John Hayne, as I have for the full duration of the forementioned account.

I have no invoices for charges that are over and above the payment as defined as principle, interest and an escrow payment over and above the payment.

It seems I am being charged for "insurance". As I have stated numerous times, I have home owners insurance, always have. I have NEVER been without home owner's insurance. I would appreciate your crediting all charges related to insurance. I have contacted today, my insurance agent who has provided my insurance services for decades, to prepare, once again, a statement of insurance coverage.

It appears there are other charges for which I am not familiar. I require **invoices** for any charges beyond the payment, and escrow which is to cover the county property taxes.

Your cooperation will be appreciated. Please respond.

Respectfully,

David-Anthony: Avila

David-Anthony; Avila                                                8 August 2023
c/o 8651 Crane Road
Oakdale, California [95361]
209-595-5997

Shellpoint Mortgage Servicing
P.O. Box 650840
Dallas, TX 75265

Certified mail: 7022 2410 0002 9023 7238

Lawful notification:

Reference account number- 057960652
John Hayne
8651 Crane Road
Oakdale, California 95361

First, please note that the subject property has had Home Owners Insurance since the
establishment of the above noted loan.
The following policies for the last 3 years:
Travelers- 26 January 2023 to 26 January 2024          Policy 613376760-633-1
Travelers- 26 January 2022 to 26 January 2023          Policy 611130093-633-1
Safco- 26 February 2021 to 26 February 2022            Policy OA4122739

I demand you correct the account for you have been unlawfully charging this account for home
owners insurance.

Secondly- The escrow amount has been incorrect and overcharged per month as well. The current
property tax amortized per month is $529.00.

Thirdly- The contract payment is $2,043.90.

The total monthly payments are $2,572.90.


Notice to agent is notice to principle : Notice to principal is notice to agent

                                                        Thank you;


_B Aug 2023_                                            David-Anthony; Avila
Date

                                                                                    1 | P a g e

David Giddings <dgiddings@giddingsins.com>                        10/12/2023 10:55 AM

## Fw: Insurance Evidence - Loan #0579602652

To Mr. David Avila <davidavila@dairydesigners.com>    Copy
ccdocs@insurancemortgagehome.com <ccdocs@insurancemortgagehome.com>

Evidently, we had the mailing address wrong.

I was advised today with calling the insurance office of Shellpoint that I had both the mailing address and the email address incorrect.

I am making the change and provide current evidence of the new policy written back in January this year. Since we understand the named insured has Power of Attorney for the address and as named insured, his name and Celeste's name was added. If there should be changes, please advise and provide the documents to support it.

Travelers has provided coverage since February 2022 and Safeco before that for several years. I have evidence of each term and will be happy to provide additional data if requested.

Regards.

**David W. Giddings**
Agent, Broker
CA License #0F43503
National Producer #8966239
Giddings Specialty Insurance Services
901 McHenry Ave., Suite B, Modesto, CA 95350
Office Phone: 209-284-0246
Cell Phone: 209-484-9084
Email: dgiddings@giddingsins.com

Please remember insurance coverage cannot be bound, or assumed bound, amended or cancelled via any voice mail or email system, without speaking to an authorized representative of Giddings Specialty Insurance Services (GSIS) for confirmation.

Notice:

This communication, including attachments, is for the exclusive use of addressee and may contain proprietary, confidential and/or privileged information. If you are not the intended recipient, any use other than destruction, is strictly prohibited. Please notify the sender immediately by return e-mail, to avoid further mistakes. Please delete this and destroy all copies.

- ENTESERVPolicyDocsPDFLoad - 2023-07-31T113232.788.pdf (177 KB)
- StrategicPolicySummary (47).pdf (32 KB)

**David Giddings <dgiddings@giddingsins.com>**                                      10/12/2023 11:07 AM

## Fw: Insurance Evidence - Loan #0579602652

To servicing@changemtg.com <servicing@changemtg.com>    Copy
Mr. David Avila <davidavila@dairydesigners.com>

CURRENT AND UPDATED EOI FOR CLIENT.
THE EMAIL I WAS JUST GIVEN BY THE INSURANCE OFFICE WAS KICKED BACK. SO, WE ARE TRYING THIS ONE TO
SHOW COVERAGE OVER THE PAST 2 TERMS.
THANK YOU

**David W. Giddings**
Agent, Broker
CA License #0F43503
National Producer #8966239
Giddings Specialty Insurance Services
901 McHenry Ave., Suite B, Modesto, CA 95350
Office Phone: 209-284-0246
Cell Phone: 209-484-9084
Email: dgiddings@giddingsins.com

Please remember insurance coverage cannot be bound, or assumed bound, amended or cancelled via any voice mail or email system, without speaking
to an authorized representative of Giddings Specialty Insurance Services (GSIS) for confirmation.
Notice:

This communication, including attachments, is for the exclusive use of addressee and may contain proprietary, confidential and/or privileged
information. If you are not the intended recipient, any use other than destruction, is strictly prohibited. Please notify the sender immediately by
return e-mail, to avoid further mistakes. Please delete this and destroy all copies.

**From:** David Giddings <dgiddings@giddingsins.com>
**Sent:** Thursday, October 12, 2023 11:54 AM
**To:** Mr. David Avila <davidavila@dairydesigners.com>
**Cc:** ccdocs@insurancemortgagehome.com <ccdocs@insurancemortgagehome.com>
**Subject:** Fw: Insurance Evidence - Loan #0579602652

Evidently, we had the mailing address wrong.

I was advised today with calling the insurance office of Shellpoint that I had both the mailing address and the
email address incorrect.

I am making the change and provide current evidence of the new policy written back in January this year. Since
we understand the named insured has Power of Attorney for the address and as named insured, his name and
Celeste's name was added. If there should be changes, please advise and provide the documents to support it.

Travelers has provided coverage since February 2022 and Safeco before that for several years. I have evidence of
each term and will be happy to provide additional data if requested.

Regards.

**David W. Giddings**
Agent, Broker
CA License #0F43503
National Producer #8966239
Giddings Specialty Insurance Services
901 McHenry Ave., Suite B, Modesto, CA 95350
Office Phone: 209-284-0246
Cell Phone: 209-484-9084
Email: dgiddings@giddingsins.com

Please remember insurance coverage cannot be bound, or assumed bound, amended or cancelled via any voice mail or email system, without speaking to an authorized representative of Giddings Specialty Insurance Services (GSIS) for confirmation.

Notice:

This communication, including attachments, is for the exclusive use of addressee and may contain proprietary, confidential and/or privileged information. If you are not the intended recipient, any use other than destruction, is strictly prohibited. Please notify the sender immediately by return e-mail, to avoid further mistakes. Please delete this and destroy all copies.

- ENTESERVPolicyDocsPDFLoad - 2023-07-31T113232.788.pdf (177 KB)
- StrategicPolicySummary (47).pdf (32 KB)
- GeneratePdf (42).pdf (33 KB)

3

# Exhibit

# 5

## 16 Nov 2024

Emails from David Giddings, Insurance Agent to Shellpoint Location

Approximately 27 January 2023

# LOAN- 0579602652 - Evidence of insurance - binder

To loanservicing@shellpointmtg.com <loanservicing@shellpointmtg.com>    Copy
Mr. David Avila <davidavila@dairydesigners.com>

---

If you have a service that allows automated uploading, please let us know.

**David W. Giddings**
Agent, Broker
CA License #0F43503
National Producer #8966239
Giddings Specialty Insurance Services
901 McHenry Ave., Suite B, Modesto, CA 95350
Office Phone: 209-284-0246
Cell Phone: 209-484-9084
Email: dgiddings@giddingsins.com

Please remember insurance coverage cannot be bound, or assumed bound, amended or cancelled via any voice mail or email system, without speaking to an authorized representative of Giddings Specialty Insurance Services (GSIS) for confirmation.
Notice:
This communication, including attachments, is for the exclusive use of addressee and may contain proprietary, confidential and/or privileged information. If you are not the intended recipient, any use other than destruction, is strictly prohibited. Please notify the sender immediately by return e-mail, to avoid further mistakes. Please delete this and destroy all copies.

---

- GeneratePdf (29).pdf (37 KB)

*Note: Computer file data:*
*23-01-27*

# Exhibit

# 6

### 16 Nov 2024

Emails from David Giddings, Insurance Agent to Shellpoint Locations

18 January 2024

28 November; 12 October- 12:07 AM; 12 October- 11:54 AM 2023

Proof of Insurance

Travelers Policy #611130093-633-1

Policy Period

January 26, 2022 @ 12:01 AM to January 26, 2023 @ 12:01 AM

David Giddings <dgiddings@giddingsins.com>                          1/18/2024 2:14 PM

# Fw: Insurance Evidence - Loan #0579602652

To Mr. David Avila <davidavila@dairydesigners.com>

**David W. Giddings**
Agent, Broker
CA License #0F43503
National Producer #8966239
Giddings Specialty Insurance Services
901 McHenry Ave., Suite B, Modesto, CA 95350
Office Phone: 209-284-0246
Cell Phone: 209-484-9084
Email: dgiddings@giddingsins.com



Please remember insurance coverage cannot be bound, or assumed bound, amended or cancelled via any voice mail or email system, without speaking to an authorized representative of Giddings Specialty Insurance Services (GSIS) for confirmation.

Notice:

This communication, including attachments, is for the exclusive use of addressee and may contain proprietary, confidential and/or privileged information. If you are not the intended recipient, any use other than destruction, is strictly prohibited. Please notify the sender immediately by return e-mail, to avoid further mistakes. Please delete this and destroy all copies.

---

**From:** David Giddings <dgiddings@giddingsins.com>
**Sent:** Tuesday, November 28, 2023 6:28 PM
**To:** insdocs@newrezservicing.com <insdocs@newrezservicing.com>
**Cc:** Mr. David Avila <davidavila@dairydesigners.com>
**Subject:** Fw: Insurance Evidence - Loan #0579602652

Another attempt to show evidence of insurance already in place. I called the toll-free number and was transferred around until I spoke to someone in the "Insurance Department" who gave me the email address to send to as," servicing@changemtg.com". I sent to that address and received a receipt that the company received it but then it was rejected, so I was at a loss. I just uploaded to the website, so with luck the borrower and their forced-placed insurance gets cancelled, and any premium retained for duplicate coverage is credited back immediately please.

Thank you

**David W. Giddings**
Agent, Broker
CA License #0F43503
National Producer #8966239
Giddings Specialty Insurance Services
901 McHenry Ave., Suite B, Modesto, CA 95350
Office Phone: 209-284-0246
Cell Phone: 209-484-9084

Email: dgiddings@giddingsins.com

Please remember insurance coverage cannot be bound, or assumed bound, amended or cancelled via any voice mail or email system, without speaking to an authorized representative of Giddings Specialty Insurance Services (GSIS) for confirmation.

Notice:

This communication, including attachments, is for the exclusive use of addressee and may contain proprietary, confidential and/or privileged information. If you are not the intended recipient, any use other than destruction, is strictly prohibited. Please notify the sender immediately by return e-mail, to avoid further mistakes. Please delete this and destroy all copies.

---

**From:** David Giddings <dgiddings@giddingsins.com>
**Sent:** Thursday, October 12, 2023 12:07 PM
**To:** servicing@changemtg.com <servicing@changemtg.com>
**Cc:** Mr. David Avila <davidavila@dairydesigners.com>
**Subject:** Fw: Insurance Evidence - Loan #0579602652

CURRENT AND UPDATED EOI FOR CLIENT.
THE EMAIL I WAS JUST GIVEN BY THE INSURANCE OFFICE WAS KICKED BACK. SO, WE ARE TRYING THIS ONE TO SHOW COVERAGE OVER THE PAST 2 TERMS.
THANK YOU

**David W. Giddings**
Agent, Broker
CA License #0F43503
National Producer #8966239
Giddings Specialty Insurance Services
901 McHenry Ave., Suite B, Modesto, CA 95350
Office Phone: 209-284-0246
Cell Phone: 209-484-9084
Email: dgiddings@giddingsins.com

Please remember insurance coverage cannot be bound, or assumed bound, amended or cancelled via any voice mail or email system, without speaking to an authorized representative of Giddings Specialty Insurance Services (GSIS) for confirmation.

Notice:

This communication, including attachments, is for the exclusive use of addressee and may contain proprietary, confidential and/or privileged information. If you are not the intended recipient, any use other than destruction, is strictly prohibited. Please notify the sender immediately by return e-mail, to avoid further mistakes. Please delete this and destroy all copies.

---

**From:** David Giddings <dgiddings@giddingsins.com>
**Sent:** Thursday, October 12, 2023 11:54 AM
**To:** Mr. David Avila <davidavila@dairydesigners.com>
**Cc:** ccdocs@insurancemortgagehome.com <ccdocs@insurancemortgagehome.com>
**Subject:** Fw: Insurance Evidence - Loan #0579602652

Evidently, we had the mailing address wrong.

I was advised today with calling the insurance office of Shellpoint that I had both the mailing address and the email address incorrect.

I am making the change and provide current evidence of the new policy written back in January this year. Since we understand the named insured has Power of Attorney for the address and as named insured, his name and Celeste's name was added. If there should be changes, please advise and provide the documents to support it.

Travelers has provided coverage since February 2022 and Safeco before that for several years. I have evidence of each term and will be happy to provide additional data if requested.

Regards.

**David W. Giddings**
Agent, Broker
CA License #0F43503
National Producer #8966239
Giddings Specialty Insurance Services
901 McHenry Ave., Suite B, Modesto, CA 95350
Office Phone: 209-284-0246
Cell Phone: 209-484-9084
Email: dgiddings@giddingsins.com

Please remember insurance coverage cannot be bound, or assumed bound, amended or cancelled via any voice mail or email system, without speaking to an authorized representative of Giddings Specialty Insurance Services (GSIS) for confirmation.

Notice:

This communication, including attachments, is for the exclusive use of addressee and may contain proprietary, confidential and/or privileged information. If you are not the intended recipient, any use other than destruction, is strictly prohibited. Please notify the sender immediately by return e-mail, to avoid further mistakes. Please delete this and destroy all copies.

- ENTESERVPolicyDocsPDFLoad - 2023-07-31T113232.788.pdf (177 KB)
- StrategicPolicySummary (47).pdf (32 KB)
- GeneratePdf (42).pdf (33 KB)
- Shellpoint notices 9 Jan & 27 Feb 2023- proof of insurance letters.pdf (137 KB)
- 23-11-28 Reply from Shellpoint to my 23 Oct 2023 information request-note insurance info.pdf (473 KB)

3

**ACORD®** | **EVIDENCE OF PROPERTY INSURANCE** | DATE (MM/DD/YYYY) 10/12/2023

THIS EVIDENCE OF PROPERTY INSURANCE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE ADDITIONAL INTEREST NAMED BELOW. THIS EVIDENCE DOES NOT AFFIRMATIVELY OR NEGATIVELY AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW. THIS EVIDENCE OF INSURANCE DOES NOT CONSTITUTE A CONTRACT BETWEEN THE ISSUING INSURER(S), AUTHORIZED REPRESENTATIVE OR PRODUCER, AND THE ADDITIONAL INTEREST.

| AGENCY | PHONE (A/C, No, Ext): (209) 284-0246 | COMPANY |
|---|---|---|
| GIDDINGS SPECIALTY INS | | THE STANDARD FIRE INSURANCE COMPANY |
| 901 MCHENRY AVE STE B | | ONE OF THE TRAVELERS PROPERTY CASUALTY COMPANIES |
| MODESTO, CA 95350 | | ONE TOWER SQUARE, HARTFORD, CT 06183 |

| FAX (A/C, No): (866) 321-9553 | E-MAIL ADDRESS: | |
|---|---|---|
| CODE: 0DJW93 | SUB CODE: | |
| AGENCY CUSTOMER ID #: | | |

| INSURED | | |
|---|---|---|
| DAVID AVILA | LOAN NUMBER 0579602652 | POLICY NUMBER 613376760 633 1 |
| CELESTE MICHAEL | EFFECTIVE DATE 01/26/2023 | EXPIRATION DATE 01/26/2024 | CONTINUED UNTIL TERMINATED IF CHECKED ☐ |
| 8651 CRANE RD | | |
| OAKDALE, CA 95361-8109 | THIS REPLACES PRIOR EVIDENCE DATED: | |

**PROPERTY INFORMATION**

LOCATION/DESCRIPTION
8651 CRANE RD
OAKDALE, CA 95361-8109

THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS EVIDENCE OF PROPERTY INSURANCE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

**COVERAGE INFORMATION** | PERILS INSURED | BASIC ☐ | BROAD ☐ | SPECIAL ☐ |

| COVERAGE / PERILS / FORMS | AMOUNT OF INSURANCE | DEDUCTIBLE |
|---|---|---|
| Coverage A - Dwelling | $ 1,944,335 | |
| Coverage B - Other Structures | $ 194,433 | |
| Coverage C - Personal Property | $ 972,167 | |
| Coverage D - Loss of Use | $ 388,867 | |
| Coverage E - Personal Liability - Bodily Injury and | $ 500,000 | |
| Property Damage (each occurrence) | | |
| Coverage F - Medical Payments to Others (each person) | $ 5,000 | |
| Property Coverage Deductible (All Other Perils) | | $ 1,000 |
| Windstorm or Hail Deductible | | $ 1,500 |
| TOTAL PREMIUM $2,635.00 | | |

**REMARKS (Including Special Conditions)**

Make checks payable to:  Travelers Indemnity and affiliates

Mail payments to:  Travelers Personal Insurance
                   PO Box 660307
                   Dallas, TX 75266-0307

 SEE ADDITIONAL REMARKS SCHEDULE FOR MORE INFORMATION (ACORD 101)

**CANCELLATION**

SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, NOTICE WILL BE DELIVERED IN ACCORDANCE WITH THE POLICY PROVISIONS.

