UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
501 "I" Street
Sacramento, CA 95814

**DAVID ANTHONY AVILA, ET AL.,**
    Plaintiff

  v.                                    **CASE NO. 2:24–CV–02264–TLN–CSK**

**NEWREZ LLC, ET AL.,**
    Defendant

    You are hereby notified that a Notice of Appeal was filed on **December 23, 2024** in the above entitled case. Enclosed is a copy of the Notice of Appeal, pursuant to FRAP 3(d).

December 30, 2024

                              **KEITH HOLLAND**
                              **CLERK OF COURT**

                      **by:** /s/ R. Becknal
                          Deputy Clerk