**UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA**

**OFFICE OF THE CLERK
501 "I" Street
Sacramento, CA 95814**

TO:  CLERK, U.S. COURT OF APPEALS

FROM:  CLERK, U.S. DISTRICT COURT

SUBJECT:  NEW APPEALS DOCKETING INFORMATION

CASE INFORMATION

| | |
|---|---|
| USDC Number: | **2:24−CV−02264−TLN−CSK** |
| USDC Judge: | **CHIEF DISTRICT JUDGE TROY L. NUNLEY** |
| USCA Number: | **NEW APPEAL** |
| Complete Case Title: | **DAVID ANTHONY AVILA vs. NEWREZ LLC** |
| Type: | **CIVIL** |
| Complaint Filed: | **8/21/2024** |
| Appealed Order/Judgment Filed: | **10/3/2024** |
| Court Reporter Information: | |

FEE INFORMATION

**Fee Status: Not Paid − Billed**

Information prepared by: /s/  **R. Becknal , Deputy Clerk**