UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
501 "I" Street
Sacramento, CA 95814

**BILL FOR FEES DUE**

**To:**   David Anthony Avila and John Hayne

**RE:**   DAVID ANTHONY AVILA vs. NEWREZ LLC

   **USDC:**   2:24–CV–02264–TLN–CSK

   A Notice of Appeal has been filed in the above–referenced case without the appropriate fee paid.   You are hereby notified that the filing fee of $605.00 is due immediately.

KEITH HOLLAND
CLERK OF COURT

By: /s/ **R. Becknal**
Deputy Clerk