**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

MAR 3 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| DAVID ANTHONY AVILA and JOHN HAYNE,<br><br>    Plaintiffs - Appellants,<br><br>v.<br><br>NEWREZ, LLC, doing business as Shellpoint Mortgage Servicing; et al.,<br><br>    Defendants - Appellees. | No. 25-49<br><br>D.C. No. 2:24-cv-02264-TLN-CSK<br>Eastern District of California, Sacramento<br><br>ORDER |

Appellants have not filed a motion to proceed in forma pauperis or proof that fees were paid to the district court or the opening brief, as ordered by this court on January 3, 2025.

This appeal is therefore dismissed. *See* 9th Cir. R. 42-1.

This order becomes the mandate of the court in 21 days.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT