1

2

3

4

5

6

7

8               UNITED STATES DISTRICT COURT

9               EASTERN DISTRICT OF CALIFORNIA

10

11   DAVID AVILA, et al.,                        No. 2:24-cv-02264-TLN-CSK

12               Plaintiffs,

13         v.                                     **ORDER**

14   NEWREZ, LLC D/B/A SHELLPOINT
     MORTGAGE SERVICING, et al.,
15
               Defendants.
16

17         Plaintiffs David Avila and John Hayne (collectively, "Plaintiffs") filed the above-entitled

18   action.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. §

19   636(b)(1)(B) and Local Rule 302.

20         On December 9, 2024, the magistrate judge filed findings and recommendations, which

21   were served on the parties and which contained notice that any objections to the findings and

22   recommendations were to be filed within fourteen (14) days.  (ECF No. 36.)  On December 23,

23   2024, Plaintiffs filed objections to the findings and recommendations, which have been

24   considered by the Court.  (ECF No. 37.)

25         This Court reviews *de novo* those portions of the proposed findings of fact to which an

26   objection has been made.  28 U.S.C. § 636(b)(1); *McDonnell Douglas Corp. v. Commodore*

27   *Business Machines*, 656 F.2d 1309, 1313 (9th Cir. 1981); *see also Dawson v. Marshall*, 561 F.3d

28   930, 932 (9th Cir. 2009).  As to any portion of the proposed findings of fact to which no objection

                                        1

1    has been made, the Court assumes its correctness and decides the matter on the applicable law.

2    *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979).  The magistrate judge's

3    conclusions of law are reviewed *de novo.  See Britt v. Simi Valley Unified School Dist.*, 708 F.2d

4    452, 454 (9th Cir. 1983).

5        The Court has reviewed the applicable legal standards and, good cause appearing,

6    concludes that it is appropriate to adopt the findings and recommendations in full.  Accordingly,

7    IT IS HEREBY ORDERED that:

8        1.    The Findings and Recommendations (ECF No. 36) are ADOPTED IN FULL;

9        2.    Defendants' Motion to Dismiss (ECF No. 17) is GRANTED;

10       3.    Plaintiffs' Complaint (ECF No. 1) is DISMISSED without leave to amend; and

11       4.    The Clerk of the Court is directed to CLOSE this case.

12
13   Date: April 4, 2025

14

15

16   _____
     TROY L. NUNLEY
17   CHIEF UNITED STATES DISTRICT JUDGE

18

19

20

21

22

23

24

25

26

27

28

                                       2