**ADDITIONAL INTEREST**

| NAME AND ADDRESS | ADDITIONAL INSURED ☐ | LENDER'S LOSS PAYABLE ☐ | LOSS PAYEE ☐ |
|---|---|---|---|
| SHELLPOINT MORTGAGE SERVICING | X MORTGAGEE | | |
| ISAOA ATIMA | LOAN # | | |
| P.O BOX 7050 | 0579602652 | | |
| TROY, MI 48007-7050 | AUTHORIZED REPRESENTATIVE | | |

| ACORD 27 (2016/03) | © 1993-2015 ACORD CORPORATION. All rights reserved. |
|---|---|

The ACORD name and logo are registered marks of ACORD

AGENCY CUSTOMER ID: _____

LOC #: _____

 **ACORD®**

# ADDITIONAL REMARKS SCHEDULE

Page 1 of 1

| AGENCY | | NAMED INSURED |
|---|---|---|
| GIDDINGS SPECIALTY INS | | DAVID AVILA |
| **POLICY NUMBER** | | CELESTE MICHAEL |
| 613376760 633 1 | | 8651 CRANE RD |
| **CARRIER** | **NAIC CODE** | OAKDALE, CA 95361-8109 |
| THE STANDARD FIRE INSURANCE COMPANY | 19070 | **EFFECTIVE DATE:** 01/26/2023 |

**ADDITIONAL REMARKS**

THIS ADDITIONAL REMARKS FORM IS A SCHEDULE TO ACORD FORM,

FORM NUMBER: ACORD 27 FORM TITLE: EVIDENCE OF PROPERTY INSURANCE

Coverage Level: Travelers Protect Premier®

Policy Type – Homeowners

Optional Coverages and Packages

| Optional Coverages | Endorsement | Limit |
|---|---|---|
| Workers' Compensation Residence Employees | HQ-090 CA (05-17) | |
| Personal Property Replacement Cost Loss Settlement | HQ-290 CA (04-20) | |
| Windstorm or Hail Deductible | HQ-313 CW (05-17) | |
| Additional Replacement Cost Protection Coverage | HQ-420 CA (11-18) | $486,083 |
| 25% of Coverage A – Dwelling Limit | | |
| Wildfire Defense Services | HQ-710 CA (05-17) | |

| Optional Packages | Endorsement | Limit |
|---|---|---|
| Roof and Siding Matching Package | | |
| Matching of Undamaged Roof Surfacing Additional Coverage | HQ-700 CW (05-18) | $10,000 |
| Matching of Undamaged Siding Additional Coverage | HQ-701 CW (05-18) | $10,000 |
| Buried Utility Lines and Equipment Breakdown Package | | |
| Equipment Breakdown Coverage | HQ-855 CW (05-17) | $50,000 |
| Buried Utility Lines Coverage | HQ-856 CW (08-20) | $10,000 |

*Note: The additional cost or premium reduction for any optional coverage or package shown as "Included" is contained in the Total Policy Premium Amount.

© 2008 ACORD CORPORATION. All rights reserved.

The ACORD name and logo are registered marks of ACORD



## Policy Summary

## Homeowners Policy

**Named Insured and Mailing Address**
DAVID AVILA
CELESTE MICHAEL
8651 CRANE RD
OAKDALE, CA 95361-8109

**Your Agency's Name and Address**
GIDDINGS SPECIALTY INS
901 MCHENRY AVE STE B
MODESTO, CA 95350

**Residence Premises**
8651 CRANE RD
OAKDALE, CA 95361-8109

### Policy Information

| | | | |
|---|---|---|---|
| **Your Policy Number** | 611130093 633 1 | **For Policy Service** | 1.209.284.0246 |
| **Your Account Number** | 611130093 | **For Claim Service** | 1.800.252.4633 |

**Your Insurer:** THE STANDARD FIRE INSURANCE COMPANY
a subsidiary or affiliate of The Travelers Indemnity Company
One Tower Square, Hartford, CT 06183

**The policy period is from January 26, 2022 at 12:01 A.M. STANDARD TIME to January 26, 2023 at 12:01 A.M. STANDARD TIME at the residence premises.**

| Total Premium for this Policy. This is not a bill. You will be billed separately for this transaction. | $2,009.00 |
|---|---|

### Discounts

The following discounts reduced your premium:

| Multi-Policy | Loss Free | Fire Protective Device |
|---|---|---|

Savings Reflected in Your Total Premium:                    $769.00

### Coverages and Limits of Liability

| Property Coverage Section | Limit |
|---|---|
| Coverage A -- Dwelling | $1,381,000 |
| Coverage B -- Other Structures | $138,100 |
| Coverage C -- Personal Property | $690,500 |
| Coverage D -- Loss of Use | $276,200 |

| Liability Coverage Section | Limit |
|---|---|
| Coverage E -- Personal Liability - Bodily Injury and Property Damage (each occurrence) | $500,000 |
| Coverage F -- Medical Payments to Others (each person) | $5,000 |



## Deductibles

| Peril Deductible | Deductible |
|---|---|
| Property Coverage Deductible (All Other Perils) | $1,000 |
| Windstorm or Hail Deductible | $1,500 |

*In case of loss under the Property Coverage Section, only that part of the loss over the applicable deductible will be paid (up to the coverage limit that applies).*

## Special Limits and Additional Coverages
### Coverage Level: **Travelers Protect Premier**®

*The limit shown for each of the Special Limits of Liability and Additional Coverages is the total limit for each loss in that category.*

| **Personal Property – Special Limits of Liability** | **Limit** |
|---|---|
| a. Money, bank notes, coins, stored value cards | $2,000 |
| b. Securities, accounts, passports, tickets, stamps | $5,000 |
| c. Comic books and trading cards | $5,000 |
| d. Collectibles, figurines, glassware, marble, porcelains, statuary | $5,000 |
| e. Theft of jewelry, watches, precious stone | $5,000 |
| f. Theft of furs | $5,000 |
| g. Theft of silverware, goldware, pewterware | $10,000 |
| h. Theft of firearms and related equipment | $10,000 |
| i. Theft of tools and their accessories | $5,000 |
| j. Theft of rugs, tapestries and wall hangings | $5,000 |
| k. Business property on the residence premises | $15,000 |
| l. Business property away from the residence premises | $5,000 |
| m. Trailers or semitrailers not used with watercraft | $5,000 |
| n. Motor vehicle parts or equipment not attached to motor vehicle | $2,500 |
| o. Electronic apparatus while in or upon a motor vehicle or watercraft | $5,000 |

*The Special Limits of Liability do not increase your Coverage C – Personal Property Limit.*

| **Property – Additional Coverages** | **Limit** |
|---|---|
| Debris Removal (Additional % of damaged covered property limit) | 5% |
| Tree Removal | Per Tree $500 Per Loss $1,000 |
| Trees, Shrubs and Other Plants<br>  (5% of Coverage A - Dwelling Limit) | Per Tree $500 Per Loss $69,050 |
| Fire Department Service Charge | $2,500 |
| Credit Card, Fund Transfer, Forgery and Counterfeit Money | $10,000 |
| Loss Assessment | $1,000 |
| Landlord Furnishings | $2,500 |
| Ordinance or Law (10% of Coverage A - Dwelling Limit) | $138,100 |
| Personal Records and Data Replacement | $5,000 |
| Limited Fungi or Other Microbes Remediation | $5,000 |

*The applicable policy deductible applies unless otherwise noted.*


# TRAVELERS

| Named Insured | DAVID AVILA<br>CELESTE MICHAEL | Policy Number | 611130093 633 1 |
|---|---|---|---|
| Policy Period | January 26, 2022 to January 26, 2023 | Issued On Date | July 7, 2022 |

### Liability – Additional Coverages
| | **Limit** |
|---|---|
| Damage to Property of Others | $10,000 |
| Loss Assessment | $1,000 |

*Please review your policy for other Personal Property Special Limits of Liability and Additional Coverages that may apply.*

## Optional Coverages and Packages

| **Optional Coverages** | **Endorsement** | **Limit** | **Premium** |
|---|---|---|---|
| Workers' Compensation Residence Employees | HQ-090 CA (05-17) | | $10.00 |
| Personal Property Replacement Cost Loss Settlement | HQ-290 CA (04-20) | | Included* |
| Windstorm or Hail Deductible | HQ-313 CW (05-17) | | Included* |
| Additional Replacement Cost Protection Coverage | HQ-420 CA (11-18) | $345,250 | Included* |
| 25% of Coverage A - Dwelling Limit | | | |
| Wildfire Defense Services | HQ-710 CA (05-17) | | Included* |

| **Optional Packages** | **Endorsement** | **Limit** | **Premium** |
|---|---|---|---|
| **Roof and Siding Matching Package** | | | Included* |
| Matching of Undamaged Roof Surfacing Additional Coverage | HQ-700 CW (05-18) | $10,000 | |
| Matching of Undamaged Siding Coverage | HQ-701 CW (05-18) | $10,000 | |
| **Buried Utility Lines and Equipment Breakdown Package** | | | |
| Equipment Breakdown Coverage | HQ-855 CW (05-17) | $50,000 | |
| Buried Utility Lines Coverage | HQ-856 CW (08-20) | $10,000 | |

*Note: The additional cost or premium reduction for any optional coverage or package shown as "Included" is contained in the Total Policy Premium Amount.*

## Required Forms and Endorsements Included in Your Policy:    Form: 633

| | |
|---|---|
| Policy Quick Reference | HQ-T77 CW (05-17) |
| Agreement, Definitions & Policy Conditions | HQ-D77 CW (05-17) |
| Property Coverage Section | HQ-P03 CW (05-17) |
| Liability Coverage Section | HQ-L77 CW (05-17) |
| Signature Page | HQ-S99 CW (05-17) |
| Special Provisions - California | HQ-300 CA (07-21) |
| Workers' Compensation Residence Employees | HQ-090 CA (05-17) |

The Declarations along with the Optional Coverages, Optional Packages and Required Forms and Endorsements listed above form your Homeowners Insurance Policy. Please keep these documents for reference.

PL-50355 CA (05-17)
476/0DJW93



**TRAVELERS**

---

## Information About Your Property

There are many factors that determine the premium on your policy, some of which are displayed below. If you would like a policy review, please contact your agent or Travelers Representative.

Year Built: 2009
# of Families: 1 Family
# of Stories: 1
# of Bathrooms: 4
# of Employees: 00
Garage - Number of Cars: 5PLUS

Garage Type: Detached
Square Footage: 4514
Construction Type: Frame
Siding Type: Stucco
Foundation Type: Basement
Finished Basement: 00

Pool: No
Age of Roof: 8
Roof Material Type: Architectural Shingle
Age of Plumbing: 13

---

Online Policy Summary as of July 7, 2022

# Exhibit

# 7

## 16 Nov 2024

**Registered Mail; Notary; Witness Presentment**

Validation of Debt

Proof of Claim Request

Error Resolution Notice

Information Request

Attachments:

Proof of insurance

Copies of Notification Letters

Copies of Emails

FROM : David Avila
8651 Crane Road
Oakdale, California 95361

9 July 2024
Registered mail; Witness presentment:
RE 310 863 281 US

TO: SHELLPOINT MORTGAGE SERVICING
ISAOA / ATIMA
P.O.Box 7050
Troy, MI 48007-7050



### Validation of Debt/Proof of Claim Request / Error Resolution & Information Request

### Witness Presentment

Date: 9 July 2024

Ref: **Account #: 52418605**

Ref: Property Legal Address: 8651 Crane Road, Oakdale CA 95361

Ref: JOHN HAYNE, A MARRIED MAN

Dear Account Manager/Legal Department,

I am David-Anthony: Avila, a live human being domiciled in the California Republic. I am acting on behalf of JOHN HAYNE, as I have for the full duration of the aforementioned account.

### Notice to Agent is Notice to Principal & Notice to Principal is Notice to Agent.

Shellpoint Mortgage Servicing is in dishonor of the Note and Deed of Trust contracts that address the aforementioned account.

### 12 CFR § 1024.35- Error resolution procedures

(a) Notice of error. "A servicer shall comply with the requirements of this section for any written notice from the borrower that asserts an error..."

(d) Acknowledgement of receipt. Within five days (excluding legal public holidays, Saturdays, and Sundays) of a servicer receiving a notice of error from a borrower, the servicer shall provide to the borrower a written response acknowledging receipt of the notice of error.

(e) Response to notice of error. – (1) Investigation and response requirements-(i) in general. Except as provided in paragraphs (f) and (g) of this section, a servicer must respond to a notice of error by either:

(A) Correcting the error or errors identified by the borrower and providing the borrower with a written notification of the correction, the effective date of the correction, and contact information, including a telephone number, for further assistance; or

(B) Conducting a reasonable investigation and providing the borrower with a written notification that includes a statement that the servicer has determined that no error occurred, a statement of the reason or reasons for this determination, a statement of the borrower's right to request documents relied upon by the servicer in reaching its determination, information regarding how the borrower can request such documents, and contact information, including a telephone number, for further assistance.

**12 CFR § 1024.35(e)(3) Time limits- (i) In general**. A servicer must comply with the requirements of paragraph (e)(1) of this section:

(A) Not later than seven days (excluding legal public holidays, Saturdays, and Sundays) after the servicer receives the notice of error, whichever is earlier, for errors asserted under paragraphs (b)(9) and (10) of this section.

(B) Prior to the date of a foreclosure sale or within 30 days (excluding legal public holidays, Saturdays, and Sundays) after the servicer receives the notice of error, whichever is earlier, for errors asserted under paragraphs (b)(9) and (10) of this section.

(C) For all other asserted errors, not later than 30 days (excluding legal public holidays, Saturdays, and Sundays) after the servicer receives the applicable notice of error.

**Notice of Error discussion of the following:**

1. You have erred by not posting May and June 2024 payments. Please provide the reasoning to substantiate this decision. 12 CFR § 1024.35(b)(3) Failure to credit a payment to a borrower's mortgage loan account as of the date of receipt in violation of 12 CFR 1026.36(c)(1) and UCC § 3-603(b), if a tender of payment is made to a person entitled to enforce the instrument and is refused, the obligation is discharged to the extent of the amount tendered.

2. You have erred by posting a fee for forced-placement insurance on the "Shellpoint MORTGAGE STATEMENT."

3. You have erred by not providing invoices for services alleged to have been provided, yet are in turn posted as a fee on the "Shellpoint MORTGAGE STATEMENT."

Take lawful Notice of Error expressed at the "Shellpoint MORTGAGE STATEMENT" as follows:

Currently, I notice the latest "Statement" represents fraudulent fees as follows:

- SHELLPOINT MORTGAGE SERVICING (SMS) has been charging for Forced-Placed Insurance as part of the monthly statement since July 2022 to the tune of approximately $20,800.00 to date. Considering I have had homeowner's insurance continuously from the onset of the purchase of this land dating back to 17 March 2009 and have notified Shellpoint Mortgage Service with insurance policy sheets identifying the insurance company with contact information many times as to the existence of my own insurance. Your ignoring those notifications is a violation of 12 USC § 2605(l)(2) Sufficiency of Demonstration; A servicer of a federally related mortgage shall accept any reasonable form of written confirmation from a borrower of existing insurance coverage. This shall include the existing insurance policy number along with the identity of, and contact information for, the insurance company or agent, or as otherwise required by the Bureau of Consumer Financial Protection. I have enclosed copies of documents I have sent to Shellpoint Mortgage Services in the recent past.

- It appears SHELLPOINT MORTGAGE SERVICING has a history of adding "Forced-Placed Insurance" against their customer mortgages as evidenced with a complaint Cardin v. NewRez LLC, case 21-cv-03350 (N.D. Ill. Oct 28, 2022) for which the case was settled.

- The rate charged for the Forced-Placed insurance also violates 12 USC § 2605(m) Limitations on force-placed insurance charges. My current insurance policy I have in force for proper coverage is only $310.00 per month. The current fee Shellpoint Mortgage Servicing is charging varies a bit each month from $810.00 to $830.00. That is a 264% increase in cost! It will be very easy to demonstrate at trial "usury" fees for an unconscionable profit. I have also requested "invoices" for the "statement" which is defined as a summary of "invoices" which document the services being "stated." I have requested "invoices" several times in order to pay them but have not yet received even ONE invoice.

- A monthly fee of $13.00 with no invoice, so I have no idea what the charge represents. Again, with no invoice, it is a fraudulent charge. Without an invoice, the charge must be concluded to be a frivolous charge. Considering SMS has hundreds and maybe thousands

COPY

of customers, a few bucks add up quickly. I will find out via discovery which then may lead to another class action suit.

- A monthly late fee of $102.20 dollars a month which is the result of the fraudulent charges for the forced-placed insurance.

**Written Request for information: Law**
12 CFR § 1024.36(a) Information request. A server shall comply with the requirements of this section for any written request for information....
12 CFR § 1024.3 (c) Acknowledgement of receipt. Within **five days** (excluding legal public holidays, Saturdays, and Sundays) of a server receiving an information request from a borrower, the servicer shall provide to the borrower a written response acknowledging receipt of the information request.
12 CFR § 1024.36(d)(2)(B) For all other requests for information, not later than **30 days**(excluding legal public holidays, Saturdays, and Sundays) after the server receives the information request.

**Please be advised** that this letter shall serve as an official **"Validation of Debt / Proof of Claim Request", "Error Resolution & Information Request"** pursuant to *12 CFR §1024.35 Error- Apply payment per request (b)(1),improper charges (5), failure to provide accurate payoff (6), failure to provide accurate and timely information prior to foreclosure ((7), moving for foreclosure prior to proper notifications , 12 CFR §1024.36 Information requests for a Certified copy of each of the original wet signed note and Deed of Trust (a); contact information to pay off the loan (b). , 24 CFR §3500(e),* and *12 USC §2605(e) ..Provide a written* response acknowledging receipt of the correspondence within 5 days of the *Real Estate Settlement Procedures Act (RESPA),* and pursuant to *12 CFR §226.39 Disclosures of sale of loan (b)&(d)./ §1026.39 Disclosures of sale of loan (b)&(d)./* and *15 USC §1641 Liability of assignees (b)(e)* of the *Truth in Lending Act (TILA),* and pursuant to *15 USC §1692(g) Amount of debt* or *§809 Amount of debt* of the *Fair Debt Collection Practices Act (FDCPA).*

**Notice to Agent is Notice to Principal & Notice to Principal is Notice to Agent**

I will be following up this Lawful Notice with lawful requests for proof of claim with evidence that the "loan" is a lawful loan as defined in law: "Delivery by one party to and receipt by another party of sum of money upon agreement..." Black's Law 6th edition.

By the hand of: _David-Anthony: Avila_

David-Anthony: Avila



Enclosed:

Presentment letter by Witness: Validation of Debt/Proof of Claim Request / Error Resolution & Information Request and Witness Presentment with Notary page- 6 pages

Pacer Case Summary- case #1:21-cv-03350 Cardin v. NewRez LLC- 1 page

Summary page from my "in force" Traveler's Insurance policy with premium fee and other relevant information.- 1 page

Copy of accounting sheet showing the fraudulent fees being charged since the start of forced-placed insurance July 2022- $20,818.11.- 1 page

Letter to Shellpoint Mortgage Servicing, Certified mail 9589-0710-5270-0913-7018-31; Notification of discharge against principal balance of tendered check #1081 for the month of May 2024 obviously caused by fraudulent charges of forced-placed insurance. – 2 pages

Letter to Shellpoint Mortgage Servicing, Certified- 7022-2410-0002-9026-3190, 31 January, 2023, Copies- 35 Pages

Letter to Shellpoint Mortgage Servicing; Certified- 7022-2410-0002-9026-3312 & J.P. Morgan Mortgage Acquisition Corporation; Certified- 7022-2410-0002-9026-3305; Dated 12 March 2024; Copies- 11 Pages.

57 pages total

California only: A notary public or other officer completing this certificate verifies only the identity of the individual(s) who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California; County of Stanislaus, SUBSCRIBED AND AFFRIMED, On this _l_l_ day of _July_____, the year 2024 before me, Personally appeared _David  Anthony  Avila_, Personally known to me_____ -Or- proved to me on the basis of satisfactory evidence to be the Man whose name is subscribed to the within instrument and acknowledged to me that He executed the same in his authorized capacity.

Signature of Notary: _____

*Place Notary Seal Here:*



SHILPA KUKREJA
COMM. 2478373
NOTARY PUBLIC-CALIFORNIA
SAN JOAQUIN COUNTY
My Comm. Expires Jan. 2, 2028

Description of Attached Documents:

_Validation  of  Debt/ Error  Resolution_
_& Information / Request._

Type or Title of Documents:

_____

_____

Document Date: _____Number of pages: __5 7_____

## AFFIDAVIT OF WITNESS PRESENTMENT

I, as a Bonafide Witness and signed below, hereby certify that after reviewing the documents, I placed said Documents into the addressed envelope, sealed it with a USA 5 cent Grape stamp then placed my signature across the face of the stamp. I then placed the envelope with the United States Post Office, prepaid, registered, return receipt requested, and addressed to the Respondent:

SHELLPOINT MORTGAGE SERVIING
ISAOA / ATIMA
P.O. Box 7050
Troy, MI 48007-7050

Documents:

Validation of Debt/Proof of Claim Request", "Error Resolution & Information Request, dated 9 July 2024. Registered mail: RE 310 863 281 US

Pacer Case Summary- case #1:21-cv-03350 Cardin v. NewRez LLC

Summary page from my in force Traveler's Insurance policy with premium fee and other relevant information.

Copy of accounting sheet showing the fraudulent fees being charged since the start of forced-placed insurance July 2022- $20,818.11.

Letter to Shellpoint Mortgage Servicing, Certified mail 9589-0710-5270-0913-7018-31; Notification of discharge against principal balance of tendered check #1081 for the month of May 2024 obviously caused by fraudulent charges of forced-placed insurance.

Letter to Shellpoint Mortgage Servicing, Certified- 7022-2410-0002-9026-3190, 31 January, 2023, Copies- 35 Pages

Letter to Shellpoint Mortgage Servicing; Certified- 7022-2410-0002-9026-3312 & J.P. Morgan Mortgage Acquisition Corporation; Certified- 7022-2410-0002-9026-3305; Dated 12 March 2024; Copies- 10 Pages.

Notary of Signature page

Witness:

_Charles Shetron_  _July 11, 2024_  _1615_
Charles Shetron          Date           Time

Witness:

_Robert Amaral_  _July 11, 2024_  _1615_
Robert Amaral           Date           Time



David-Anthony; Avila:   (From)
c/o 8651 Crane Road
Oakdale, California  [95361]
209-595-5997

6 June 2024

Certified mail: 9589-0710-5270-0913-7018-31
Return receipt: 9590-9402-7659-2122-7535-64

Shellpoint Mortgage Services   (To)
75 Beattie Place, Ste 300
Greenville, South Carolina 29601

Reference original Loan:  (alleged)
Flagstar Bank
5151 CORPORATE DR
TROY, MI 48098-2639
Flagstar Loan#: 502432472



Referencing letter dated May 17, 2024;
Titled "Returned Check";
Loan Number: 059602652
Check Number: 1081
Check Amount: $2,572.90

-Lawful Notice of Rights violations-

-Notice to Agent is notice to Principle – Notice to Principle is notice to Agent-

-Violations of the FDCPA & Consumer Credit Protection Act-

-Note-Shellpoint is a Collection Agency; as such must operate under USC Title

Dear Anonymous, Shellpoint Mortgage Servicing;

I, David-Anthony Avila, hereby acknowledge receipt of your letter dated May 2024, rejecting my full monthly payment. This rejection is a blatant disregard of my multiple notifications and confirmations regarding my insurance coverage for the real estate located at 8651 Crane Road, Oakdale, California. Your records clearly demonstrate a willful omission of my consistent and current private insurance policy that has been in force since the inception of my property ownership as mandated by the contract and Deed of Trust.

**TAKE NOTICE**: Pursuant to UCC §3-603, TENDER OF PAYMENT: 3-603(b), if a tender of payment is made to a person entitled to enforce the instrument and is refused, the obligation is discharged to the extent of the amount tendered. Additionally, under 3-603(c), if a tender of payment of an amount due is refused, the obligor's obligation to pay interest on the amount tendered is also discharged after the due date.

Your imposition of "forced insurance" and the application of usurious rates to my account are fraudulent and unlawful practices. This behavior is well-documented and exemplified in Case

1:21-cv-03350, Cardin v. NewRez LLC, settled on March 6, 2023. These actions not only violate statutory regulations but also reflect a systemic disregard for lawful conduct.

My insurance agent, my insurance carrier, and I have repeatedly informed Shellpoint Mortgage Servicing of my valid insurance policy. The purported "unpaid" balances stem directly from your deliberate failure to acknowledge this coverage. Forcing insurance upon my account, despite clear evidence of existing coverage, is not only deceptive but also illegal. Enclosed are copies of the documents previously sent to your organization substantiating my compliance.

I demand the immediate reversal of all charges associated with the "forced insurance" along with any other illegitimate fees. The account must be updated to reflect a "Current" status without delay.

Furthermore, I require the provision of all invoices for any "legitimate" charges for my review and approval.

Following this lawful notice, I will issue formal requests for proof of claim, including evidence that the "loan" in question adheres to the legal definition of a loan as per Black's Law Dictionary, 6th edition: "Delivery by one party to and receipt by another party of a sum of money upon agreement."

Please respond to the following items or tacitly agree by your acquiescence

1. You do not possess a copy of the note with my signature that is attached to the deed. Is this correct? Yes or no?
2. You have a fiduciary duty to inspect the record of all my correspondence and respond lawfully. Is this correct yes or no?

You are hereby required to respond within 10 days of receiving this lawful notice.

Sincerely,

David-Anthony Avila

Enclosed:
Pacer Case Summary- case #1:21-cv-03350 Cardin v. NewRez LLC
Letter to Shellpoint Mortgage Servicing, Certified- 7022-2410-0002-9026-3190, 31 January, 2023, Copies- 35 Pages
Letter to Shellpoint Mortgage Servicing; Certified- 7022-2410-0002-9026-3312 & J.P. Morgan Mortgage Acquisition Corporation; Certified- 7022-2410-0002-9026-3305; Dated 12 March 2024; Copies- 10 Pages.

1:21-cv-03350 Cardin v. NewRez LLC
Franklin U. Valderrama, presiding
Date filed: 06/22/2021
Date terminated: 03/06/2023
Date of last filing: 03/06/2023

# Case Summary

**Office:** Chicago                          **Filed:** 06/22/2021
**Jury Demand:** Both                        **Demand:**
**Nature of Suit:** 480                      **Cause:** 15:1692 Fair Debt Collection Act
**Jurisdiction:** Federal Question           **Disposition:** Dismissed - Settled
**County:** XX US, Outside the State of IL**Terminated:** 03/06/2023
**Origin:** 1                                **Reopened:**
**Lead Case:**                               None
**Related Case:**                            None                          **Other Court Case:** None
**Defendant Custody Status:**
**Flags:** CUMMINGS,TERMED

| | | | |
|---|---|---|---|
| **Plaintiff:** Gregg T. Cardin | represented by | Mohammed Omar Badwan(Designation Retained) | Phone:630-575-8181<br>Fax:    Active<br>Email: mbadwan@sulaimanlaw.com |
| **Defendant:** NewRez LLC | represented by | Rebekah A Carpenter | Phone:(312) 634-5700<br>Fax:    Not a member<br>Email: rebekah.carpenter@akerman.com |
| **Defendant:** NewRez LLC | represented by | Geneka Latresse Holyfield | Phone:(312) 634-5700<br>Fax:    Not a member<br>Email: geneka.holyfield@akerman.com |
| **Defendant:** NewRez LLC | represented by | James C. Ng(Designation Retained) | Phone:(212) 880-3800<br>Fax:    Pro Hac Vice<br>Email: james.ng@akerman.com |

David-Anthony: Avila                                  31 January 2023
C/o 8651 Crane Road                    Certified mail: 7022-2410-0002-9026-3190
Oakdale, California

Shellpoint Mortgage Servicing
ISAOA / ATIMA                                          
P. O. Box 7050
Troy, MI 48007-7050

Reference:
Property address 8651 Crane Road, Oakdale, California
Loan # 0579602652

Insurance notification- lack of, dated January 9, 2024.

Information from David-Anthony: Avila, a man with power of attorney from John Hayne,
a man.

To Whom it man concern:
This real estate has NEVER been with out hazard insurance. I repeat, NEVER been with
out hazard insurance. The insurance agent who has provided services to the real estate
from day one of ownership, David Giddings of Giddings Specialty Insurance, 901
McHenry Ave, Ste B, Modesto, California.
Please take note. Please CORRECT the accounting record crediting all charges related to
your erroneous requirement for insurance coverage which has been and still is a
duplicate and not a lawful charge.
Please reply as soon as possible!

Thank you,

David-Anthony: Avila                          Date    31 January 2024

Enclosed:
Exhibits: Copy of letter from Shellpoint Mortgage Services, Insurance notification- lack
of, dated January 9, 2024.

1

*35 pages*

Page 1-3: Emails from Giddings to ccdocs@insurancemortgagehome.com, 10/12/2023, 10:55 AM and another email to service@changemtg.com, 10/12/2023, 11:07 AM. With evidence of insurances attached.

Pages 4-7: Evidence of current insurance coverage in the form of billing account, Travelers home policy 613376760-633-1; coverage Jan 26, 2024 to Jan 26, 2025.

Pages 8- 19: Copy of Travelers policy coverage 01/26/2023 tp 01/26/2024.

Pages 20- 23: Copy of Travelers policy coverage January 26, 2022 to January 26, 2023.

Pages 24-25: Evidence of Property Insurance forms from THE STANDARD FIRE INSURANCE COMPANY ONE OF THE TRAVELERS PROPERTY CASULTY COMPANIES, ONE TOWER SQUARE, HARTFORD, CT 06183 sent 10/12/2023 as evidence of insurance to SHELLPOINT MORTAGE SERVICING, ISOA  ATIMA, P. O. BOX 7050- Travelers, coverage 01/26/2023 to 01/26/2024.

Pages 26-28: Email from Giddings Specialty Insurance to David Avila dated 1/18/2024 2:14 PM with copies of prior insurance coverages documents sent to insdocs@newreserving.com, 28 November, 2023 6:28 PM and to servicing@changemtg.com, 12 October, 2023  12:07 PM.

2

POLICY DETAILS

SUMMARY     COVERAGE     DISCOUNTS     WHAT'S COVERED     ADDITIONAL INFO     PROPERTY     POLICY DOCUME

**POLICY INFORMATION**

## 8651 CRANE RD

Policy 613376760-633-1

Jan 26, 2024     Jan 26, 2025

**BILLING ACCOUNT** 611130093

✏ EDIT MORTGAGEE

**12-MONTH TOTAL PREMIUM**

# $3,716⁰⁰

Includes savings from 3 discounts

**DEDUCTIBLES**

| | |
|---|---|
| ALL OTHER PERILS | $1,000 |
| WINDSTORM OR HAIL | $1,500 |

# Property Coverage



**COVERAGE A**

**Dwelling** and attached structures such as garages and decks.

**YOUR LIMIT**

# $1,944,335

# Discounts

Fraudulent Monthly Charges
SHELLPOINT MORTGAGE SERVING:

| | Insurance Charge: | Inspecp. Charge: | Late Charge: | |
|---|---|---|---|---|
| Jul-22 | $728.00 | $13.00 | $0.00 | |
| Aug | $718.01 | $13.00 | $0.00 | |
| Sept | $728.00 | $13.00 | $0.00 | |
| Oct | $728.00 | $13.00 | $0.00 | |
| Nov | $718.01 | $13.00 | $0.00 | |
| Dec-22 | $728.00 | $13.00 | $0.00 | |
| Jan-23 | $718.01 | $13.00 | $0.00 | |
| Feb | $728.00 | $13.00 | $0.00 | |
| Mar | $728.00 | $13.00 | $0.00 | |
| April | $746.07 | $13.00 | $204.40 | |
| May | $810.45 | $13.00 | $0.00 | |
| Jun | $799.36 | $13.00 | $102.00 | |
| July | $810.45 | $13.00 | $0.00 | |
| Aug | $799.36 | $13.00 | $0.00 | |
| Sept | $810.45 | $13.00 | $102.20 | |
| Oct | $810.45 | $13.00 | $0.00 | |
| Nov | $0.00 | $13.00 | $102.20 | |
| Dec-22 | $799.36 | $0.00 | $0.00 | |
| Jan-24 | $810.45 | $13.00 | $102.20 | |
| Jan | $799.36 | $13.00 | $0.00 | |
| Feb | $810.45 | $13.00 | $102.20 | |
| Mar | $810.45 | $13.00 | $0.00 | |
| April | $0.00 | $13.00 | $0.00 | |
| May | $765.48 | $13.00 | $204.40 | |
| May | $831.54 | $0.00 | $105.00 | Apraisal |
| Jun | $820.15 | $13.00 | $102.20 | |
| July | $810.45 | $13.00 | $0.00 | |
| Sub totals | $19,366.31 | $325.00 | $1,126.80 | |
| Total= | $20,818.11 | | | |





```
                        OAKDALE
                   170 CALIFORNIA AVE
                  OAKDALE, CA 95361-9998
                     (800)275-8777

07/11/2024                           04:38 PM
----------------------------------------------
Product              Qty    Unit    Price
                            Price
----------------------------------------------
Hold Mail Pkup        1                $0.00

First-Class Mail®     1                $3.79
Large Envelope
  Troy, MI 48007
  Weight: 0 lb 10.10 oz
  Estimated Delivery Date
    Tue 07/16/2024
  Registered Mail®                    $17.55
    Amount: $57.00
    Tracking #:
      RE310863281US
  Return Receipt                       $3.65
    Tracking #:
      9590 9402 8092 2349 4273 07
Total                                 $24.99

US FlagsBklt/20       5    $13.60     $68.00
----------------------------------------------

Grand Total:                         $92.99

Credit Card Remit                    $92.99
  Card Name: MasterCard
  Account #: XXXXXXXXXXXX7301
  Approval #: 088600
  Transaction #: 926
  AID: A0000000042203        Chip
  AL: Debit
  PIN: Not Required
```

Text your tracking number to 28777 (2USPS)
to get the latest status. Standard Message
and Data rates may apply. You may also
visit www.usps.com USPS Tracking or call
        1-800-222-1811.

The Maximum Indemnity Insurance
compensation for loss, damage, or missing
contents is limited to $50,000.00 for
        Registered Mail®.

Save this receipt as evidence of
insurance. For information on filing an
    insurance claim go to
  https://www.usps.com/help/claims.htm
    or call 1-800-222-1811

     Preview your Mail
     Track your Packages
     Sign up for FREE @
  https://informeddelivery.usps.com

All sales final on stamps and postage.
Refunds for guaranteed services only.
    Thank you for your business.

  Tell us about your experience.
Go to: https://postalexperience.com/Pos
or scan this code with your mobile device.



or call 1-800-410-7420.

---

**Registered No.** RG 310 863 2870 US

**Date Stamp**

|  | Postage $ | | Extra Services & Fees (continued) |
|---|---|---|---|
| To Be Completed By Post Office | Extra Services & Fees | | ☑ Signature Confirmation $ |
| | ☑ Registered Mail $ | | ☐ Signature Confirmation Restricted Delivery $ |
| | ☑ Return Receipt (hardcopy) $ | | |
| | ☐ Return Receipt (electronic) $ | | Total Postage & Fees $ |
| | ☐ Restricted Delivery $ | | |
| | Customer Must Declare Full Value $ 500.00 59.— | | Received by 4 |

Domestic Insurance up to $50,000
is included based upon the
declared value. International
Indemnity is limited. (See Reverse).

OFFICIAL USE

| To Be Completed By Customer (Please Print) All Entries Must Be in Ballpoint or Typed | FROM | David Avila
% 8651 Crane Road
Oakdale, Calif. [95361] |
|---|---|---|
| | TO | Shellpoint Mortgage Servicing
ISAOA/ATIMA
P.O. Box 7050
Troy, MI 48007-7050 |

**PS Form 3806, Registered Mail Receipt**
April 2015, PSN 7530-02-000-9051

Copy 1 - Customer
(See Information on Reverse)

For domestic delivery information, visit our website at *www.usps.com* ®







**U.S. Postal Service**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®

Troy, MI 48007

Certified Mail Fee    $4.40

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)          $ $0.00
☐ Return Receipt (electronic)        $ $0.00
☐ Certified Mail Restricted Delivery $ $0.00
☐ Adult Signature Required           $ $0.00
☐ Adult Signature Restricted Delivery $ $0.00

Postmark
Here

Postage    $2.83

Total Postage and Fees    $10.88

Sent To  Shellpoint Mort Servicing ISAMA/ATIMA

Street and Apt. No., or PO Box No.  P.O. Box 7050

City, State, ZIP+4  Troy, MI 48007-7050

PS Form 3800

**CERTIFIED MAIL**

---

**SENDER: COMPLETE THIS SECTION**

☐ Complete items 1, 2, and 3.
☐ Print your name and address on the reverse so that we can return the card to you.
☐ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
Shellpoint Mortgage Servicing
ISAMA/ATIMA
P.O. Box 7050
Troy, MI 48007-7050

9590 9402 8092 2349 4273 14

2. Article Number (Transfer from service label)
7022 2410 0002 9026 3190

PS Form 3811, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  Bill Wahalak         ☐ Agent
                        ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
Bill Wahalak

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery
   (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery
☐ Restricted Delivery

Domestic Return Receipt

Shellpoint Mortgage Servicing
ISAMA/ATIMA
P.O. Box 7050
Troy, MI 48007-7050

## Track USPS package

Enter tracking number

Track

 USPS package #70222410000290263190
www.usps.com

# Delivered: Wed, Feb 7, 10:14 AM

Processed                    In transit                    Delivered

| DATE | TIME | LOCATION | STATUS |
|---|---|---|---|
| Feb 7 | 10:14 AM | Troy, MI, United States | Delivered, PO box |
| Feb 7 | 7:09 AM | Troy, MI, United States | Arrived at post office |
| Feb 6 | 12:00 AM | | In transit to next facility |
| Feb 4 | 9:22 AM | Pontiac MI Distribution Center | Arrived at USPS regional destination facility |
| Jan 31 | 9:58 PM | Sacramento CA Distribution Center | Arrived at USPS regional origin facility |

SHELLPOINT MORTGAGE SERVICING
PO BOX 7050
TROY MI 48007-7050



JOHN HAYNE
8651 CRANE RD
OAKDALE CA 95361

**COPY**

SHELLPOINT MORTGAGE SERVICING
PO BOX 7050
TROY MI 48007-7050

JOHN HAYNE
8651 CRANE RD
OAKDALE CA 95361

0029983000033460391000000004     04000

00215

**shellpoint** A DIVISION OF newrez

PO Box 7050  Troy MI 48007-7050

January 9, 2024

JOHN HAYNE
8651 CRANE RD
OAKDALE, CA 95361

RECEIVED
15 2024

Subject:     **Regarding hazard insurance information for:**
             **Property Address**: 8651 CRANE RD
                           OAKDALE, CA 95361 0000
             Loan Number:     0579602652

Dear JOHN HAYNE :

Because we did not have evidence that you had hazard insurance on the property listed above, we bought insurance on your property and added the cost to your mortgage loan account.

The policy that we bought is scheduled to expire. **Because hazard insurance is required on your property, we intend to maintain insurance on your property by renewing or replacing the insurance we bought.**

The insurance we buy:

> **Will cost an estimated $9,725.40 annually, which may be significantly more expensive than insurance you can buy yourself.**
> **May not provide as much coverage as an insurance policy you buy yourself.**

If you buy hazard insurance, you should immediately provide us with your insurance information.

We urge you to contact your insurance agent or company and have them provide us with current evidence of hazard insurance for your property referenced above in the form of your current insurance policy declarations page. This information must be provided in writing and can be faxed to our Insurance Department at (248) 878-2370. You may also submit your insurance policy online at https://www.ExpressInsuranceInfo.com/2919836, or mail it to the following address:

Shellpoint Mortgage Servicing
ISAOA / ATIMA
PO Box 7050
Troy, MI 48007-7050

**shellpoint**
A DIVISION OF newrez
PO Box 7050  Troy MI 48007-7050

If you have any questions, please contact us at (877) 491-7277.

Please review additional information provided in the same transmittal.

Sincerely,

Shellpoint Mortgage Servicing
Insurance Department

Phone:        (877) 491-7277 Monday - Friday, 8 am to 6 pm ET
Fax:          (248) 878-2370

A DIVISION OF newrez

PO Box 7050  Troy MI 48007-7050

Loan Number: 0579602652

## SUPPLEMENTAL INFORMATION

Shellpoint Mortgage Servicing is a debt collector. This letter is an attempt to collect a debt and any information obtained will be used for that purpose. To the extent that your obligation has been discharged or is subject to an automatic stay of bankruptcy this notice is for compliance and informational purposes only and does not constitute a demand for payment or any attempt to collect such obligation.

Please be aware of your obligation to maintain hazard insurance on the property referenced on the first page of this letter that secures your federally related mortgage. We may obtain insurance coverage at your expense if you do not provide documentation of your existing coverage in a timely manner. The insurance cost may be significantly higher than the cost of insurance you can buy yourself. The insurance we purchase may only protect Shellpoint's interest and not your interest.

If you desire to maintain your voluntary insurance policy, we can advance the premium due from your escrow account if you: (a) accept the offer of the escrow account; (b) provide a copy of the invoice from your insurance company (c) agree in writing to reimburse the escrow advances through regular escrow payments (d) agree to escrow for the repayment of the advanced premium and to pay for future premiums necessary to maintain the required policy; and (e) agree that we will manage the escrow account in accordance with the loan documents and with state and federal law.



David Giddings <dgiddings@giddingsins.com>                                      10/12/2023 10:55 AM

## Fw: Insurance Evidence - Loan #0579602652

To Mr. David Avila <davidavila@dairydesigners.com>   Copy
ccdocs@insurancemortgagehome.com <ccdocs@insurancemortgagehome.com>

---

Evidently, we had the mailing address wrong.

I was advised today with calling the insurance office of Shellpoint that I had both the mailing address and the email address incorrect.

I am making the change and provide current evidence of the new policy written back in January this year. Since we understand the named insured has Power of Attorney for the address and as named insured, his name and Celeste's name was added. If there should be changes, please advise and provide the documents to support it.

Travelers has provided coverage since February 2022 and Safeco before that for several years. I have evidence of each term and will be happy to provide additional data if requested.

Regards.

David W. Giddings
Agent, Broker
CA License #0F43503
National Producer #8966239
Giddings Specialty Insurance Services
901 McHenry Ave., Suite B, Modesto, CA 95350
Office Phone: 209-284-0246
Cell Phone: 209-484-9084
Email: dgiddings@giddingsins.com

Please remember insurance coverage cannot be bound, or assumed bound, amended or cancelled via any voice mail or email system, without speaking to an authorized representative of Giddings Specialty Insurance Services (GSIS) for confirmation.
Notice:
This communication, including attachments, is for the exclusive use of addressee and may contain proprietary, confidential and/or privileged information. If you are not the intended recipient, any use other than destruction, is strictly prohibited. Please notify the sender immediately by return e-mail, to avoid further mistakes. Please delete this and destroy all copies.

- ENTESERVPolicyDocsPDFLoad - 2023-07-31T113232.788.pdf (177 KB)
- StrategicPolicySummary (47).pdf (32 KB)



David Giddings <dgiddings@giddingsins.com>                                    10/12/2023 11:07 AM

# Fw: Insurance Evidence - Loan #0579602652

To servicing@changemtg.com <servicing@changemtg.com>   Copy
Mr. David Avila <davidavila@dairydesigners.com>

CURRENT AND UPDATED EOI FOR CLIENT.
THE EMAIL I WAS JUST GIVEN BY THE INSURANCE OFFICE WAS KICKED BACK. SO, WE ARE TRYING THIS ONE TO
SHOW COVERAGE OVER THE PAST 2 TERMS.
THANK YOU

David W. Giddings
Agent, Broker
CA License #0F43503
National Producer #8966239
Giddings Specialty Insurance Services
901 McHenry Ave., Suite B, Modesto, CA 95350
Office Phone: 209-284-0246
Cell Phone: 209-484-9084
Email: dgiddings@giddingsins.com

Please remember insurance coverage cannot be bound, or assumed bound, amended or cancelled via any voice mail or email system, without speaking
to an authorized representative of Giddings Specialty Insurance Services (GSIS) for confirmation.
Notice:
This communication, including attachments, is for the exclusive use of addressee and may contain proprietary, confidential and/or privileged
information. If you are not the intended recipient, any use other than destruction, is strictly prohibited. Please notify the sender immediately by
return e-mail, to avoid further mistakes. Please delete this and destroy all copies.

From: David Giddings <dgiddings@giddingsins.com>
Sent: Thursday, October 12, 2023 11:54 AM
To: Mr. David Avila <davidavila@dairydesigners.com>
Cc: ccdocs@insurancemortgagehome.com <ccdocs@insurancemortgagehome.com>
Subject: Fw: Insurance Evidence - Loan #0579602652

Evidently, we had the mailing address wrong.

I was advised today with calling the insurance office of Shellpoint that I had both the mailing address and the
email address incorrect.

I am making the change and provide current evidence of the new policy written back in January this year. Since
we understand the named insured has Power of Attorney for the address and as named insured, his name and
Celeste's name was added. If there should be changes, please advise and provide the documents to support it.

Travelers has provided coverage since February 2022 and Safeco before that for several years. I have evidence of
each term and will be happy to provide additional data if requested.

Regards.

2

David W. Giddings
Agent, Broker
CA License #0F43503
National Producer #8966239
Giddings Specialty Insurance Services
901 McHenry Ave., Suite B, Modesto, CA 95350
Office Phone: 209-284-0246
Cell Phone: 209-484-9084
Email: dgiddings@giddingsins.com

Please remember insurance coverage cannot be bound, or assumed bound, amended or cancelled via any voice mail or email system, without speaking to an authorized representative of Giddings Specialty Insurance Services (GSIS) for confirmation.

Notice:

This communication, including attachments, is for the exclusive use of addressee and may contain proprietary, confidential and/or privileged information. If you are not the intended recipient, any use other than destruction, is strictly prohibited. Please notify the sender immediately by return e-mail, to avoid further mistakes. Please delete this and destroy all copies.

- ENTESERVPolicyDocsPDFLoad - 2023-07-31T113232.788.pdf (177 KB)
- StrategicPolicySummary (47).pdf (32 KB)
- GeneratePdf (42).pdf (33 KB)

3

*TRAVELERS* | MyTravelers®

HOME   PAYMENTS   POLICIES   CLAIMS   PROFILE   HELP CENTER   MESSAGES   LOG OUT

**Welcome to a better digital experience!** As we continue to improve the *MyTravelers* experience,

← <u>View all policies</u>

# 🏠 8651 CRANE RD

## Home policy 613376760-633-1

**Effective Jan 26, 2024 to Jan 26, 2025**

Included on <u>Billing Account 611130093</u>



<u>File a claim</u>



<u>Policy details</u>



<u>Update mortgagee</u>



<u>Cancel policy</u>

DOCUMENTS    HISTORY

# Summary

✉ MAILING & RESIDENCE ADDRESS

8651 CRANE RD
OAKDALE, CA 95361-8109

ⓐ YOUR AGENCY

GIDDINGS SPECIALTY INS
901 MCHENRY AVE STE B
MODESTO, CA 95350



1 property covered by this policy



**8651 CRANE RD**

OAKDALE, CA 95361-8109

Get Evidence of Insurance

Coverage and deductibles  >

Update mortgagee

*TRAVELERS*

© 2024 The Travelers Indemnity Company. All rights reserved.



Help Center

Terms of Service

Privacy and Security

Accessibility

5

*TRAVELERS* | MyTravelers®

HOME   PAYMENTS   POLICIES   CLAIMS   PROFILE   HELP CENTER   MESSAGES   LOG OUT

**Welcome to a better digital experience!** As we continue to improve the *MyTravelers* experience,

← View all billing accounts

# Billing Account 611130093

## No payment due ⊘

A balance of $3,406.34 remains on this account

### MAKE A PAYMENT

### ENROLL IN AUTOPAY

($) **$3,406.34** remaining balance

🗓 Payments due **monthly by the 26th.** Each monthly payment typically includes a $6.00 service charge

💳 Last paid $315.66 on **Jan 16** with a Credit Card

## 1 policy on this billing account

🏠 HOME POLICY
**8651 CRANE RD**

 >

613376760-633-1
Jan 26, 2024 to Jan 26, 2025

## Documents & Activity

From past 36 months

JAN 16, 2024   Paid $315.66                                         Online

JAN 08, 2024   Billed $315.66                              📄 Invoice PDF

## 2023

DEC 11, 2023   Paid $501.30                                         Online

DEC 06, 2023   Billed $501.30                              📄 Invoice PDF

DEC 05, 2023   Renewal                              📄 Document unavailable
               Effective Jan 26, 2024

**SHOW OLDER ACTIVITY**

*TRAVELERS*

© 2024 The Travelers Indemnity Company. All rights reserved.

   

 **TRAVELERS**

GIDDINGS SPECIALTY INS
901 MCHENRY AVE STE B
MODESTO, CA 95350

January 29, 2023

 **Your Policy**

 613376760-633-1
8651 CRANE RD
01/26/2023 to 01/26/2024

Log in to MyTravelers.com to manage
your policy and billing details.

DAVID AVILA
CELESTE MICHAEL
8651 CRANE RD
OAKDALE, CA 95361-8109

## Your insurance policy has changed

As a Travelers insurance customer, you have more than 150 years of experience, financial stability and superior claim service behind you, so you can feel protected – especially when you need us most.

### Review your updated policy documents

No one understands your needs better than you. So please take a moment to review and confirm your insurance policy details, including your Declarations page, which lists the coverage you purchased, your coverage limits and deductibles.

If you decide to rent, sell, vacate or remodel this property, please notify your agent or Travelers representative immediately to maintain the coverage you need.

### Superior Service

At Travelers, we provide fast, efficient claim service and 24/7 claim reporting. We're proud to put our talent, expertise and resolution excellence to work for you.

On behalf of GIDDINGS SPECIALTY INS, thank you for choosing Travelers to help you protect what matters. It's Better Under the Umbrella®.

**A faster, easier way to manage your account**

Visit MyTravelers.com or open the camera on your smartphone and scan the QR code below to download our mobile app, where you can:
- Manage your policy and bills
- Submit and monitor a claim



**Contact Information**
Policy questions or changes: 1.209.284.0246
24-hour claim service: 1.800.252.4633

Sincerely,

*Michael Klein*

Michael Klein
President
Travelers Personal Insurance

---

| Take advantage of our other coverage options and multi-policy discount |  AUTO |  BOAT & YACHT |  UMBRELLA |  VALUABLES | Call your agent or Travelers representative at 1.209.284.0246 to find out more! |

PL-50373 (08-21)

8

YOUR AGENCY
**GIDDINGS SPECIALTY INS**
901 MCHENRY AVE STE B
MODESTO, CA 95350
PHONE: 1.209.284.0246 | FAX: (866) 321-9553

**TRAVELERS** 

**YOUR POLICY**

613376760-633-1
8651 CRANE RD
Jan 26, 2023 to Jan 26, 2024

(i) Log in to MyTravelers.com to manage your policy and billing details.

# You're insured!

This document is intended to help you better understand your homeowners insurance. Your policy is effective from **January 26, 2023 to January 26, 2024**. For a complete description of your coverage, please refer to your policy.



**COVERAGE A**
Dwelling and attached structures such as garages and decks
YOUR LIMIT
**$1,944,335**

**COVERAGE B**
Other structures such as detached garages and sheds
YOUR LIMIT *
**$194,433**

**COVERAGE C**
Personal property such as furniture and clothing
YOUR LIMIT *
**$972,167**

**COVERAGE E**
Personal liability for property damage and bodily injury to others
YOUR LIMIT
**$500,000**

**COVERAGE F**
Medical payments to others
YOUR LIMIT
**$5,000**

**COVERAGE D**
Loss of use or access to your dwelling
YOUR LIMIT *
**$388,867**

**Deductibles**
Amount of a covered claim that is your responsibility

| | |
|---|---|
| Windstorm or Hail | $1,500 |
| All Other Perils | $1,000 |

## You're receiving four discounts for a total savings of $1,108.00

- ☑ Multi-Policy
- ☑ Theft Protective Device
- ○ Green Home
- ☑ Loss Free
- ○ Water Protective Device
- ○ Home Buyer
- ☑ Fire Protective Device
- ○ Affinity

12-month total premium

# $2,635.00

Go to MyTravelers.com/discounts and use product code QH2 to learn about all the discounts available to you.

* Your Coverage B, C, and D limits are maintained as a percentage of your Coverage A limit. If your Coverage A limit changes, your Coverage B, C, and D limits will be adjusted accordingly.

This is not a policy document and does not change any provisions of your policy. There are exclusions, limitations, and conditions that apply to each coverage. If there is any conflict between your policy and this information, the provisions of your policy will apply.

**TRAVELERS**

As of January 29, 2023

## What does your policy typically cover?

Your policy helps protect you from a number of things that can go wrong. Here are some of the most common:



### Weather
Hail, lightning, and other weather events can damage your roof, windows, siding, and more -- so can falling branches and other debris.



### Fire
Whether it's smoke damage from a small kitchen fire or extensive damage from a large, accidental fire, your policy can help you repair or rebuild your property.



### Theft or vandalism
Your policy typically covers theft or vandalism of your property. See your policy for special limits on things such as collectibles, jewelry, and money.

**Take steps to protect your property and call us as soon as damage occurs.**
**For more tips, go to MyTravelers.com/prepare-prevent.**

## What isn't covered?

Your policy covers you for many types of loss or damage, but it can't protect you from everything. Some examples:



### Floods are not covered
Your policy does not cover flood damage. Please review the Important Information About Flood Damage page for more details and resources.



### Earthquake coverage is optional
Damage from earthquakes is not covered, unless you specifically purchase coverage for it. Check under the Optional Coverages and Packages section of your Policy Declarations. If you do not see this coverage listed and think you need it, please contact your agent or Travelers representative.



### It's not for home maintenance
Repairs due to wear and tear or lack of upkeep are not typically covered under your policy.

## When circumstances change, we need to know

Review your Policy Declarations to be sure the information we have is accurate. If your property, circumstances, or needs change, let us know immediately to maintain the coverage you need. Not informing us may result in a denied claim.

Contact your agent or Travelers representative if:

- Your mailing address changes
- Someone named on the policy moves out
- Someone named on the policy passes away
- Someone moved onto your property

- You rent, sell, temporarily relocate, vacate or buy a new home
- Business is conducted on your property
- You renovate or build an addition
- You replace your roof

---

This is not a policy document and does not change any provisions of your policy. There are exclusions, limitations, and conditions that apply to each coverage. If there is any conflict between your policy and this information, the provisions of your policy will apply.

//

# TRAVELERS

## Homeowners Policy Change Declarations

**Named Insured and Mailing Address**
DAVID AVILA
CELESTE MICHAEL
8651 CRANE RD
OAKDALE, CA 95361-8109

**Your Agency's Name and Address**
GIDDINGS SPECIALTY INS
901 MCHENRY AVE STE B
MODESTO, CA 95350

**Residence Premises**
8651 CRANE RD
OAKDALE, CA 95361-8109

**Mortgagee Name and Address**
1.   SHELLPOINT MORTGAGE SERVICING
     PO BOX 51850
     LIVONIA, MI 48151-5850
     LOAN NUMBER: 0579602652

**Policy Information**

| | | | |
|---|---|---|---|
| Your Policy Number | 613376760 633 1 | For Policy Service | 1.209.284.0246 |
| Your Account Number | 611130093 | For Claim Service | 1.800.252.4633 |

Your Insurer:        THE STANDARD FIRE INSURANCE COMPANY
                     a subsidiary or affiliate of The Travelers Indemnity Company
                     One Tower Square, Hartford, CT 06183

Premium Change: This change causes no additional or return premium for the policy period.
Change Effective:  January 27, 2023
Reason For Change:
Added Mortgagee 1

    *These Declarations replace all prior declarations on the date on which this change is effective.*

The policy period is from January 26, 2023 at 12:01 A.M. STANDARD TIME to January 26, 2024 at 12:01
A.M. STANDARD TIME at the residence premises.

**Total Premium for this Policy**                                    **$2,635.00**
**This is not a bill. You will be billed separately for this transaction.**

**Discounts**

The following discounts reduced your premium:
    Multi-Policy                    Loss Free                 Fire Protective Device
    Theft Protective Device

Savings Reflected in Your Total Premium                              $1,108.00





## Coverages and Limits of Liability

### Property Coverage Section

| | Limit |
|---|---|
| Coverage A – Dwelling | $1,944,335 |
| Coverage B – Other Structures | $194,433 |
| Coverage C – Personal Property | $972,167 |
| Coverage D – Loss of Use | $388,867 |

### Liability Coverage Section

| | Limit |
|---|---|
| Coverage E – Personal Liability - Bodily Injury and Property Damage (each occurrence) | $500,000 |
| Coverage F – Medical Payments to Others (each person) | $5,000 |

### Deductibles

| Deductible | Deductible |
|---|---|
| Property Coverage Deductible (All Other Perils) | $1,000 |
| Windstorm or Hail Deductible | $1,500 |

*In case of loss under the Property Coverage Section, only that part of the loss over the applicable deductible will be paid (up to the coverage limit that applies).*

### Special Limits and Additional Coverages — Travelers Protect Premier®

*The limit shown for each of the Special Limits of Liability and Additional Coverages is the total limit for each loss in that category.*

| Personal Property – Special Limits of Liability | Limit |
|---|---|
| a. Money, bank notes, coins, stored value cards | $2,000 |
| b. Securities, accounts, passports, tickets, stamps | $5,000 |
| c. Comic books and trading cards | $5,000 |
| d. Collectibles, figurines, glassware, marble, porcelains, statuary | $5,000 |
| e. Theft of jewelry, watches, precious stones | $5,000 |
| f. Theft of furs | $5,000 |
| g. Theft of silverware, goldware, pewterware | $10,000 |
| h. Theft of firearms and related equipment | $10,000 |
| i. Theft of tools and their accessories | $5,000 |
| j. Theft of rugs, tapestries and wall hangings | $5,000 |
| k. Business property on the residence premises | $15,000 |
| l. Business property away from the residence premises | $5,000 |
| m. Trailers or semitrailers not used with watercraft | $5,000 |
| n. Motor vehicle parts or equipment not attached to motor vehicle | $2,500 |
| o. Electronic apparatus while in or upon a motor vehicle or watercraft | $5,000 |

*The Special Limits of Liability do not increase your Coverage C – Personal Property Limit.*

| Property – Additional Coverages | Limit |
|---|---|
| Debris Removal (Additional % of damaged covered property limit) | 5% |
| Tree Removal | Per Tree $500 Per Loss $1,000 |

 **TRAVELERS**

| Named Insured | DAVID AVILA | Policy Number | 613376760 633 1 |
| | CELESTE MICHAEL | | |
| Policy Period | January 26, 2023 to January 26, 2024 | Issued On Date | January 29, 2023 |

## Property – Additional Coverages (continued)

| | Limit |
|---|---|
| Tree, Shrubs and Other Plants (5% of Coverage A - Dwelling Limit) | Per Tree $500 Per Loss $97,217 |
| Fire Department Service Charge | $2,500 |
| Credit Card, Fund Transfer, Forgery and Counterfeit Money | $10,000 |
| Loss Assessment | $1,000 |
| Landlord Furnishings | $2,500 |
| Ordinance or Law (10% of Coverage A - Dwelling Limit) | $194,434 |
| Personal Records and Data Replacement | $5,000 |
| Limited Fungi or Other Microbes Remediation | $5,000 |

*The applicable policy deductible applies unless otherwise noted.*

## Liability – Additional Coverages

| | Limit |
|---|---|
| Damage to Property of Others | $10,000 |
| Loss Assessment | $1,000 |

*Please review your policy for other Personal Property Special Limits of Liability and Additional Coverages that may apply.*

Optional Coverages and Packages

| Optional Coverages | Endorsement | Limit | Premium |
|---|---|---|---|
| Personal Property Replacement Cost Loss Settlement | HQ-290 CA (04-20) | | Included* |
| Windstorm or Hail Deductible | HQ-313 CW (05-17) | | Included* |
| Additional Replacement Cost Protection Coverage 25% of Coverage A - Dwelling Limit | HQ-420 CA (11-18) | $486,083 | Included* |
| Wildfire Defense Services | HQ-710 CA (05-17) | | Included* |

| Optional Packages | Endorsement | Limit | Premium |
|---|---|---|---|
| Roof and Siding Matching Package | | | Included* |
| Matching of Undamaged Roof Surfacing Additional Coverage | HQ-700 CW (05-18) | $10,000 | |
| Matching of Undamaged Siding Additional Coverage | HQ-701 CW (05-18) | $10,000 | |
| Buried Utility Lines and Equipment Breakdown Package | | | $45.00 |
| Equipment Breakdown Coverage | HQ-855 CW (05-17) | $50,000 | |
| Buried Utility Lines Coverage | HQ-856 CW (08-20) | $10,000 | |

*\*Note: The additional cost or premium reduction for any optional coverage or package shown as "Included" is contained in the Total Policy Premium Amount.*

Required Forms and Endorsements Included in Your Policy                    Form – 632

| Policy Quick Reference | HQ-T77 CW (05-17) |
|---|---|
| Agreement, Definitions & Policy Conditions | HQ-D77 CW (05-17) |
| Property Coverage Section | HQ-P03 CW (05-17) |
| Liability Coverage Section | HQ-L77 CW (05-17) |
| Signature Page | HQ-S99 CW (05-17) |



Required Forms and Endorsements Included In Your Policy (Continued)                Form: 633

Special Provisions - California                    HQ-300 CA (07-21)
Workers' Compensation Residence Employees          HQ-090 CA (05-17)

**The Declarations along with the Optional Coverages, Optional Packages and Required Forms and
Endorsements listed above form your Homeowners Insurance Policy.
Please keep these documents for reference.**

Information About Your Property

There are many factors that determine the premium on your policy, some of which are displayed below. If you
would like a policy review, please contact your agent or Travelers Representative.

Year Built: 2009                   Garage Type: Detached              Pool: No
# of Families: 1 Family            Square Footage: 4514               Age of Roof: 9
# of Stories: 1                    Construction Type: Frame           Roof Material Type: Architectural Shingle
# of Bathrooms: 4                  Siding Type: Stucco                Age of Plumbing: 14
# of Employees: 00                 Foundation Type: Basement
Garage - Number of Cars: 5PLUS     Finished Basement: 00

Issued on 01-29-2023

Information About Your Agent

For information about how Travelers compensates independent agents and brokers, please visit
www.Travelers.com or call our toll free telephone number 1-866-904-8348. You may also request a written copy
from Marketing at One Tower Square, 2GSA, Hartford, Connecticut 06183.

We want to make sure we are using accurate information to rate your policy. Because you are the most familiar
with your home we need your help to make sure that the information on your Declarations is accurate and
complete. If any of the information on your Declarations has changed, appears incorrect or is missing, please
advise your agent or Travelers representative.    We also need you to check our website at
www.mytravelers.com/discounts to ensure that you are receiving all of the discounts for which you are eligible.
Once at the website, type in your policy number 6133767606331 and product code QH2 to view all available
discounts. Should you have any questions about the information on your Declarations or your discounts, please
call your agent or Travelers representative.

Each home is unique and you know your home best. Your coverage amount may need to be adjusted, higher or
lower, based on your home's specific construction details, updates or upgrades. Have you recently made any
home improvements, such as upgraded your kitchen or bath, or completed a finished living area in your
basement? Have you added an extra room or built a deck? These changes can significantly increase the
replacement cost value of your home. It is important to make sure your policy affords appropriate coverage and
limits to reflect your home's replacement cost value in the event of a total loss. If you disagree with your coverage
limit, please contact your agent or Travelers representative who can work with you to help you decide the
appropriate amount of insurance for your home and process any necessary adjustments.

**Earthquake coverage is not included in this policy.**

THIS POLICY INCLUDES LIMITED ORDINANCE OR LAW COVERAGE.

PL-50355 CA (05-17)                        Insured Copy                        Page D-4
476/0DJW93

*TRAVELERS*

| Named Insured | DAVID AVILA | Policy Number | 613376760 633 1 |
| | CELESTE MICHAEL | | |
| Policy Period | January 26, 2023 to January 26, 2024 | Issued On Date | January 29, 2023 |

BUILDING CODE UPGRADE COVERAGE, also called Ordinance and Law coverage, covers additional costs to repair or replace a dwelling to comply with the building codes and zoning laws in effect at the time of loss or rebuilding. These costs may otherwise be excluded by your policy. Meeting current building code requirements can add significant costs to rebuilding your home. Building Code Upgrade Coverage does not apply to Additional Replacement Cost Protection Coverage. Refer to your policy or endorsement for the specific coverage provided and coverage limits, conditions, or restrictions that apply.

16

## Deductibles: Things You Should Know

### What is a deductible?
The amount of a covered claim that is your responsibility.

### How is a deductible applied to a covered claim?
If you have a loss or damage, the amount that exceeds the applicable deductible will be paid, up to the coverage limit that applies. If the amount of your loss or damage is less than any applicable deductible no payment will be made.

### Can my policy have more than one deductible that applies to a covered claim?
Yes, your policy may have different deductibles that apply to different kinds of losses. For most types of losses the Property Coverage Deductible, also called the All Other Perils Deductible, will apply when you have a loss or damage. Your policy may also include other deductibles that will apply if you have a loss or damage from certain types of loss or from specific perils such as earthquakes, hurricanes, windstorm or hail.

### Your policy deductibles are:

| | |
|---|---|
| Property Coverage Deductible (All Other Perils) | $1,000 |
| Windstorm or Hail Deductible | $1,500 |

If more than one deductible applies, you will only be responsible for the largest deductible amount.

---

### Examples of how deductibles work
*(for illustrative purposes only)*

### Example*
- Your Coverage A - Dwelling limit is $100,000
- Your All Other Peril Deductible is $1,000
- Your specific peril deductible (i.e. Hurricane Deductible) is 2% of your Coverage A - Dwelling limit (.02 x $100,000 = $2,000)

| Scenario 1<br>*fire loss* | | Scenario 2<br>*hurricane loss*<br>*(percentage deductible)* | | Scenario 3<br>*loss below your deductible* | |
|---|---|---|---|---|---|
| Covered damage to your dwelling | $2,500 | Covered damage to your dwelling | $2,500 | Covered damage to dwelling | $500 |
| Covered damage to personal property | $500 | Covered damage to personal property | $500 | Covered damage to personal property | $250 |
| Total covered damage | $3,000 | Total covered damage | $3,000 | Total covered damage | $750 |
| Deductible amount | $1,000 | Hurricane Deductible (2% of Coverage A) | $2,000 | Deductible amount | $1,000 |
| Amount insurance would pay | $2,000 | Amount insurance would pay | $1,000 | Amount insurance would pay | $0 |

*\* Your policy's coverage limits and the dollar amount of your deductible(s) may be higher or lower than the amounts shown in these examples. Please refer to your Policy Declarations for your policy's actual deductible(s) amounts.*

This is not a policy document and does not change any provisions of your policy. There are exclusions, limitations and conditions that apply to each coverage. If there is any conflict between your policy and this information, the provisions of your policy will apply.

## Specific Peril Deductibles: Additional Important Information

Specific peril deductibles may be a set dollar amount or may be a percentage of a policy coverage limit. A percentage deductible is determined by multiplying a policy coverage limit such as Coverage A - Dwelling by the percentage amount shown in your Policy Declarations.

| Windstorm or Hail Deductible |
|---|

Your policy insures against the peril of windstorm or hail. Your Windstorm or Hail Deductible will apply to the total of the loss payable under the Property Coverage Section of your policy. This deductible will replace any other deductible when covered loss or damage is caused directly or indirectly by windstorm or hail.

**What is my Windstorm or Hail Deductible?**
Your Windstorm or Hail Deductible is $1,500.

See your Policy Declarations and Windstorm or Hail Deductible endorsement for further details. If your coverage limit(s) changes, your Windstorm or Hail Deductible may also change.

**Please read your Policy carefully. If you have any questions, please contact your agent or a Travelers insurance representative.**

This is not a policy document and does not change any provisions of your policy. There are exclusions, limitations and conditions that apply to each coverage. If there is any conflict between your policy and this information, the provisions of your policy will apply.



Policy Summary

Homeowners Policy

**Named Insured and Mailing Address**

DAVID AVILA
CELESTE MICHAEL
8651 CRANE RD
OAKDALE, CA 95361-8109

**Your Agency's Name and Address**

GIDDINGS SPECIALTY INS
901 MCHENRY AVE STE B
MODESTO, CA 95350

**Residence Premises**

8651 CRANE RD
OAKDALE, CA 95361-8109

**Policy Information**

| | | | |
|---|---|---|---|
| Your Policy Number | 611130093 633 1 | For Policy Service | 1.209.284.0246 |
| Your Account Number | 611130093 | For Claim Service | 1.800.252.4633 |
| Your Insurer: | THE STANDARD FIRE INSURANCE COMPANY a subsidiary or affiliate of The Travelers Indemnity Company One Tower Square, Hartford, CT 06183 | | |

The policy period is from January 26, 2022 at 12:01 A.M. STANDARD TIME to January 26, 2023 at 12:01 A.M. STANDARD TIME at the residence premises.

| Total Premium for this Policy | **$2,009.00** |
|---|---|

This is not a bill. You will be billed separately for this transaction.

**Discounts**

The following discounts reduced your premium:

Multi-Policy          Loss Free          Fire Protective Device

Coverage Reduction to Match Total Premium          $ 751.00

**Coverages and Limits of Liability**

| Property Coverage Section | Limit |
|---|---|
| Coverage A -- Dwelling | $1,381,000 |
| Coverage B -- Other Structures | $138,100 |
| Coverage C -- Personal Property | $690,500 |
| Coverage D -- Loss of Use | $276,200 |
| Liability Coverage Section | Limit |
| Coverage E -- Personal Liability - Bodily Injury and Property Damage (each occurrence) | $500,000 |
| Coverage F -- Medical Payments to Others (each person) | $5,000 |

**TRAVELERS**

## Deductibles

| Each Deductible | Deductible |
|---|---|
| Property Coverage Deductible (All Other Perils) | $1,000 |
| Windstorm or Hail Deductible | $1,500 |

*In case of loss under the Property Coverage Section, only that part of the loss over the applicable deductible will be paid (up to the coverage limit that applies).*

## Special Limits and Additional Coverages applicable to the **Travelers Protect Premier®**

*The limit shown for each of the Special Limits of Liability and Additional Coverages is the total limit for each loss in that category.*

### Personal Property – Special Limits of Liability

| | | Limit |
|---|---|---|
| a. | Money, bank notes, coins, stored value cards | $2,000 |
| b. | Securities, accounts, passports, tickets, stamps | $5,000 |
| c. | Comic books and trading cards | $5,000 |
| d. | Collectibles, figurines, glassware, marble, porcelains, statuary | $5,000 |
| e. | Theft of jewelry, watches, precious stone | $5,000 |
| f. | Theft of furs | $5,000 |
| g. | Theft of silverware, goldware, pewterware | $10,000 |
| h. | Theft of firearms and related equipment | $10,000 |
| i. | Theft of tools and their accessories | $5,000 |
| j. | Theft of rugs, tapestries and wall hangings | $5,000 |
| k. | Business property on the residence premises | $15,000 |
| l. | Business property away from the residence premises | $5,000 |
| m. | Trailers or semitrailers not used with watercraft | $5,000 |
| n. | Motor vehicle parts or equipment not attached to motor vehicle | $2,500 |
| o. | Electronic apparatus while in or upon a motor vehicle or watercraft | $5,000 |

*The Special Limits of Liability do not increase your Coverage C – Personal Property Limit.*

### Property – Additional Coverages

| | Limit |
|---|---|
| Debris Removal (Additional % of damaged covered property limit) | 5% |
| Tree Removal | Per Tree $500 Per Loss $1,000 |
| Trees, Shrubs and Other Plants (5% of Coverage A - Dwelling Limit) | Per Tree $500 Per Loss $69,050 |
| Fire Department Service Charge | $2,500 |
| Credit Card, Fund Transfer, Forgery and Counterfeit Money | $10,000 |
| Loss Assessment | $1,000 |
| Landlord Furnishings | $2,500 |
| Ordinance or Law (10% of Coverage A – Dwelling Limit) | $138,100 |
| Personal Records and Data Replacement | $5,000 |
| Limited Fungi or Other Microbes Remediation | $5,000 |

*The applicable policy deductible applies unless otherwise noted.*

E1



**TRAVELERS**

| Named Insured | DAVID AVILA CELESTE MICHAEL | Policy Number | 611130093 633 1 |
|---|---|---|---|
| Policy Period | January 26, 2022 to January 26, 2023 | Issued On Date | July 7, 2022 |

## Liability — Additional Coverages

| | Limit |
|---|---|
| Damage to Property of Others | $10,000 |
| Loss Assessment | $1,000 |

*Please review your policy for other Personal Property Special Limits of Liability and Additional Coverages that may apply.*

### Optional Coverages and Packages

| Optional Coverages | Endorsement | Limit | Premium |
|---|---|---|---|
| Workers' Compensation Residence Employees | HQ-090 CA (05-17) | | $10.00 |
| Personal Property Replacement Cost Loss Settlement | HQ-290 CA (04-20) | | Included* |
| Windstorm or Hail Deductible | HQ-313 CW (05-17) | | Included* |
| Additional Replacement Cost Protection Coverage | HQ-420 CA (11-18) | $345,250 | Included* |
| 25% of Coverage A - Dwelling Limit | | | |
| Wildfire Defense Services | HQ-710 CA (05-17) | | Included* |

| Optional Packages | Endorsement | Limit | Premium |
|---|---|---|---|
| Roof and Siding Matching Package | | | Included* |
| Matching of Undamaged Roof Surfacing Additional Coverage | HQ-700 CW (05-18) | $10,000 | |
| Matching of Undamaged Siding Coverage | HQ-701 CW (05-18) | $10,000 | |
| Buried Utility Lines and Equipment Breakdown Package | | | |
| Equipment Breakdown Coverage | HQ-855 CW (05-17) | $50,000 | |
| Buried Utility Lines Coverage | HQ-856 CW (08-20) | $10,000 | |

*\*Note: The additional cost or premium reduction for any optional coverage or package shown as "Included" is contained in the Total Policy Premium Amount.*

### Required Forms and Endorsements for Index to Your Policy

| | |
|---|---|
| Policy Quick Reference | HQ-T77 CW (05-17) |
| Agreement, Definitions & Policy Conditions | HQ-D77 CW (05-17) |
| Property Coverage Section | HQ-P03 CW (05-17) |
| Liability Coverage Section | HQ-L77 CW (05-17) |
| Signature Page | HQ-S99 CW (05-17) |
| Special Provisions - California | HQ-300 CA (07-21) |
| Workers' Compensation Residence Employees | HQ-090 CA (05-17) |

> **The Declarations along with the Optional Coverages, Optional Packages and Required Forms and Endorsements listed above form your Homeowners Insurance Policy. Please keep these documents for reference.**



---

Information about Your Property

There are many factors that determine the premium on your policy, some of which are displayed below. If you would like a policy review, please contact your agent or Travelers Representative.

| | | |
|---|---|---|
| Year Built: 2009 | Garage Type: Detached | Pool: No |
| # of Families: 1 Family | Square Footage: 4514 | Age of Roof: 8 |
| # of Stories: 1 | Construction Type: Frame | Roof Material Type: Architectural Shingle |
| # of Bathrooms: 4 | Siding Type: Stucco | Age of Plumbing: 13 |
| # of Employees: 00 | Foundation Type: Basement | |
| Garage - Number of Cars: 5PLUS | Finished Basement: 00 | |

---

Online Policy Summary as of July 7, 2022

23

# ACORD® EVIDENCE OF PROPERTY INSURANCE

| | DATE (MM/DD/YYYY) |
|---|---|
| | 10/12/2023 |

THIS EVIDENCE OF PROPERTY INSURANCE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE ADDITIONAL INTEREST NAMED BELOW. THIS EVIDENCE DOES NOT AFFIRMATIVELY OR NEGATIVELY AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW. THIS EVIDENCE OF INSURANCE DOES NOT CONSTITUTE A CONTRACT BETWEEN THE ISSUING INSURER(S), AUTHORIZED REPRESENTATIVE OR PRODUCER, AND THE ADDITIONAL INTEREST.

| AGENCY | PHONE (A/C, No, Ext): (209) 284-0246 | COMPANY |
|---|---|---|
| GIDDINGS SPECIALTY INS | | THE STANDARD FIRE INSURANCE COMPANY |
| 901 MCHENRY AVE STE B | | ONE OF THE TRAVELERS PROPERTY CASUALTY COMPANIES |
| MODESTO, CA 95350 | | ONE TOWER SQUARE, HARTFORD, CT 06183 |

| FAX (A/C, No): (866) 321-9553 | E-MAIL ADDRESS: | |
|---|---|---|
| CODE: ODJW93 | SUB CODE: | |
| AGENCY CUSTOMER ID #: | | |

| INSURED | LOAN NUMBER | | POLICY NUMBER |
|---|---|---|---|
| DAVID AVILA | 0579602652 | | 613376760 633 1 |
| CELESTE MICHAEL | EFFECTIVE DATE | EXPIRATION DATE | CONTINUED UNTIL TERMINATED IF CHECKED |
| 8651 CRANE RD | 01/26/2023 | 01/26/2024 | |
| OAKDALE, CA 95361-8109 | THIS REPLACES PRIOR EVIDENCE DATED: | | |

## PROPERTY INFORMATION

LOCATION/DESCRIPTION

8651 CRANE RD

OAKDALE, CA 95361-8109

THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS EVIDENCE OF PROPERTY INSURANCE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| COVERAGE INFORMATION | PERILS INSURED | BASIC | BROAD | SPECIAL | | |
|---|---|---|---|---|---|---|
| COVERAGE / PERILS / FORMS | | | | AMOUNT OF INSURANCE | DEDUCTIBLE |
| Coverage A - Dwelling | | | | | $ 1,944,335 | |
| Coverage B - Other Structures | | | | | $ 194,433 | |
| Coverage C - Personal Property | | | | | $ 972,167 | |
| Coverage D - Loss of Use | | | | | $ 388,867 | |
| Coverage E - Personal Liability - Bodily Injury and | | | | | $ 500,000 | |
| Property Damage (each occurrence) | | | | | | |
| Coverage F - Medical Payments to Others (each person) | | | | | $ 5,000 | |
| Property Coverage Deductible (All Other Perils) | | | | | | $ 1,000 |
| Windstorm or Hail Deductible | | | | | | $ 1,500 |
| TOTAL PREMIUM $2,635.00 | | | | | | |

REMARKS (Including Special Conditions)

Make checks payable to:  Travelers Indemnity and affiliates

Mail payments to:  Travelers Personal Insurance
                   PO Box 660307
                   Dallas, TX 75266-0307

 SEE ADDITIONAL REMARKS SCHEDULE FOR MORE INFORMATION (ACORD 101)

## CANCELLATION

SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, NOTICE WILL BE DELIVERED IN ACCORDANCE WITH THE POLICY PROVISIONS.

## ADDITIONAL INTEREST

| NAME AND ADDRESS | ADDITIONAL INSURED | LENDER'S LOSS PAYABLE | LOSS PAYEE |
|---|---|---|---|
| SHELLPOINT MORTGAGE SERVICING | X MORTGAGEE | | |
| ISAOA ATIMA | LOAN # | | |
| P.O BOX 7050 | 0579602652 | | |
| TROY, MI 48007-7050 | AUTHORIZED REPRESENTATIVE | | |

| ACORD 27 (2016/03) | © 1993-2015 ACORD CORPORATION. All rights reserved. |
|---|---|

The ACORD name and logo are registered marks of ACORD

24

AGENCY CUSTOMER ID: _____

LOC #: _____

| | | |
|---|---|---|
| **ACORD®** | **ADDITIONAL REMARKS SCHEDULE** | Page 1 of 1 |

| AGENCY | | NAMED INSURED |
|---|---|---|
| GIDDINGS SPECIALTY INS | | DAVID AVILA |
| **POLICY NUMBER** | | CELESTE MICHAEL |
| 613376760 633 1 | | 8651 CRANE RD |
| **CARRIER** | **NAIC CODE** | OAKDALE, CA 95361-8109 |
| THE STANDARD FIRE INSURANCE COMPANY | 19070 | **EFFECTIVE DATE:** 01/26/2023 |

**ADDITIONAL REMARKS**

THIS ADDITIONAL REMARKS FORM IS A SCHEDULE TO ACORD FORM,

FORM NUMBER: ACORD 27 FORM TITLE: EVIDENCE OF PROPERTY INSURANCE

Coverage Level: Travelers Protect Premier®

Policy Type — Homeowners

Optional Coverages and Packages

| Optional Coverages | Endorsement | Limit |
|---|---|---|
| Workers' Compensation Residence Employees | HQ-090 CA (05-17) | |
| Personal Property Replacement Cost Loss Settlement | HQ-290 CA (04-20) | |
| Windstorm or Hail Deductible | HQ-313 CW (05-17) | |
| Additional Replacement Cost Protection Coverage | HQ-420 CA (11-18) | $486,083 |
|   25% of Coverage A - Dwelling Limit | | |
| Wildfire Defense Services | HQ-710 CA (05-17) | |

| Optional Packages | Endorsement | Limit |
|---|---|---|
| Roof and Siding Matching Package | | |
| Matching of Undamaged Roof Surfacing Additional Coverage | HQ-700 CW (05-18) | $10,000 |
| Matching of Undamaged Siding Additional Coverage | HQ-701 CW (05-18) | $10,000 |
| Buried Utility Lines and Equipment Breakdown Package | | |
| Equipment Breakdown Coverage | HQ-855 CW (05-17) | $50,000 |
| Buried Utility Lines Coverage | HQ-856 CW (08-20) | $10,000 |

*Note: The additional cost or premium reduction for any optional coverage or package shown as
"Included" is contained in the Total Policy Premium Amount.

ACORD 101 (2008/01)

© 2008 ACORD CORPORATION. All rights reserved.

The ACORD name and logo are registered marks of ACORD

25

David Giddings <dgiddings@giddingsins.com>                              1/18/2024 2:14 PM

## Fw: Insurance Evidence - Loan #0579602652

To Mr. David Avila <davidavila@dairydesigners.com>

---

**David W. Giddings**
Agent, Broker
CA License #0F43503
National Producer #8966239
Giddings Specialty Insurance Services
901 McHenry Ave., Suite B, Modesto, CA 95350
Office Phone: 209-284-0246
Cell Phone: 209-484-9084
Email: dgiddings@giddingsins.com

Please remember insurance coverage cannot be bound, or assumed bound, amended or cancelled via any voice mail or email system, without speaking to an authorized representative of Giddings Specialty Insurance Services (GSIS) for confirmation.

Notice:

This communication, including attachments, is for the exclusive use of addressee and may contain proprietary, confidential and/or privileged information. If you are not the intended recipient, any use other than destruction, is strictly prohibited. Please notify the sender immediately by return e-mail, to avoid further mistakes. Please delete this and destroy all copies.

---

**From:** David Giddings <dgiddings@giddingsins.com>
**Sent:** Tuesday, November 28, 2023 6:28 PM
**To:** insdocs@newrezservicing.com <insdocs@newrezservicing.com>
**Cc:** Mr. David Avila <davidavila@dairydesigners.com>
**Subject:** Fw: Insurance Evidence - Loan #0579602652

Another attempt to show evidence of insurance already in place. I called the toll-free number and was transferred around until I spoke to someone in the "Insurance Department" who gave me the email address to send to as," servicing@changemtg.com". I sent to that address and received a receipt that the company received it but then it was rejected, so I was at a loss. I just uploaded to the website, so with luck the borrower and their forced-placed insurance gets cancelled, and any premium retained for duplicate coverage is credited back immediately please.

Thank you

**David W. Giddings**
Agent, Broker
CA License #0F43503
National Producer #8966239
Giddings Specialty Insurance Services
901 McHenry Ave., Suite B, Modesto, CA 95350
Office Phone: 209-284-0246
Cell Phone: 209-484-9084

*26*

Email: dgiddings@giddingsins.com

Please remember insurance coverage cannot be bound, or assumed bound, amended or cancelled via any voice mail or email system, without speaking
to an authorized representative of Giddings Specialty Insurance Services (GSIS) for confirmation.

Notice:

This communication, including attachments, is for the exclusive use of addressee and may contain proprietary, confidential and/or privileged
information. If you are not the intended recipient, any use other than destruction, is strictly prohibited. Please notify the sender immediately by
return e-mail, to avoid further mistakes. Please delete this and destroy all copies.

---

**From:** David Giddings <dgiddings@giddingsins.com>
**Sent:** Thursday, October 12, 2023 12:07 PM
**To:** servicing@changemtg.com <servicing@changemtg.com>
**Cc:** Mr. David Avila <davidavila@dairydesigners.com>
**Subject:** Fw: Insurance Evidence - Loan #0579602652

CURRENT AND UPDATED EOI FOR CLIENT.
THE EMAIL I WAS JUST GIVEN BY THE INSURANCE OFFICE WAS KICKED BACK. SO, WE ARE TRYING THIS ONE TO
SHOW COVERAGE OVER THE PAST 2 TERMS.
THANK YOU

**David W. Giddings**
Agent, Broker
CA License #0F43503
National Producer #8966239
Giddings Specialty Insurance Services
901 McHenry Ave., Suite B, Modesto, CA 95350
Office Phone: 209-284-0246
Cell Phone: 209-484-9084
Email: dgiddings@giddingsins.com

Please remember insurance coverage cannot be bound, or assumed bound, amended or cancelled via any voice mail or email system, without speaking
to an authorized representative of Giddings Specialty Insurance Services (GSIS) for confirmation.

Notice:

This communication, including attachments, is for the exclusive use of addressee and may contain proprietary, confidential and/or privileged
information. If you are not the intended recipient, any use other than destruction, is strictly prohibited. Please notify the sender immediately by
return e-mail, to avoid further mistakes. Please delete this and destroy all copies.

---

**From:** David Giddings <dgiddings@giddingsins.com>
**Sent:** Thursday, October 12, 2023 11:54 AM
**To:** Mr. David Avila <davidavila@dairydesigners.com>
**Cc:** ccdocs@insurancemortgagehome.com <ccdocs@insurancemortgagehome.com>
**Subject:** Fw: Insurance Evidence - Loan #0579602652

Evidently, we had the mailing address wrong.

I was advised today with calling the insurance office of Shellpoint that I had both the mailing address and the
email address incorrect.

27

I am making the change and provide current evidence of the new policy written back in January this year. Since we understand the named insured has Power of Attorney for the address and as named insured, his name and Celeste's name was added. If there should be changes, please advise and provide the documents to support it.

Travelers has provided coverage since February 2022 and Safeco before that for several years. I have evidence of each term and will be happy to provide additional data if requested.

Regards.

**David W. Giddings**
Agent, Broker
CA License #0F43503
National Producer #8966239
Giddings Specialty Insurance Services
901 McHenry Ave., Suite B, Modesto, CA 95350
Office Phone: 209-284-0246
Cell Phone: 209-484-9084
Email: dgiddings@giddingsins.com

Please remember insurance coverage cannot be bound, or assumed bound, amended or cancelled via any voice mail or email system, without speaking to an authorized representative of Giddings Specialty Insurance Services (GSIS) for confirmation.

Notice:

This communication, including attachments, is for the exclusive use of addressee and may contain proprietary, confidential and/or privileged information. If you are not the intended recipient, any use other than destruction, is strictly prohibited. Please notify the sender immediately by return e-mail, to avoid further mistakes. Please delete this and destroy all copies.

- ENTESERVPolicyDocsPDFLoad - 2023-07-31T113232.788.pdf (177 KB)
- StrategicPolicySummary (47).pdf (32 KB)
- GeneratePdf (42).pdf (33 KB)
- Shellpoint notices 9 Jan & 27 Feb 2023- proof of insurance letters.pdf (137 KB)
- 23-11-28 Reply from Shellpoint to my 23 Oct 2023 information request-note insurance info.pdf (473 KB)

Respond to:
David-Anthony: Avila                                          12 March 2024
c/o 8651 Crane Road
Oakdale, California [ 95361 ]

Account #0579602652
JOHN HAYNE, 8651 CRANE RD
OAKDALE, CA 95361-8109



Shellpoint Mortgage Servicing
Loan Service Department
P.O. Box 10826
Greenville, South Carolina 29603-0826
Certified mail: #7022-2410-0002-9026-3312

J.P. Morgan Mortgage Acquisition Corporation
383 Madison Ave
New York, New York  10179
Certified mail: #7022-2410-0002-9026-3305

To Whom It May Concern;
I am David-Anthony: Avila and I am acting on behalf of JOHN HAYNE with a notarized letter of
authorization to act on his behalf with the account listed above.

I am responding to your document titled "Dear Borrower", dated 02/12/2024. It appears to read the
"loan" is "delinquent." Please note all "payments" are up to date based on the "NOTE" clause 3.(A) Time
and Place of Payments, I will pay principle and interest by making a payment every month....Each
monthly payment will be applied as of its scheduled due date... (B) Amount of Monthly Payments, My
monthly payment will be in the amount of U.S. $2,043.90."

If there are any other services that have been provided, please forward an INVOICE for each for my
inspection and potential approval.

Please note that it appears there is a charge for "insurances"? I do not comprehend that entry for if it is
in reference to insurance for the property at 8651 Crane Road, I have had insurance coverage
"continuously" from the purchase date of the property. I have recently confirmed with my insurance
agent that I have had continuing insurance coverage and he assured me that I have. As well, he sent to
Shellpoint Mortgage Servicing on many occasions, the appropriate documentation to the fact. I will
address that issue with another contact to you shortly.

Please correct the error. Please copy me with the corrections.

*10 pages*

Take note: I have over many years requested numerous times for the production of certified copies of the original organic NOTE and the original organic DEED OF TRUST. Most recently with my "qualified written request"; dated 18 October, 2023, certified mail 7022-2410-0002-9024-7985.
I have yet to receive those certified documents. That as fact, raises the point the location of those documents is in question and without that knowledge, you can not comply to clause 23 of the DEED OF TRUST. Being the "NOTE" is a financial instrument, the actual Note Holder retains the right of payment.
In order to follow UCC decorum, it is imperative to comply with Law:

- Pursuant to 12 US Code Section 2605, an appointment to for the presentment of the "Original, wet-ink-signature Tangible Promissory Note and Deed of Trust in return of pay off in full for the lawful amount owed.
- Pursuant to 12 US Code Section 2605 for certified copies of all sales of the loan and or transfer documents with the appropriate signatures of the lawful representative of the participating party to the sale and or transfer.
- UCC 3-501 (b)(2) Upon demand of the person to whom presentment is made, the person making presentment must (i) exhibit the instrument, ..."

There are to date no responses I have received to fulfill these lawful requests for information and or documentation addressing the formal requests.

By the hand of: _David-Anthony;.Avila_        _12 March 2024_
                David-Anthony;.Avila             Date


Enclosed:
13 March 2020 Communication authorization- John Hayne to David Avila

John Hayne                                                    13 March 2020
8651 Crane Road
Oakdale, California  95361

Shellpoint Mortgage Servicing / NewRez LLC
P.O. Box 10826
Greenville, South Carolina 29603-0826

Ditech LLC, loan #0054418605
Shellpoint Mortgage Servicing/NewRez LLC alleged loan #057960282

Let it be known; I, John Hayne do here and now authorize:

David A. Avila
8651 Crane Road
Oakdale, California 95361

To communicate via any form with Shellpoint Mortgage Servicing/NewRez LLC to learn any and
all status and other concerns.

To request and receive document copies from Shellpoint Mortgage Servicing/NewRez LLC in
reference to any and all contracts and or transactions of any and all types from or to any and all
parties from all times.

To request and receive copies of any and all records and documents of any and all types related
to my mortgage and note known as:

Mortgage #s
Ditech LLC                                          #0054418605
Shellpoint Mortgage Servicing/NewRez LLC            #0579602652-alleged
APN:                                                062-004-025
County:                                             Stanislaus
State:                                              California
Property address:                                   8651 Crane Road
                                                    Oakdale, California 95361

*(signature)*                                       *(handwritten date)* ، ،MAN, 2020
John Hayne                                          Date

Notary of the Public:

*(handwritten signature)*

James R. Hayne - Attorney at Law
Notary Public - State of Ohio
My Commission has no expiration date
Section 147.03 R.C.

Ret
16 Coon Road
Boddha, Calif

Lisa Sweeney, Supervisor of
Shellpoint Mortgage Servicer
P.O. Box 10826
Greenville, SC 29603-0826

7022 2410 0002 9026 3312

CERTIFIED MAIL

7022 2410 0002 9026 3312

U.S. Postal Service
CERTIFIED MAIL RECEIPT
DOMESTIC MAIL ONLY

Certified Mail Fee    $4.40
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)        $_____
☐ Return Receipt (electronic)       $0.00
☐ Certified Mail Restricted Delivery  $0.00
☐ Adult Signature Required          $0.00
☐ Adult Signature Restricted Delivery $_____

Postage    $0.68
Total Postage and Fees    $5.08

Sent To  Lisa Sweeney Shellpoint Servicing
Street and Apt. No., or PO Box No.  P.O. Box 10826
City, State, ZIP+4  Greenville, SC 29603-0826

Postmark
Here
0361
07
05/13/2024

Track USPS package

Enter tracking number                                                    Track

 USPS package #70222410000290263312
www.usps.com

# Delivered: Mon, Mar 18, 07:17 AM

| Processed | | | In transit | | Delivered |

| DATE | TIME | LOCATION | STATUS |
|------|------|----------|--------|
| Mar 18 | 7:17 AM | Greenville, SC, United States | Delivered, individual picked up at postal facility |
| Mar 18 | 7:07 AM | Greenville, SC, United States | Arrived at post office |
| Mar 17 | 12:00 AM | | In transit to next facility |
| Mar 16 | 10:09 AM | Greenville SC Distribution Center | Arrived at USPS regional destination facility |
| Mar 12 | 11:15 PM | Sacramento CA Distribution Center | Arrived at USPS regional origin facility |

7022 2410 0002 9026 3305

**CERTIFIED MAIL**

7022 2410 0002 9026 3305
7022 2410 0002 9026 3305

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*Domestic Only*

| | |
|---|---|
| Certified Mail Fee | $4.40 |
| Extra Services & Fees (check box, add fee as appropriate) | |
| ☐ Return Receipt (hardcopy) | $0.00 |
| ☐ Return Receipt (electronic) | $0.00 |
| ☐ Certified Mail Restricted Delivery | $0.00 |
| ☐ Adult Signature Required | $0.00 |
| ☐ Adult Signature Restricted Delivery | $0.00 |
| Postage | $0.68 |
| Total Postage and Fees | $5.08 |

New York, NY 10179

03/12/2024

J. P. Morgan Mortgage Acquisition Corp.
383 Madison Ave.
New York, NY 10179

J. P. Morgan Mortgage Acquisition Corp.
383 Madison Ave.
New York, NY 10179

## Track USPS package

Enter tracking number
Track

USPS package #70222410000290263305

www.usps.com

# In transit

Processed In transit Delivered

| DATE | TIME | LOCATION | STATUS |
|------|------|----------|--------|
| Mar 19 | 10:21 AM | New York, NY, United States | Delivered to agent for final delivery |
| Mar 18 | 12:00 AM | | In transit to next facility |
| Mar 16 | 1:57 PM | New York NY Distribution Center | Arrived at USPS regional destination facility |
| Mar 12 | 9:48 PM | Sacramento CA Distribution Center | Arrived at USPS regional origin facility |
| Mar 12 | 6:14 PM | Oakdale, CA, United States | Departed post office |

Data from usps.com

P.O. BOX 51850
LIVONIA MI 48151-5850
RETURN SERVICE REQUESTED







S-SFRECS20  L-1237-F R-106
PJH8U400200707 - 770168276 I04238
JOHN HAYNE
8651 CRANE RD
OAKDALE CA 95361-8109

| CONTACT INFORMATION | |
| --- | --- |
| **Correspondence:** | P.O. Box 10826 |
| | Greenville, SC 29603-0826 |
| **Business Hours:** | Monday - Friday: 8:00AM-9:00PM |
| | Saturday: 8:00AM-1:00PM |
| **Phone Number:** | 866-825-2174 |
| **Fax:** | 866-467-1187 |
| **Email:** | Lossmitigation@shellpointmtg.com |
| **Website:** | www.shellpointmtg.com |

Loan Number:      0579602652
Property Address: 8651 CRANE RD
                  OAKDALE, CA 95361

02/12/2024

Dear Homeowner,

As you are aware, your loan is delinquent. We have made several attempts to contact you; however, we have been unsuccessful.

When default occurs, it is extremely important that you maintain at least a bi-weekly contact with our office, so we can discuss what options may be available to you.

We understand that everyone's circumstances are different, and sometimes a hardship may prevent our valued customers from paying on their loan.

Your utmost cooperation is extremely important and is required in order to resolve this matter. Therefore, we would appreciate you contacting us immediately, so we can determine why the default has occurred and explain to you what your most viable options are.

For future communications regarding the status of your loan or your application for loss mitigation, you can visit our Borrower Web Portal at www.shellpointmtg.com to apply for assistance, upload application documents, or contact us through our Secure Message Center. You can also contact our Single Point of Contact ("SPOC") department by phone at 866-825-2174. Documents can also be faxed to us at 866-467-1187. Please reference your loan number when contacting us regarding this request.

Sincerely,

Shellpoint Mortgage Servicing

**SEE REVERSE SIDE OR ATTACHED FOR AN IMPORTANT STATEMENT OF YOUR RIGHTS.**

**Please read the following important notices as they may affect your rights.**

Newrez LLC dba Shellpoint Mortgage Servicing is a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose. Newrez LLC dba Shellpoint Mortgage Servicing's NMLS ID is 3013. 

If you are a customer in bankruptcy or a customer who has received a bankruptcy discharge of this debt: please be advised that this notice is to advise you of the status of your mortgage loan. This notice constitutes neither a demand for payment nor a notice of personal liability to any recipient hereof, who might have received a discharge of such debt in accordance with applicable bankruptcy laws or who might be subject to the automatic stay of Section 362 of the United States Bankruptcy Code.

**Attention Servicemembers and Dependents:** The federal Servicemembers Civil Relief Act and certain state laws provide important protections for you, including interest rate protections and prohibiting foreclosure under most circumstances during and twelve months after the servicemember's military or other service. Counseling for covered servicemembers is available from Military OneSource (800-342-9647) and the United States Armed Forces Legal Assistance or other similar agencies. For more information, please visit the Military OneSource website www.militaryonesource.mil/.

**Notice of Error or Information Request Address:** You have certain rights under Federal law related to resolving errors in the servicing of your loan and requesting information about your loan. If you want to request information about your loan or if you believe an error has occurred in the servicing of your loan and would like to submit an Error Resolution or Informational Request, please write to us. Additionally, if you believe we have furnished inaccurate information to credit reporting agencies, please write to us with specific details regarding those errors and any supporting documentation that you have and we will assist you. Error Resolution, including concerns of inaccurate information sent to credit reporting agencies, or requests for information should be sent to the following address: Shellpoint Mortgage Servicing P.O. Box 10826 Greenville, SC 29603-0826

We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

A successor in interest is someone who acquires an ownership interest in a property secured by a mortgage loan by transfer upon the death of a relative, as a result of a divorce or legal separation, through certain trusts, between spouses, from a parent to a child, or when a borrower who is a joint tenant or tenant by the entirety dies. If you are a successor in interest, or you think you might be, please contact by phone, mail or email to start the confirmation process.

**Our system of record has your preferred language as English.**

**If you prefer to receive communication in a language other than English, please contact us at 866-825-2174 to speak with a translator in your preferred language about the servicing of your loan or a document you received.**

**Si prefiere recibir las comunicaciones en otro idioma que no sea el inglés, por favor, contáctenos en el 866-825-2174 para hablar con un traductor en el idioma de su preferencia sobre la gestión de su préstamo o cualquier documento que haya recibido.**

如果您要使用英语以外的其他语言进行交流，请致电 866-825-2174，我们将根据您首选的语言安排相应的译员，与您就贷款服务事项或您所接收的文件进行商讨。

Please note that we operate as Newrez Mortgage LLC dba Shellpoint Mortgage Servicing in Arkansas and Texas.

<u>California</u>
As required by law, you are hereby notified that a negative credit bureau report reflecting on your credit record may be submitted to a credit reporting agency if you fail to fulfill your credit obligation.

The state Rosenthal Fair Debt Collection Practices Act and the federal Fair Debt Collection Practices Act require that, except under unusual circumstances, collectors may not contact you before 8 a.m. or after 9 p.m. They may not harass you by using threats of violence or arrest or by using obscene language. Collectors may not use false or misleading statements or call you at work if they know or have reason to know that you may not receive personal calls at work. For the most part, collectors may not tell another person, other than your attorney or spouse, about your debt. Collectors may contact another person to confirm your location or enforce a judgment. For more information about debt collection activities, you may contact the Federal Trade Commission at 1-877-FTC-HELP or www.ftc.gov.

<u>California</u>
Como es requerido por la ley usted esta siendo notificado por este medio que un reporte de crédito negativo afectando su reporte de crédito puede ser remitido a una agencia de reporte de créditos, si usted no puede satisfacer los términos de su obligación.

El acto estatal de Rosenthal Fair Debt Collection Practices, y el acto federal de Fair Debt Collection Practices requieren que, a menos de circunstancias inusuales, los cobradores no podrán contactarlo antes de las 8 a.m. o después de las 9 p.m. Ellos no lo podrán acosar usando amenazas violentas o arrestarlo o usar un lenguaje ofensivo. Los cobradores no podrán usar declaraciones falsas o engañosas o llamarlo a su trabajo si ellos saben o tienen razón para saber que usted no puede recibir llamadas personales en su trabajo. En general, cobradores no le podrán decir a otra persona, aparte de su abogado o su esposa, acerca de su deuda. Los cobradores se podrán comunicar con otras personas para poder comunicarse con usted, y para entablar un juicio. Para más información sobre las actividades de colección de deuda, usted puede contactar Federal Trade Commission al 1-877-FTC-HELP o www.ftc.gov

PJH8U400200707 I004240 S-SFRECS20 L-1237-F A-0579602657

## Is your contact information accurate?

Please provide your most up-to-date contact information so that we can ensure you receive notifications and any information we may send in the future.

Please make sure below address shows in window



You may visit our website at www.shellpointmtg.com to update your contact information or return this completed form to us in the envelope we have provided. Our toll free number is 866-825-2174, we are available Monday through Friday 8:00AM-9:00PM, and Saturday 8:00AM-1:00PM ET.

Shellpoint Mortgage Servicing
P.O. Box 10826
Greenville, SC 29603-0826

**Contact information is as follows:**

Home Mailing Address
☐ Has not changed
☐ Has changed, please direct future correspondence to:

_____

_____

_____

Best Phone Number

☐ Cell _____
*By providing the above cell phone number, you hereby consent to Shellpoint Mortgage Servicing Servicing calling you at this number using our automatic dialing technology.*

☐ Home _____

☐ Work _____
*Please do not provide a work phone number if your employer prohibits you from receiving calls from Shellpoint Mortgage Servicing while at work.*

Best Time to Reach
☐ Morning
☐ Afternoon
☐ Evening

Authorized E-mail
☐ I do not want *Shellpoint Mortgage Servicing* Servicing to contact me by email.

☐ Email _____
*By providing the above email address, you hereby consent to communication with Shellpoint Mortgage Servicing Servicing through email. You may revoke this consent at any time. If the email address you have provided is one issued by your employer, you understand and acknowledge that any email communication by way of this email address may be viewed by your employer. You also represent to Shellpoint Mortgage Servicing Servicing that your employer does not prohibit communication with Shellpoint Mortgage Servicing Servicing through this email address. Additionally, if the email address you have provided is available for use by any individuals who are not authorized to discuss your account information with Shellpoint Mortgage Servicing Servicing, you understand and acknowledge that any email communication by way of this email address may be viewed by those individuals with access.*

## Track USPS package

Enter tracking number

Track



USPS package #70222410000290263305

www.usps.com

# In transit

ProcessedIn transitDelivered

| DATE | TIME | LOCATION | STATUS |
|------|------|----------|--------|
| Mar 19 | 10:21 AM | New York, NY, United States | Delivered to agent for final delivery |
| Mar 18 | 12:00 AM | | In transit to next facility |
| Mar 16 | 1:57 PM | New York NY Distribution Center | Arrived at USPS regional destination facility |
| Mar 12 | 9:48 PM | Sacramento CA Distribution Center | Arrived at USPS regional origin facility |
| Mar 12 | 6:14 PM | Oakdale, CA, United States | Departed post office |

Data from usps.com



SENDER: COMPLETE THIS SECTION

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse
  so that we can return the card to you.
■ Attach this card to the back of the mailpiece,
  or on the front if space permits.

1. Article Addressed to:

Shellpine's Mortgage Servicing
ISAOA / ATIMA
P.O. Box 7050
Troy, MI 48007 - 7050

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X
B. Received by (Printed Name)        C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Return Receipt

9590 9402 8092 2349 4273 07

REGISTERED MAIL™

RE 310 863 281 US

PSN 7690-02-000-9511

RE 310 863 281 US

Label 200, August 2005

FROM
David Aith
% OakDale, Calif. 95361
OakDale, Calif. 95361

TO
Shellpine's Mortgage Servicing
ISAOA / ATIMA
P.O. Box 7050
Troy, MI 48007 - 7050

Registered No. RE 310 - 863 - 281 US

To Be Completed By Post Office

Postage $
Extra Services & Fees
☑ Registered Mail $
☑ Return Receipt (Hardcopy) $
☐ Return Receipt (Electronic) $
☐ Restricted Delivery $
Customer Must Declare Full Value $

Extra Services & Fees
☑ Signature Confirmation
☐ Signature Confirmation Restricted Delivery

Total Postage & Fees $

Received by

To Be Completed By Customer
(Please Print)
All Entries Must Be in Ballpoint or Typed

Date Stamp

PS Form 3806, Registered Mail Receipt
April 2015, PSN 7530-02-000-9051

Copy 1 - Customer
(See Information on Reverse)
For domestic delivery information, visit our website at www.usps.com®

Shellpine's Mortgage Servicing
ISAOA / ATIMA
P.O. Box 7050
Troy, MI 48007 - 7050

## Track USPS package

Enter tracking number

Track

 USPS package #RE310863281US
www.usps.com

# Delivered: Thu, Jul 25, 10:31 AM

Processed                    In transit                         Delivered

| DATE | TIME | LOCATION | STATUS |
|------|------|----------|--------|
| Jul 25 | 10:31 AM | Troy, MI, United States | Delivered, PO box |
| Jul 25 | 6:53 AM | Troy, MI, United States | Arrived at post office |
| Jul 23 | 12:57 AM | Pontiac, MI, United States | Processing at USPS facility |
| Jul 19 | 11:53 PM | Detroit, MI, United States | Processing at USPS facility |
| Jul 19 | 11:11 PM | Detroit MI Distribution Center | Arrived at USPS regional destination facility |

Data from usps.com

Track USPS package

Enter tracking number

Track

 USPS package #RE310863281US
www.usps.com

# Estimated delivery: Tuesday, July 16, 2024

Processed                    In transit                    Delivered

| DATE | TIME | LOCATION | STATUS |
|------|------|----------|--------|
| Jul 14 | 1:05 AM | San Francisco, CA, United States | Processing at USPS facility |
| Jul 14 | 1:02 AM | San Francisco, CA, United States | Processing at USPS facility |
| Jul 13 | 6:20 AM | San Francisco CA Distribution Center | Arrived at USPS regional origin facility |
| Jul 11 | 8:49 PM | West Sacramento, CA, United States | Processing at USPS facility |
| Jul 11 | 6:27 PM | West Sacramento, CA, United States | Processing at USPS facility |

Data from usps.com

## Track USPS package

Enter tracking number

[ Track ]

 USPS package #RE310863281US
www.usps.com

# In transit

| | | Processed | In transit | Delivered |

| DATE | TIME | LOCATION | STATUS |
|------|------|----------|--------|
| Jul 19 | 11:53 PM | Detroit, MI, United States | Processing at USPS facility |
| Jul 19 | 11:11 PM | Detroit MI Distribution Center | Arrived at USPS regional destination facility |
| Jul 19 | 3:13 AM | Chicago, IL, United States | Processing at USPS facility |
| Jul 18 | 7:34 AM | Chicago IL Distribution Center | Arrived at USPS regional destination facility |
| Jul 16 | 11:57 PM | San Francisco, CA, United States | Processing at USPS facility |

# Exhibit

# 8

16 Nov 2024

NewRez Document Stating

They Are A

Debt Collection Agency

**Please read the following important notices as they may affect your rights.**

Newrez LLC dba Shellpoint Mortgage Servicing is a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose. Newrez LLC dba Shellpoint Mortgage Servicing's NMLS ID is 3013. 

If you are a customer in bankruptcy or a customer who has received a bankruptcy discharge of this debt: please be advised that this notice is to advise you of the status of your mortgage loan. This notice constitutes neither a demand for payment nor a notice of personal liability to any recipient hereof, who might have received a discharge of such debt in accordance with applicable bankruptcy laws or who might be subject to the automatic stay of Section 362 of the United States Bankruptcy Code.

**Attention Servicemembers and Dependents: The federal Servicemembers Civil Relief Act and certain state laws provide important protections for you, including interest rate protections and prohibiting foreclosure under most circumstances during and twelve months after the servicemember's military or other service. Counseling for covered servicemembers is available from Military OneSource (800-342-9647) and the United States Armed Forces Legal Assistance or other similar agencies. For more information, please visit the Military OneSource website www.militaryonesource.mil/.**

**Notice of Error or Information Request Address:** You have certain rights under Federal law related to resolving errors in the servicing of your loan and requesting information about your loan. If you want to request information about your loan or if you believe an error has occurred in the servicing of your loan and would like to submit an Error Resolution or Informational Request, please write to us. Additionally, if you believe we have furnished inaccurate information to credit reporting agencies, please write to us with specific details regarding those errors and any supporting documentation that you have and we will assist you. Error Resolution, including concerns of inaccurate information sent to credit reporting agencies, or requests for information should be sent to the following address: Shellpoint Mortgage Servicing P.O. Box 10826 Greenville, SC 29603-0826

We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

A successor in interest is someone who acquires an ownership interest in a property secured by a mortgage loan by transfer upon the death of a relative, as a result of a divorce or legal separation, through certain trusts, between spouses, from a parent to a child, or when a borrower who is a joint tenant or tenant by the entirety dies. If you are a successor in interest, or you think you might be, please contact by phone, mail or email to start the confirmation process.

**Our system of record has your preferred language as English.**

**If you prefer to receive communication in a language other than English, please contact us at 866-825-2174 to speak with a translator in your preferred language about the servicing of your loan or a document you received.**

**Si prefiere recibir las comunicaciones en otro idioma que no sea el inglés, por favor, contáctenos en el 866-825-2174 para hablar con un traductor en el idioma de su preferencia sobre la gestión de su préstamo o cualquier documento que haya recibido.**

**如果您要使用英语以外的其他语言进行交流，请致电 866-825-2174，我们将根据您首选的语言安排相应的译员，与您就贷款服务事项或您所接收的文件进行商讨。**

Please note that we operate as Newrez Mortgage LLC dba Shellpoint Mortgage Servicing in Arkansas and Texas.

<u>California</u>
As required by law, you are hereby notified that a negative credit bureau report reflecting on your credit record may be submitted to a credit reporting agency if you fail to fulfill your credit obligation.

The state Rosenthal Fair Debt Collection Practices Act and the federal Fair Debt Collection Practices Act require that, except under unusual circumstances, collectors may not contact you before 8 a.m. or after 9 p.m. They may not harass you by using threats of violence or arrest or by using obscene language. Collectors may not use false or misleading statements or call you at work if they know or have reason to know that you may not receive personal calls at work. For the most part, collectors may not tell another person, other than your attorney or spouse, about your debt. Collectors may contact another person to confirm your location or enforce a judgment. For more information about debt collection activities, you may contact the Federal Trade Commission at 1-877-FTC-HELP or www.ftc.gov.

<u>California</u>
Como es requerido por la ley usted esta siendo notificado por este medio que un reporte de crédito negativo afectando su reporte de crédito puede ser remitido a una agencia de reporte de créditos, si usted no puede satisfacer los términos de su obligación.

El acto estatal de Rosenthal Fair Debt Collection Practices, y el acto federal de Fair Debt Collection Practices requieren que, a menos de circunstancias inusuales, los cobradores no podrán contactarlo antes de las 8 a.m. o después de las 9 p.m. Ellos no lo podrán acosar usando amenazas violentas o arrestarlo o usar un lenguaje ofensivo. Los cobradores no podrán usar declaraciones falsas o engañosas o llamarlo a su trabajo si ellos saben o tienen razón para saber que usted no puede recibir llamadas personales en su trabajo. En general, cobradores no le podrán decir a otra persona, aparte de su abogado o su esposa, acerca de su deuda. Los cobradores se podrán comunicar con otras personas para poder comunicarse con usted, y para entablar un juicio. Para más información sobre las actividades de colección de deuda, usted puede contactar Federal Trade Commission al 1-877-FTC-HELP o www.ftc.gov

## CERTIFICATE OF SERVICE

AVILA et al v. NEWREZ d/b/a SHELLPOINT et al          Case# 2:24-cv-2264-TLN-CSK

I, the undersigned, hereby certify that on October 23, 2024, that a true and correct attached documents:

1. SECOND JUDICIAL NOTICE

2. CERTIFICATE OF SERVICE

By method(s):

☑ HAND DELIVERY          ☐US Mail          ☐ FAX          [ ] EMAIL

Is Submitted to:

[ ] ATTORNEYS OF DEFENDANTS

☑ UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA

David-Anthony: Avila

8651 Crane Rd.

Oakdale Calif. 95361